IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN J. ROGERS, and<br>LINDA L. ROGERS, and<br>DONALD E. DURAN, and<br>JUDITH DURAN, and<br>DENISE RIZZO, | ) | Hon. Mary Ellen Coster Williams |
| Plaintiffs, | ) | No. 07-273 |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of Mark T. Romley as counsel for Defendant United States of America in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506

Overnight and hand deliveries should be addressed to:

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Room 3533
601 D Street, NW
Washington, D.C. 20004

Dated: June 22, 2007.

Respectfully submitted,

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506