Parcel ID Number: 0163-16-0005
Grantee #1 TIN:
Grantee #2 TIN:

2003151152

# Warranty Deed

**This Indenture,** Made this 25th day of July , 2003 A.D., **Between**
WAYNE A. SMITH and SANDY L. SMITH, Husband and Wife

of the County of Sarasota , State of Florida , **grantors,** and
STEPHEN J. ROGERS and LINDA L. ROGERS, Husband and Wife

whose address is: 113 Inlets Boulevard, Nokomis, FL 34275

of the County of Sarasota , State of Florida , **grantees.**

**Witnesseth** that the GRANTORS, for and in consideration of the sum of
------------------------TEN DOLLARS ($10)------------------------ DOLLARS,
and other good and valuable consideration to GRANTORS in hand paid by GRANTEES, the receipt whereof is hereby acknowledged, have granted, bargained and sold to the said GRANTEES and GRANTEES' heirs, successors and assigns forever, the following described land, situate, lying and being in the County of Sarasota State of Florida to wit:

Lot 67, MISSION ESTATES, UNIT ONE, according to the Plat thereof recorded in Plat Book 39, Page 6, of the Public Records of Sarasota County, Florida.

Subject to restrictions, reservations and easements of record, if any, and taxes subsequent to 2002.

and the grantors do hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

**In Witness Whereof,** the grantors have hereunto set their hands and seals the day and year first above written.

**Signed, sealed and delivered in our presence:**

Printed Name: Steven W. Harris
Witness

WAYNE A. SMITH (Seal)
P.O. Address: Venice, FL 34292

Printed Name: Denise A. Rohal
Witness

SANDY L. SMITH (Seal)
P.O. Address: , Venice, FL 34292

EXHIBIT
D

STATE OF Florida
COUNTY OF Sarasota

The foregoing instrument was acknowledged before me this 25th day of July

227 Nokomis Avenue South
Venice, Florida 34285

File Number 11209.42
Will Call No 180

Parcel Identification No 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

[Space Above This Line For Recording Data]

RETURN TO KANETSKY, MOORE & DeBOER, P.A.

11209.42 180

# Warranty Deed

(STATUTORY FORM - SECTION 689 02, F S )

**This Indenture** made this **1st** day of **August, 2000** between **CAITHNESS CONSTRUCTION, INC., a Florida corporation,** whose post office address is **P.O. Box 357, Nokomis, Florida 34274** of the County of **Sarasota**, State of **Florida**, grantor*, and **DONALD E. DURAN and JUDITH A. DURAN, husband and wife,** whose post office address is **6685 Sturbridge Place, Poland, Ohio 44514** of the County of **Mahoning**, State of **Ohio**, grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10 00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Sarasota County, Florida**, to-wit

**Lot 55, MISSION ESTATES, UNIT TWO, as per Plat thereof recorded in Plat Book 39, Page 46, of the Public Records of Sarasota County, Florida.**

**Subject to restrictions, reservations, easements of record, zoning, applicable governmental regulations and taxes beginning with the current year.**

**No construction may be commenced or continue on the subject property by any person or entity other than Caithness Construction, Inc. If any owner of the subject property should violate this restriction, $13,750.00 shall be due and payable to Caithness Construction, Inc. upon demand, together with court costs and reasonable attorney fees to enforce the collection of same.**

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever

* "Grantor" and "Grantee" are used for singular or plural, as context requires

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

[signature]
Witness Name Margaret Kubalet

[signature]
Witness Name PAMELA PALMER

CAITHNESS CONSTRUCTION, INC
a Florida corporation

By [signature]
MARK I CAITHNESS
President

(Corporate Seal)

State of Florida
County of Sarasota

The foregoing instrument was acknowledged before me this 28th day of July, 2... CAITHNESS, President of CAITHNESS CONSTRUCTION, INC, a Florida corporation, on behalf of t... [X] is personally known to me or [_] has produced a driver's license as identification

[signature] Pamela Palmer

EXHIBIT
E

Prepared By Lynn Anthel
Chelsea Title Company
189 Center Road
Venice, FL 34292
incidental to the issuance of a title insurance policy
File Number 01-2016
Parcel ID # 0163-09-0031
Grantee(s) SS #

