# In The United States Court of Federal Claims

**FIRST AMENDED**

Cover Sheet

Plaintiff(s) or Petitioner(s) See seperate sheet attached

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Mark F. (Thor) Hearne

Firm Name: Lathrop & Gage

Post Office Box:

Street Address: 10 South Broadway

City-State-Zip: St. Louis, MO 63102

Telephone & Facsimile Numbers: 314-613-2522 ofc./314-613-2550

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 1 2

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: 0

See attached sheet for three-digit codes.

Amount Claimed: $ 1,000,000 plus

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ N/A

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: N/A

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**Plaintif's First Amended Complaint**

**No. 07-273L**

**Plaintiff List**

1. Carolyn Austin
2. Dwight Austin
3. Kathy Becker
4. Donald E. Duran
5. Judith Duran
6. Anne Edwards
7. Edward Fatica
8. Janice Fatica
9. Laura Harney
10. Owen Harney
11. Jan Heitmann
12. Karin Heitmann
13. Kenneth Miles
14. M. LaOra Miles
15. Mission Estate Homeowners' Association
16. Denise Rizzo
17. Linda L. Rogers
18. Stephen J. Rogers
19. Sue Wetzel Stitt
20. Barbara Von Papen
21. Egbert Von Papen