# In the United States Court of Federal Claims

**No. 07-273L**
**(Filed June 27, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**STEPHEN J. and LINDA L. ROGERS, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

---

On June 26, 2007, Plaintiffs filed an unopposed motion for leave to amend their complaint pursuant to the Rules of the Court of Federal Claims (RCFC) Rule 15(a). Good cause having been shown, this motion is **GRANTED**. The Clerk is directed to file Plaintiffs' amended complaint as of this date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**