IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN J. ROGERS, and<br>LINDA L. ROGERS, and<br>DONALD E. DURAN, and<br>JUDITH DURAN, and<br>DENISE RIZZO, | ) | Hon. Mary Ellen Coster Williams |
| Plaintiffs, | ) | No. 07-273 |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**
**IN WHICH TO FILE RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant UNITED STATES hereby moves for an enlargement of time of 30 days, or to and including August 10, 2007, for the filing of its response to plaintiffs' Amended Complaint in the above captioned matter.

Plaintiffs' Amended Complaint was accepted for filing on June 27, 2007, and accordingly defendant's answer thereto is currently due on July 11, 2007.

No previous enlargements of time for this response have been requested.

Additional time is required in order to assemble documents necessary to defendant's response in this matter.

Counsel for defendant has conferred with counsel for plaintiffs who has indicated that plaintiffs do not object to this enlargement.

WHEREFORE, defendant respectfully requests that the court grant it a 30 day enlargement, or to and including August 10, 2007, for the filing of its response to plaintiffs' Amended Complaint.

Dated: July 2, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Mark T. Romley

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506