# In the United States Court of Federal Claims

**No. 07-273L**
**(Filed July 10, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**STEPHEN J. and LINDA L. ROGERS, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On July 2, 2007, Defendant filed an unopposed motion for enlargement of time of 30 days, to and including **August 10, 2007**, in which to file its response to Plaintiffs' amended complaint. Good cause having been shown, this motion is **GRANTED**. Defendant shall file its answer by **August 10, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**