IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN J. and LINDA L. ROGERS, et al.<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 07-273L |

**MOTION TO CERTIFY CLASS ACTION**

COME NOW Plaintiffs Stephen J. and Linda L. Rogers and the other named plaintiffs, for themselves and as representative of a class of similarly situated persons, and move this Court pursuant to Rule 23 of the Rules of the United States Court of Federal Claims to certify this action as a class action brought by Plaintiffs as representative parties on behalf of all other land owners holding title to property in Sarasota County, Florida whose property has been taken or damaged as a result of the conversion of the Venice Branch of the Seminole Gulf Railway to a public use trail pursuant to the National Trails System Act, 16 U.S.C. § 1247(d) and that Notice of Trail Use ("NITU") issued by the Surface Transportation Board ("STB") on April 2, 2004.

In support of this motion, Plaintiffs state as follows:

1. The former railroad right-of-way in Florida which is affected by the conversion to a public use trail is located in Sarasota County, Florida, along an approximately 12.43 mile long stretch of land known as the "Venice Branch" of the

former Seminole Gulf Railway. This former right-of-way ran over the land held in fee by more than 100 separate property owners. Accordingly, the class of individuals and entities in the same or similar position to that of Plaintiffs is so numerous that joinder of all members is impracticable.

2. The claims of all members of this potential class of landowners involve the same or substantially similar questions of law and fact.

3. The claims of Plaintiffs as representative parties are typical of the claims of the class.

4. Plaintiffs as the representative parties will fairly and adequately protect the interests of the class.

5. Incorporated herein by reference in this Motion is Plaintiffs' Memorandum in Support of Motion to Certify Class Action.

WHEREFORE, Plaintiffs Stephen J. and Linda L. Rogers and the other named plaintiffs pray that this Court certify this action as a class action pursuant to Rule 23 of the United States Court of Federal Claims.

LATHROP & GAGE L.C.

Date: August 21, 2007

By____________________

Mark F. Hearne, II
J. Robert Sears
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500
(314) 613-2550 (fax)

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this ____ day of August, 2007, a true and correct copy of the foregoing Plaintiffs' Motion to Certify Class Action was sent by Federal Express, overnight delivery, postage prepaid, to the following counsel of record:

Mark F. (Thor) Hearne, II



STLDOCS 205385v2