**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et. al. | ) | |
| | ) | Hon. Mary Ellen Coster Williams |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-273 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY CLASS ACTION**

Defendant, United States of America, herein responds to Plaintiffs' Motion to Certify Class Action ("Pls.' Mot.") and Plaintiffs' Memorandum in Support of Motion to Certify Class Action ("Pls.' Mem."), dated August 21, 2007. In their motion, plaintiffs seek to certify an opt-in class "with themselves as representative parties for that class of similarly situated individuals or entities that held fee title to any land in Sarasota County, Florida which is now encumbered by the easements created by reason of [the] Trails Act and the April 2, 2004 [Notice of Interim Trail Use ("NITU")]." Pls.' Mem. at 1. With their Amended Complaint, plaintiffs submitted a copy of the NITU dated April 2, 2004, which appears to apply to the same 12-mile long corridor described in their Motion to Certify Class Action. Compare Plaintiffs' Amended Complaint, Exh. B ("Pls.' Am. Compl.") with Pls.' Mot. at 1-2. Plaintiffs estimate that there are now "more than 100 fee owners" with property abutting the rail corridor covered by the April 2, 2004 NITU. See Pls.' Mot. at 2.

Defendant has reviewed plaintiffs' motion and memorandum and, based on prior precedent that has found class certification to be appropriate in "rails-to-trails" takings cases, does not oppose the granting of that motion.

Dated: September 7, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506

Of Counsel:

William Shapiro
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice

Evelyn Kitay
Surface Transportation Board
Washington, DC