**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et. al. | ) | |
| | ) | Hon. Mary Ellen Coster Williams |
| Plaintiffs, | ) | |
| v. | ) | No. 07-273 |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR THE FILING OF THE PARTIES' JOINT PRELIMINARY STATUS REPORT**

Defendant UNITED STATES, with the agreement of plaintiffs, hereby moves for an enlargement of time of 7 days, or to and including October 4, 2007, for the filing of the parties' Joint Preliminary Status Report ("JPSR") in the above captioned matter.

Defendant filed its Answer to plaintiffs' Amended Complaint on August 6, 2007. Accordingly, the parties' JPSR is currently due on September 27, 2007.

No previous enlargements of time for this deadline have been requested.

Pursuant to plaintiffs' Motion to Certify Class (Docket No. 12), which defendant did not oppose (Docket No. 13), the parties have begun discussing the logistics and timing of the work needed to identify, notify and close the class in this matter. The parties would like to provide details on this upcoming process to the Court in the JPSR, but have not yet been able to finalize such details.

Counsel for defendant has conferred with counsel for plaintiffs who has indicated that plaintiffs do not object to this enlargement.

WHEREFORE, defendant respectfully requests that the Court grant an enlargement of time of 7 days, or to and including October 4, 2007, for the filing of the parties' Joint Preliminary Status Report ("JPSR") in the above captioned matter.

Dated: September 25, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506