# In the United States Court of Federal Claims

**No. 07-273L**
**(Filed September 26, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**STEPHEN J. and LINDA L. ROGERS, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE PARTIES' JOINT PRELIMINARY STATUS REPORT**

---

On September 25, 2007, Defendant filed an unopposed motion for enlargement of time of 7 days, to and including October 4, 2007, in which to file the parties' joint preliminary status report. Good cause having been shown, this motion is **GRANTED**. The parties shall file the joint preliminary status report by **October 4, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**