# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN J. and LINDA L. ROGERS, Husband and Wife, | ) | |
| et. al | ) | Hon. Mary Ellen Coster Williams |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | No. 07-273 L |
| Plaintiffs, | ) | |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, | | |
| Defendant. | | |

## PLAINTIFFS' UNOPPOSED MOTION OF ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT

The Plaintiffs move for a five (5) day enlargement of time to and including October 9, 2007, for the filing of the parties' Joint Preliminary Status Report ("JPSR") in the above captioned matter.

The parties' JPSR is currently due on October 4, 2007. No previous enlargements of time for this deadline have been requested by Plaintiffs.

The parties have begun discussing the issues to be addressed in the JPSR. The United States has provided a draft JPSR to Plaintiffs, and Plaintiffs are currently reviewing that document. Counsel for the Plaintiffs is out of town in hearings today in

Jefferson City in court on another matter and requested that counsel for the United States file this motion on behalf of Plaintiffs. Defendant does not oppose the granting of this motion.

WHEREFORE, Plaintiffs requests that the Court grant an enlargement of time of 5 days, or to and including October 9, 2007, for the filing of the parties' Joint Preliminary Status Report in the above captioned matter.

Dated: October 4, 2007

Respectfully submitted,

LATHROP & GAGE, L.C.

By: § Mark F. Hearne, II
Mark F. Hearne, II
The Equitable Building
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Telephone: (314) 613-2500
Facsimile: (314) 613-2550
E-mail: Thornet@ix.netcom.com

Franklin Square, Suite 1050 East
1300 Eye Street, NW
Washington, D.C. 20005
Telephone: (202) 962-0032
Facsimile: (202) 962-0357

Attorney for Plaintiffs