# In the United States Court of Federal Claims

**No. 07-273L**
**(Filed October 5, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **STEPHEN J. and LINDA L. ROGERS, et al.,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT**

---

On October 4, 2007, Plaintiffs filed an unopposed motion for an enlargement of time, to and including **October 9, 2007**, for the filing of the parties' Joint Preliminary Status Report. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**