Florida, United States, North America




Copyright © 1988-2004 Microsoft Corp. and/or its suppliers. All rights reserved. http://www.microsoft.com/streets/
© Copyright 2003 by Geographic Data Technology, Inc. All rights reserved. © 2004 NAVTEQ. All rights reserved. This data includes information taken with permission from Canadian authorities © Her Majesty the Queen in Right of Canada.