# IMPORTANT LEGAL NOTICE

# NOTICE OF PENDANCY OF CLASS ACTION

---

*TO: ALL PERSONS WHO*
*OWNED REAL PROPERTY ABUTTING OR UNDERLYING THE FORMER CSX-SEMINOLE GULF RAILROAD RIGHT-OF-WAY (PREVIOUSLY KNOWN AS THE SEABOARD AIR LINE RAILROAD)*
***ON APRIL 2, 2004***

---

**PURSUANT TO RULE 23** of the Rules of the United States Court of Federal Claims, you are hereby notified:

The above-captioned class action is pending in this Court. It was brought on behalf of a class consisting of all persons who, on April 2, 2004, were owners of real property over which the CSX-Seminole Gulf Railroad (previously known as the Seaboard Air Line Railroad) formerly held right-of-way. The Plaintiffs seek to recover from the Defendant, The United States of America, for themselves and the class, the value of the land appropriated by The United States of America.

An eligible class member who prevails in this lawsuit will receive compensation for the portion of his land now burdened by reason of the Federal Rails-to-Trails Act; in exchange for receiving just compensation, if any is awarded, a participating class member will convey to the United States an easement over that portion of his or her real property for which he or she is being compensated.

This litigation does not and will not affect the existence, appearance, or use of the existing public-access recreational trail.

On ___________, the Court ordered that this action be certified as a class action. The complaint alleges that The United States has taken property from the class members without just compensation in violation of the Fifth Amendment. This Notice is given to you in the belief that you may be a member of the above class whose rights may be affected by this lawsuit. It should not be understood as an expression of opinion by the Court

EXHIBIT
tabbies
1

concerning the merits of this case. This Notice is intended merely to advise you of the pendancy of the action and of your rights with respect thereto.

**THERE IS NO ASSURANCE THAT A JUDGMENT WILL BE GRANTED IN YOUR FAVOR OR IN FAVOR OF ANY CLAIMANT OR THAT PAYMENT WILL BE MADE TO YOU OR ANY MEMBER OF THE CLASS. NEVERTHELESS, ANY JUDGMENT(S), WHETHER FAVORABLE OR NOT, SHALL BIND THE MEMBERS OF THE CLASS.**

Mark F. (Thor) Hearne, II, and Lindsay S.C. Brinton, 10 South Broadway, Suite 1300, St. Louis, Missouri 63102, Telephone (314) 613-2500 and Facsimile (314) 613-2550, are counsel for the class. A special phone number (314) 613-2577 has been established for matters concerning this action and they may be contacted by e-mail at Thornet@ix.netcom.com or Lbrinton@lathropgage.com.

<u>You are not required to pay any money to be included in this action</u>. Counsel's fees for their services in this matter may be paid from: (1) a contingency fee equal to one-third of the total principal and interest, if any, recovered subject to approval of this Court; or (2) the attorney's fees and litigation expenses of those Plaintiffs who are successful in recovering compensation for the United States for land taken—to the extent the Court determines that such fees and expenses are reasonable—may be paid by the United States pursuant to the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. 4654 (c).

If you are a potential member of the class (having owned property abutting or underlying the existing public-access recreational use trail, wherein the CSX-Seminole Gulf Railroad (previously known as the Seaboard Air Line Railroad) formerly held an interest or right-of-way on April 2, 2004), you may join the Class and participate in this case <u>only by</u> completing an Entry of Appearance (attached hereto) *(Note: If no form is attached, or if this Notice appears in a newspaper, you may obtain an Entry of Appearance by sending a self-addressed stamped envelope to "Rogers v. United States" in care of Mark F. (Thor) Hearne, II at address noted below), or calling (314) 613-2577).*

**In order to make sure you have the opportunity to participate, your Entry of Appearance must be received by Class Counsel on or before January 14, 2008.** The court will include you in the class action only if you request inclusion and provide the information requested in the Entry of Appearance. The Entry of Appearance should be addressed to:

"Rogers v. United States Class Action,
Case No. 07-273 L"

Mark F. (Thor) Hearne, II
Lathrop & Gage, L.C.
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708

All pleadings and other papers filed in this action are available for inspection at the office of the Clerk of the Court.

**If you do not file an Entry of Appearance**, you will not be part of this Class.

Because of the large number of claimants and the need for review of the Entries of Appearance, you may not receive further communication from counsel until after January 30, 2008.

**DO NOT CONTACT THE COURT OR ITS CLERK IF YOU HAVE QUESTIONS. CONTACT COUNSEL FOR THE CLASS OR YOUR OWN COUNSEL. COUNSEL FOR THE CLASS HAS ESTABLISHED A PHONE LINE FOR QUESTIONS. THAT PHONE NUMBER IS (314) 613-2577.**

Dated ____________________

Clerk,

United States Court of Federal Claims.