**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. and LINDA L. ROGERS, Husband and Wife, | ) | |
| et. al | ) | Hon. Mary Ellen Coster Williams |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | No. 07-273 L |
| Plaintiffs, | ) | |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' PROPOSED ORDER FOR CLASS CERTIFICATION**

COME NOW Plaintiffs, pursuant to Rule 23 of the Rules of the U.S. Court of Federal Claims and the October 18, 2007 status conference with the Court, and for their Proposed Order for Class Certification, hereby state as follows:

1. Plaintiffs Complaint seeks class certification and Plaintiffs have filed a motion to certify this action as a class action, as well as a memorandum in support thereof. (Doc. No. 12).

2. Defendant has consented to Plaintiffs' Motion, stating, "Defendant has reviewed plaintiffs' motion and memorandum and, based on prior precedent that has found class certification to be appropriate in "rails-to-trails" takings cases, does not oppose the granting of that motion." (Doc. No. 13).

3. Plaintiffs have filed a Proposed Class Notification and Schedule proposing a schedule for the notification of potential class members and opt-in procedure for interested class members. (Doc. No. 19). This proposed notification and schedule are in substance similar to those agreed to by Defendant and ordered by this Court in the similar Trails Act taking cases of *Miller v. U.S.* (Case No. 93-134L) and *Illig v. U.S.* (Case No. 98-934L).

4. On October 18, 2007, this Court held a hearing wherein the Court requested the parties to submit a Joint Proposed Order for Class Certification.

5. Counsel for Plaintiffs provided Defendant with a Joint Proposed Order for Class Certification on October 18, 2007.

6. Defendant's counsel has informed counsel for the Plaintiffs that their schedule does not allow them to time to review the Proposed Order until the end of this week (sometime after October 24, 2007).

7. Plaintiffs' counsel, however, will be out of town from October 24-26, 2007 and only intermittently available by cellular telephone.

8. In efforts to respond to this Court's request for a proposed order in a timely fashion, particulary with regard to initiating the notice to potential class members and opt-in procedure, Plaintiffs have submitted a proposed order with this motion.

9. Plaintiffs note that this is not a joint proposed order, but due to this not being a contested or controversial issue and in light of the various counsels' schedules, Plaintiffs wanted to provide this Court with a proposed order in a timely manner and to not further delay this matter due to Plaintiffs' counsel's schedule.

10. Plaintiffs' Proposed Order for Class Certification is patterned after that adopted by Judge Bruggink in *Miller v. U.S.* (Case No. 93-134L) and *Illig v. U.S.* (Case No. 98-934L) (a copy of each order is attached respectively as Exhibit 1 and Exhibit 2), and is also consistent with the District Court decisions in *Lowers v. U.S*, 2001 WL 1200869 (S.D. Iowa 2001) and *Bywaters v. U.S.*, 196 F.R.D. 458 (E.D. Tex. 2000).

11. Plaintiffs have provided Defendant's counsel with a copy of this motion by e-mail and have advised counsel that Plaintiffs are agreeable to entry of a class certification such as that proposed.

WHEREFORE, Plaintiffs respectfully request this Honorable Court enter Plaintiffs' Proposed Order for Class Certification.

Respectfully submitted,

LATHROP & GAGE, L.C.

Mark F. (Thor) Hearne, II
Lindsay S.C. Brinton (admission pending)
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500
(314) 613-2550 (fax)
Thornet@ix.netcom.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 22nd day of October, 2007, a true and correct copy of the foregoing Plaintiffs' Proposed Order for Class Certification was sent via e-mail, to the following counsel of record:

Mr. William Shapiro
Environment and Natural Resources Division
United States Department of Justice
601 D St., N.W.
Third Floor, Room 3131
Washington, D.C. 20004
William.Shapiro@usdoj.gov

Counsel for Plaintiffs



STLDOCS 209000v1