# In the United States Court of Federal Claims

No. 03-2489L
(Filed: April 20, 2004)

* * * * * * * * * * * * * * * * * * * * * *

DIANNE J. MILLER, ROBERT N. MILLER, and LISA M. SHANIKA, For Themselves and as Representatives of a Class of Similarly Situated Persons,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiffs' motion to certify this as a class action pursuant to Rule 23 of the Rules of the United States Court of Federal Claims ("RCFC"). Plaintiffs propose a class comprised of land owners in St. Louis County, Missouri, whose property has been taken as a result of the conversion of the Missouri Pacific Railroad a/k/a Union Pacific Railroad Kirkwood Industrial Lead and/or Carondelet Branch right-of-way to a public use trail pursuant to the National Trials Systems Act, 16 U.S.C. § 1247(d). Defendant does not contest class certification but requests that it be limited to landowners directly affected by the Donation and Purchase and Sale Agreement ("Agreement").

Pursuant to the status conference held April 19, 2004, we believe certification as an opt-in class under RCFC 23 is appropriate. The class shall consist of land owners in St. Louis County, Missouri, whose land is currently burdened by the Kirkwood Industrial Lead and/or Carondelet Branch Trail as specified in the Notice of Interim Trail Use or Abandonment dated August 18,

EXHIBIT
1

1999, and who fall within the scope of the Agreement, namely, those owning fee interest in land along the subject corridor between mileposts 13.766 and 15.80.

The parties shall file a joint status report concerning notification of potential class members on or before May 11, 2004.

ERIC G. BRUGGINK
Judge