279

Rec-6.00
Docs-385.00

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2001176034 1 PG
2001 DEC 05 02:58 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
MTAYLOR Receipt#112071
Doc Stamp-Deed: 385.00

# WARRANTY DEED (INDIVIDUAL)

2001176034

This WARRANTY DEED, dated NOVEMBER 6, 2001 by
**LEONARD SEIDENBERG and ELLEN SEIDENBERG, husband and wife**
whose post office address is
**1558 VERMEER DRIVE NOKOMIS FL 34275**
hereinafter called the GRANTOR, to
**DENISE RIZZO**
whose post office address is
**2462 Sonoma Drive West, Nokomis, Fl 34275**
hereinafter called the GRANTEE
(Wherever used herein the terms "Grantor" and "Grantee" include all parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH That the GRANTOR, for and in consideration of the sum of $10 00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the GRANTEE, all that certain land situate in SARASOTA County, Florida, viz
**Lot 62, MISSION ESTATES, UNIT ONE, according to the plat thereof, recorded in Plat Book 39, Page 6, of the Public Records of SARASOTA County, Florida.**

SUBJECT TO covenants, conditions, restrictions, reservations, limitations, easements and agreements of record, if any, taxes and assessments for the year 2001 and subsequent years, and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any,

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining

TO HAVE AND TO HOLD, the same in fee simple forever

AND THE GRANTOR hereby covenants with said GRANTEE that except as above noted, the GRANTOR is lawfully seized of said land in fee simple, that the GRANTOR has good right and lawful authority to sell and convey said land, that the GRANTOR hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever

IN WITNESS WHEREOF, GRANTOR has signed and sealed these presents the date set forth above

SIGNED IN THE PRESENCE OF
THE FOLLOWING WITNESSES

Signature *[signature]*
Print Name Witness # 1 *LYNN Y ANTHEIL*

Signature *[signature]*
Print Name Witness # 2 *Janice M. Brown*

*[signature]*
LEONARD SEIDENBERG

*[signature]*
ELLEN SEIDENBERG

State of Florida
County of Sarasota

I am a notary public of the State of Florida and my commission expires ________
THE FOREGOING INSTRUMENT was acknowledged before me on NOVEMBER 6, 2001 by
**LEONARD SEIDENBERG and ELLEN SEIDENBERG, husband and wife**
who is personally known to me or who has produced driver license as identification and who did take ~~an oath~~

Notary Seal

Signature *[signature]*
Print Name Notary Public

LYNN Y ANTHEIL
Notary Public, State of Florida
My Comm. Exp. May 2, 2004
Comm No CC 928039

EXHIBIT
F

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2002161556 1 PG
2002 OCT 01 05:59 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
KRICE Receipt#224521
Doc Stamp-Deed: 2,149.00

2002161556

# This Warranty Deed

Made this **30th day of September, 2002** by
**THOMAS F. STARAL, TRUSTEE of U/T DATED APRIL 8, 1992, AS AMENDED AND RESTETED JANUARY 13, 1999**

hereinafter called the grantor, to
**DWIGHT J. AUSTIN AND CAROLYN A. AUSTIN, HUBSAND AND WIFE**

whose post office address is:
**2454 SONOMA DRIVE**
**NOKOMIS, FL 34275**

hereinafter called the grantee:
*(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*
***Witnesseth**, that the grantor, for and in consideration of the sum of **$10.00** and other valuable considerations, receipt whereof is* hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in **SARASOTA** County, Florida, viz:

**LOT 63, MISSION ESTATES, UNIT ONE, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 39, PAGES 6, 6A THROUGH 6H, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.**

***Subject to covenants, restrictions, easements of record and taxes for the current year.***

**Said property is not the homestead of the Grantor(s) under the laws and constitution of the state of Florida in that neither Grantor(s) nor any member of the household of Grantor(s) reside thereon.**

***Parcel Identification Number:* 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**
**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
***To Have and to Hold,** the same in fee simple forever.*
**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to **December 31, 2001**
**In Witness Whereof**, the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

[signature]
**Witness: (Signature)**
**Print Name:** Connie J. Reitmeyer

[signature]
**Witness: (Signature)**
**Print Name:** SUSAN BROOKER

**THOMAS F. STARAL, TRUSTEE OF**
U/T DATED APRIL 8, 1992, AS AMENDED AND RESTETED JANUARY 13, 1999
THOMAS F. STARAL TRUSTEE
[signature]
By: THOMAS F. STARAL, TRUSTEE
965 MONTEGO
VENICE, FL 34292

**State of Florida**
**County of SARASOTA**

The foregoing instrument was acknowledged before me this **30th day of September, 2002**, by
**THOMAS F. STARAL, TRUSTEE of U/T DATED APRIL 8, 1992, AS AMENDED AND RESTETED JANUARY 13, 1999,**
who is personally known to me or who has produced **DRIVER LICENSE** as identification.

[signature]
**NOTARY PUBLIC (signature)**
**Print Name:**
**My Commission Expires:**
**Stamp/Seal:**

CONNIE J. REITMEYER
COMMISSION # CC 835454
EXPIRES: May 10, 2003
1-800-3-NOTARY Fla. Notary Service & Bonding Co.

293 285

**Prepared by and Returned to:**
**Connie J Reitmeyer**
**Central Florida Title Company**
**3100 Tamiami Trail**
**Sarasota, FL 34239**
**File Number: 4602-0265**

Return To:
SUNBELT TITLE AGENCY
1803 Glengary Street
SARASOTA, FLORIDA 34231

**Incident to the issuance of a title insurance contract.**
Warrantydeed
Rev. 08/30/2002
am

EXHIBIT
G

6093
2093

Return to:
Name: STEWART TITLE CO. OF SARASOTA, INC.
Address: 3530 Webber Street
Sarasota, FL 34239

This Instrument Prepared by: KATHY AKIN
STEWART TITLE CO. OF SARASOTA, INC.
3530 Webber Street
Sarasota, FL 34239
as a necessary incident to the fulfillment of conditions contained in a title insurance commitment issued by it.

Property Appraisers Parcel Identification (Folio) Number(s):
163160006

Grantee(s) S.S.#(s):

FILE NO: 03120001N

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2003255099 1 PG
2003 DEC 23 01:01 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
DCOURSEY Receipt#415685

Doc Stamp-Deed: 2,093.00

2003255099

# WARRANTY DEED

**This Warranty Deed** Made this 12th day of December , 2003 , by ROBERT STERIO and DENYSE STERIO, husband and wife

whose marital status is: MARRIED
hereinafter called the grantor, whose post office address is: P. O. BOX 125 THRONBURY, ON, CANADA NOH 2PO
to KATHY J. BECKER, A SINGLE WOMAN

whose post office address is: 2478 SONOMA DRIVE #1 NOKOMIS, FL 34275

hereinafter called the grantee,

**WITNESSETH:** That said grantor, for and in consideration of the sum of $10.00 Dollars, and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Sarasota County, Florida, viz:

Lot 66, MISSION ESTATES, Unit One, recorded in Plat Book 39, Page(s) 6, 6A through 6H, inclusive, of the Public Records of Sarasota County, Florida

This property [is] [is not] the homestead of the Grantor(s).

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2003 , reservations, restrictions and easements of record, if any.

*(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)*

**IN WITNESS WHEREOF,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, Sealed and Delivered in Our Presence:

Witness Signature: [signature] | [signature] (Seal)
Witness Printed Name: JoANN MURCH | ROBERT STERIO

Witness Signature: [signature] | [signature] (Seal)
Witness Printed Name: Norman A.O. Kopperud | DENYSE STERIO

Witness Signature: ______ | ______ (Seal)
Witness Printed Name:

Witness Signature: ______ | ______ (Seal)
Witness Printed Name:

~~STATE~~ Province OF Ontario
COUNTY OF Grey

The foregoing instrument was acknowledged before me this 11TH day of DECEMBER 2003 , by ROBERT STERIO and DENYSE STERIO, husband and wife

who is/are personally known to me or who has/have produced driver license(s) as identification.

My Commission expires: on death
Serial Number:

[signature]
Printed Name: Norman A O Kopperud
Notary Public

EXHIBIT
H

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2005209905 1 PG
2005 SEP 19 01:14 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
MTAYLOR Receipt#687090
Doc Stamp-Deed: 3,342.50

THIS INSTRUMENT PREPARED BY AND RETURN TO:
**Janice J. Jankowski**
PORT CHARLOTTE TITLE COMPANY, INC.
3052 Tamiami Trail
Port Charlotte, FL 33952
Property Appraisers Parcel Identification (Folio) Numbers: **163080021**

Space Above This Line For Recording Data

2005209905

**THIS WARRANTY DEED,** made the **24th** day of **August, 2005** by **FRED EDWARDS and ANNE EDWARDS, husband and wife**, whose post office address is **2382 Sonoma Drive, Nokomis, FL 34273** herein called the grantors, to **JAMES W. DOSSETT and PATRICIA L. DOSSETT, husband and wife**, whose post office address is **2382 Sonoma Drive, Nokomis, FL 34273**, hereinafter called the Grantees:
*(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H:** That the grantors, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in SARASOTA County, State of Florida, viz.:

**Lot 54, MISSION ESTATES, UNIT TWO, as per plat thereof, recorded in Plat Book 39, Page 46, and 46A thru 46C, of the Public Records of Sarasota County, Florida.**

**Subject to easements, restrictions and reservations of record and taxes for the year 2004 and thereafter.**

**Subject to Declaration of Restrictions for Mission Estates recorded in Official Records Book 2994, Page 2264, Public Records of Sarasota County, Florida, as amended: restrictions, reservations, covenants, and easements of record; applicable governmental regulations; and taxes for the current year.**

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the grantors hereby covenant with said grantees that the grantors are lawfully seized of said land in fee simple; that the grantors have good right and lawful authority to sell and convey said land, and hereby warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2003.

**IN WITNESS WHEREOF,** the said grantors have signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

Witness #1 Signature

Janice J Jankowski
Witness #1 Printed Name

Witness #2 Signature

John R Ask
Witness #2 Printed Name

Fred Edwards
**FRED EDWARDS**
**2382 Sonoma Drive, Nokomis, FL 34273**

Anne Edwards
**ANNE EDWARDS**
**2382 Sonoma Drive, Nokomis, FL 34273**

**STATE OF FLORIDA**
**COUNTY OF CHARLOTTE**

The foregoing instrument was acknowledged before me this 24th day of August, 2005 by FRED EDWARDS and ANNE EDWARDS who are personally known to me or have produced Drivers License as identification.

**SEAL** Janice J. Jankowski Commission #DD333926 Expires: Jun 29, 2008 Bonded Thru Atlantic Bonding Co., Inc.

Notary Public

Printed Notary Name

My Commission Expires: 6/29/08

EXHIBIT
I

File No: **J-21860**

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2000018927 1 PG
2000 FEB 15 02:12 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
DCLINGER Receipt#011834

Doc Stamp-Deed: 350.00

1.00
1.00
5.00
350.00

2000018927

Prepared by and return to
**ROBERT J. DeBOER**
**Attorney at Law**
**Kanetsky, Moore & DeBoer, P.A.**
**227 Nokomis Avenue South**
**Venice, Florida 34284**
**941-485-1571**
File Number: **11209.20**
Will Call No **180**

Parcel Identification No **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**

[Space Above This Line For Recording Data]

# Warranty Deed

(STATUTORY FORM - SECTION 689 02, F S )

**This Indenture** made this **4th** day of **February, 2000** between **ROSS L. WEBB and SHEILA S. WEBB, husband and wife,** whose post office address is **24 Mountain View Drive, Hampden, Maine 04444** of the County of **Penobscot**, State of **Maine**, grantor*, and **EDWARD N. FATICA and JANICE M. FATICA, husband and wife,** whose post office address is **416 Beverly Road, Venice, Florida 34293** of the County of **Sarasota**, State of **Florida**, grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10 00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Sarasota County, Florida**, to-wit

**Lot 50, MISSION ESTATES, UNIT TWO, as per Plat thereof recorded in Plat Book 39, Page 46, of the Public Records of Sarasota County, Florida.**

**Subject to restrictions, reservations, easements of record, zoning, applicable governmental regulations and taxes beginning with the year 2000.**

**No construction may be commenced or continue on the subject property by any person or entity other than Caithness Construction, Inc. If any ownert of the subject property should violate this restriction, $10,000.00 shall be due and payable to Caithness Construction, Inc. upon demand, together with court costs and reasonable attorney fees to enforce the collection of same.**

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written

Signed, sealed and delivered in our presence

RETURN TO → KANETSKY, MOORE & DeBOER, P.A.
11209.20 DeBoer 180

| | |
|---|---|
| Witness Name R. J. DeBoer | Ross L. Webb (Seal) ROSS L WEBB |
| Pamela Palmer Witness Name PAMELA PALMER | Sheila S. Webb (Seal) SHEILA S WEBB |

State of Florida
County of Sarasota

The foregoing instrument was acknowledged before me this 4th day of February, 2000 by ROSS L WEBB and SHEILA S WEBB, husband and wife, who [ ] are personally known or [X] have produced a Driver's License as identification

[Notary Seal]

Notary Public

Printed Name

My Commission Expires

Robert J DeBoer
Notary Public, State of Florida
Commission No CC 581817
My Commission Exp. 10/27/2000
1-800-3-NOTARY · Fla. Notary Service & Bonding Co.

EXHIBIT
J

Return to:
This instrument prepared by:
THOMAS M. FITZGIBBONS, Esquire
22 South Tuttle Avenue, Suite 4
Sarasota, FL 34237
Phone: 941/953-5697

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 1999094147 1 PG
1999 JUL 09 04:52 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
FMILLER Receipt#120134
Doc Stamp-Deed: 311.50

1999094147

[Space Above This Line For Recording Data]

# Warranty Deed

(Statutory Form - FS 689.02)

**This Indenture,** made July 9, 1999, between **CAROLYN J. PRICE, a single person**, of the County of Sarasota in the State of Florida, party of the first part, whose post address is 3375 Huntington Place Drive, Sarasota, FL 34237, and **OWEN J. HARNEY and LAURA ALLEN HARNEY, husband and wife**, party of the second part, and whose post office address is 517 Armada Road South, Venice, FL 34285, and whose Taxpayer Identification Number is ,

## Witnesseth:

That the said party of the first part, for and in consideration of the sum of $10.00 and other valuable consideration, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said party of the second part, his heirs and assigns forever, the following described land, to wit:

Lot 64, MISSION ESTATES, UNIT 1, as per plat thereof recorded in Plat Book 39, page 6, Public Records of Sarasota County, Florida.

(For Information Only: Property Appraiser's Parcel Identification Number is 0163-09-0029)

Subject to easements, restrictions and reservations of record not coupled with a right of reverter and taxes for the current year.

And the said party of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

Signed, sealed and delivered in the presence of:

Sign [signature] Sign [signature] (Seal)
Print CYNTHIA G. SUITT Print CAROLYN J. PRICE
Sign Heather A. Melton
Print HEATHER A MELTON

**STATE OF FLORIDA**

**COUNTY OF SARASOTA**

**ACKNOWLEDGEMENT**

The foregoing instrument was acknowledged before me on July 9, 1999, by CAROLYN J. PRICE, ☐ who is personally known to me or ☐ who produced a Florida Driver's License as identification.

NOTARY PUBLIC:
[signature]
*(print or type name beneath signature line)*
State of Florida at Large
My commission expires:
My commission number is:

{Notaral Seal}

CYNTHIA G. SUITT
MY COMMISSION # CC 791231
EXPIRES: December 2, 2002
Bonded Thru Notary Public Underwriters

EXHIBIT
K

1000
500
(3)

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2002010330 1 PG
2002 JAN 18 12:37 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
MTAYLOR Receipt#127600
Doc Stamp-Deed: 1,995.00

Prepared by and return to
**ROBERT J. DeBOER**
**Attorney at Law**
**KANETSKY, MOORE & DEBOER, P.A.**
**227 Nokomis Avenue South**
**Venice, FL 34285**

File Number **11209.78C**
Will Call No **180**

Parcel Identification No **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**

2002010330

[Space Above This Line For Recording Data]

RETURN TO KANETSKY, MOORE & DeBOER, P.A.
11209.78 180

# Warranty Deed

(STATUTORY FORM - SECTION 689 02, F S )

**This Indenture** made this **15th** day of **January, 2002** between **CAITHNESS CONSTRUCTION, INC., a Florida corporation,** whose post office address is **P.O. Box 357, Nokomis, FL 34274** of the County of **Sarasota**, State of **Florida**, grantor*, and **JAN D. HEITMANN and KARIN R. HEITMANN, husband and wife,** whose post office address is **2414 Sonoma Drive, Nokomis, FL 34275** of the County of **Sarasota**, State of **Florida**, grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10 00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Sarasota County Florida**, to-wit

> **Lot 58, MISSION ESTATES, UNIT ONE, as per Plat thereof recorded in Plat Book 39, Page 6, of the Public Records of Sarasota County, Florida.**
>
> **Subject to restrictions, reservations, easements of record, zoning, applicable governmental regulations and taxes beginning with the current year.**

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever

* "Grantor" and "Grantee" are used for singular or plural, as context requires

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written

Signed, sealed and delivered in our presence

Pamela Palmer
Witness Name PAMELA PALMER

Nancy A Noworyta
Witness Name NANCY A NOWORYTA

CAITHNESS CONSTRUCTION, INC
a Florida corporation

By [signature]
MARK I CAITHNESS
President

(Corporate Seal)

State of Florida
County of Sarasota

The foregoing instrument was acknowledged before me this 10th day of January, 2002 by MARK I CAITHNESS, President of CAITHNESS CONSTRUCTION, INC , a Florida corporation, on behalf of the corporation He [X] is personally known to me or [_] has produced a driver's license as identification

[Notary Seal]

Pamela Palmer
Notary Public

Printed Name PAMELA PALMER

My Commission Expires

PAMELA PALMER
State of Florida
My Comm. Exp June 20, 2002
Comm. # CC 735071

☑ PERSONALLY KNOWN BY ME
☐ PRODUCED I.D

EXHIBIT
L

1,00
5-00
1,806.00

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2003215613 1 PG
2003 OCT 24 09:36 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
MTAYLOR Receipt#391463
Doc Stamp-Deed: 1,806.00

Prepared by and return to:
**ROBERT J. DeBOER**
**Attorney at Law**
**KANETSKY, MOORE & DEBOER, P.A.**
**227 Nokomis Avenue South**
**Venice, FL 34285**

File Number: **9470.584**
Will Call No.: **180**

Parcel Identification No. **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**

2003215613

[Space Above This Line For Recording Data]

# Warranty Deed

(STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this **17th** day of **October, 2003** between **ROBERT DURST and LEONOR E. DURST, husband and wife,** whose post office address is **c/o David Durst, 277 Crescent St., Apt. 7, Northampton, MA 01060** of the County of **Hampshire**, State of **Massachusetts**, grantor*, and

**KENNETH L. MILES and M. LaORA MILES, husband and wife,** whose post office address is **2342 Sonoma Drive West, Nokomis, FL 34275** of the County of **Sarasota**, State of **Florida**, grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Sarasota County Florida**, to-wit:

> **Lot 49, MISSION ESTATES, UNIT TWO, as per Plat thereof recorded in Plat Book 39, Page 46, of the Public Records of Sarasota County, Florida.**
>
> **Subject to restrictions, reservations, easements of record, zoning, applicable governmental regulations and taxes beginning with the current year.**

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

Return To: Kanetsky, Moore & DeBoer 9470.584

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

| | |
|---|---|
| [signature] Witness Name: Luraine Baeringer | [signature] (Seal) ROBERT DURST |
| [signature] Witness Name: Margaret Kuboteit | [signature] (Seal) LEONOR E. DURST |

State of Florida
County of Sarasota

The foregoing instrument was acknowledged before me this 17th day of October, 2003 by ROBERT DURST and LEONOR E. DURST, who [ ] are personally known or [✓] have produced a driver's license as identification.

[signature]
Printed Name: Margaret A. Kuboteit
Notary Public
My Commission Expires:

NOTARY SEAL

MARGARET A. KUBOTEIT
State of Florida
My Comm. Exp. Aug. 26, 2006
Comm. # DD 145288

☐ PERSONALLY KNOWN BY ME
☑ PRODUCED I.D. License

EXHIBIT
M

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2007064694 2 PGS
2007 APR 20 01:36 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
TFERNANDEZ Receipt#911520

Doc Stamp-Deed: 0.70

2007064694

This Document Prepared by:
MSC Title, Inc.
40 North Osprey Avenue
Sarasota, Florida 34236
Donita Stitt

RETURN TO:
SUE W. STITT
2422 Sonoma Drive West
Nokomis, FL 34275

Parcel ID Number: 0163-09-0034

# TRUSTEE'S DEED

THIS INDENTURE, made April 9, 2007, by and between SUE W. STITT, an unremarried widow, hereinafter referred to as Grantor, whose mailing address is 2422 Sonoma Drive West, Nokomis, FL 34275 and SUE WETZEL STITT, Trustee of the SUE WETZEL STITT REVOCABLE TRUST Dated July 11th, 1996, hereinafter referred to as Grantee, whose post office address is 2422 Sonoma Drive West, Nokomis, FL 34275.

(Wherever used the terms "Grantor" and "Grantee" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporation, wherever the context so admits or requires.)

**WITNESSETH**

Grantor, in consideration of the sum of Ten Dollars ($10.00) and other good and valuable considerations, receipt of which is hereby acknowledged, does hereby grant, bargain, sell and convey to Trustee, his successors and assigns, all Grantor's interest in and to the following described real property lying and being situated in Sarasota County, Florida to wit:

Lot 59, MISSION ESTATES, UNIT ONE, as per Plat thereof recorded in Plat Book 39, Page 6 of the Public Records of Sarasota County, Florida.

TOGETHER WITH all appurtenances, privileges, rights, interest, dower, reversions, remainders and easements thereunto appertaining:
TO HAVE AND TO HOLD said real estate with the following powers and for the following uses and purposes, to wit:

1. The Trustee is vested with full rights of ownership over the above described real estate and Trustee is specifically granted and given the power and authority:
   (a) To protect and conserve said real estate and improvements located thereon and to pay the taxes assessed thereon;
   (b) To sell said real estate, for cash or credit, at public or private sale, to exchange said real estate for other property and to grant options to sell said property, and to determine the price and terms of sales, exchange and options;
   (c) To execute leases and subleases for terms as long as 20 years, to subdivide or improve said real estate and tear down or alter improvements, to grant easements, give consent and make contracts relating to said real estate or its use and to release or dedicated any interest in said real estate;
   (d) To borrower money and to mortgage, pledge or encumber any or all of the said real estate to secure payment thereof;
   (e) To manage, control and operate said real estate, to collect the rents, issues and profits, to pay all expenses thereby incurred, and in addition, to manage and operate any business that may now or hereafter be operated and maintained on said real estate, and in general, to exercise any powers authorized by the provisions of Chapter 737, Florida Statutes, 1988;
   (f) The Trustee's liability hereunder, under the Trust Agreement or by operation of law to any persons firm or corporation is limited to the trust assets and the Trustee shall not become individually or personally obligated in any manner related thereto;
2. The Trustee shall hold said real estate and make distributions of said real estate of the proceeds derived therefrom in accordance with the terms and conditions of that certain Trust Agreement dated July 11th, 1996.
3. No purchaser, grantee, mortgagee, lessee, assignee or any other person dealing with the Trustee need see to the application of any proceeds of any sales, lease, mortgage or pledge, but the receipt of the Trustee shall be a complete discharge and acquittance therefor. Any and all persons, including but not limited to grantees, mortgagees, lessees, transferee and assigns dealing with said Trustee need not inquire into the identification or status of any beneficiary under this deed or any collateral instrument nor inquire into or ascertain the authority of such Trustee to act in and exercise the powers granted by this deed or of adequacy or disposition of any consideration paid to the Trustee nor inquire into the provisi of said unrecorded Trust Agreement and any amendments thereto collateral hereto.

EXHIBIT
tabbles
N

4. This conveyance is made in conformance with the provisions of Sections 689.071, Florida Statutes.

5. By its acceptance of this conveyance, the Trustee covenants and agrees to do and perform the duties, acts and requirements upon it binding.
6. Each and every power hereinabove set forth may be exercised by any Trustee. Any instrument executed by any Trustee or any act taken by any Trustee shall be binding upon the trust and all of the Trustees as fully and completely as if all Trustees had executed the said instrument or taken said action.
7. The Successor Trustee is Grantee's
   The Successor Trustee shall have all of the title, powers and discretion herein given to the Trustee, without any act of conveyance or transfer. A certificate signed by any Trustee or any Successor Trustee under this instrument and acknowledged by him/her before a notary public shall be conclusive evidence upon all persons and for all purposes of the facts stated in the certificate representing the terms of this instrument and the identity of the Trustees who from time to time are serving under it.

**NOTE TO PROPERTY APPRAISER: The Grantee confirms that under the terms of the Trust referred to above, the Grantee has not less than a beneficial interest for life and is entitled to a homestead tax exemption pursuant to the provisions of Florida Statute 196.041(2).**

**In Witness whereof**, the Grantor has signed and sealed this deed the date above written.

Signed, sealed and delivered in the presence of:

Barbara Harmon
Witness Signature

Barbara Harmon
Witness Name Printed

Witness Signature

Jennifer Lynn Tello
Witness Name Printed

Sue W. Stitt
SUE W. STITT
Address: 2422 Sonoma Drive West, Nokomis, FL 34275

State of: Florida
County of: Sarasota

The foregoing instrument was acknowledged before me 9 day of April, 2007 by Sue W. Stitt, who is/are personally known to me or who did produce FLA DL as identification.

NOTARY PUBLIC

Sheryl Strall
Printed-Name of Notary
My Commission Expires: 12/12/09

SHERYL A. STRALL
MY COMMISSION # DD 498695
EXPIRES: December 12, 2009
Bonded Thru Notary Public Underwriters

1,000
5.00
413.00

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2001180901 1 PG
2001 DEC 13 09:59 AM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
ADEPALO Receipt#114967
Doc Stamp-Deed: 413.00

2001180901

Prepared by and return to
ROBERT J. DeBOER
Attorney at Law
KANETSKY, MOORE & DEBOER, P.A.
227 Nokomis Avenue South
Venice, FL 34285

File Number 11209.78B
Will Call No 180

Parcel Identification No 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

[Space Above This Line For Recording Data]

RETURN TO KANETSKY MOORE & DeBOER, P.A.

11209.78 180

# Warranty Deed

(STATUTORY FORM - SECTION 689 02, F S )

**This Indenture** made this **11th** day of **December, 2001** between **CAITHNESS CONSTRUCTION, INC., a Florida corporation,** whose post office address is **8373 Pondview Lane, Englewood, FL 34224** of the County of **Charlotte**, State of **Florida**, grantor*, and **EGBERT VON PAPEN and BARBARA VON PAPEN, husband and wife,** whose post office address is **6017 Chaparral Avenue, Sarasota, FL 34243** of the County of **Sarasota**, State of **Florida**, grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10 00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Sarasota County Florida**, to-wit

**Lot 56, MISSION ESTATES, UNIT ONE, as per Plat thereof recorded in Plat Book 39, Page 6, of the Public Records of Sarasota County, Florida.**

**Subject to restrictions, reservations, easements of record, zoning, applicable governmental regulations and taxes beginning with the current year.**

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever

* "Grantor" and "Grantee" are used for singular or plural, as context requires

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written

Signed, sealed and delivered in our presence

Witness Name: R. J. DeBoer

Witness Name: NANCY A. MOWORYTA

_________________________(Seal)
JAN HEITMANN

_________________________(Seal)
KARIN HEITMANN

State of Florida
County of Sarasota

The foregoing instrument was acknowledged before me this 10th day of December, 2001 by JAN HEITMANN and KARIN HEITMANN, husband and wife, who [ ] are personally known or [X] have produced a driver's license as identification.

_________________________
Printed Name:
Notary Public
My Commission Expires

NOTARY PUBLIC
STATE OF FLORIDA
Robert J. DeBoer
Comm # CC 980480
Comm Exp Nov 7, 2004

EXHIBIT
O

tabbies

DoubleTime