THIS DEED, Made this 5th.....day of September.1910, between Clement PHILLIPS AND WIFE, parties of the first part, and Seaboard Air Line Railway, party of the second part,

WITNESSETH, That for and in consideration of the sum of One hundred & 00/100 Dollars ($100.00....) in hand paid, the receipt whereof is hereby acknowledged, and other valuable considerations, the parties of the first part hereby grant, bargain, sell and convey unto the party of the second part, all their right, title and interest, of any nature whatsoever, in and to the following property, to-wit:

All those certain pieces or parcels of land, lying and being in the County of Manatee and State of Florida, and being described as follows:

All that certain triangular piece or parcel of land lying in the SE 1/4 of the SE 1/4 of the SE 1/4 of Section 25, Township 38 South, Range 18 East, Manatee county, Florida; it being that portion of said SE 1/4 of SE 1/4 of SE 1/4 of Section 25, lying east of a line drawn parallel with and fifty (50) feet distant, westwardly, from the center line of the Seaboard Air Line Railway, as located across Township 38 South, Range 18 East and containing 46/100 acre, more or less.

A strip of land one hundred (100) feet wide, being fifty (50) feet on each side of the center line of Seaboard Air Line Railway, as located across lands owned by said parties of the first part in the NW 1/4 of the NW 1/4 of the NW 1/4 of Section 31, Township 38 South, Range 15 East, Manatee county, Florida Said center line being described as follows:

Beginning at a point on the north line of the NW 1/4 of the NW 1/4 of the NW 1/4 of Section 31, Township 38 South, Range 19 East, 110 feet, more or less, east of the northwest corner thereof; running thence South 12° 11' East, a distance of 650 feet, more or less, to a point on the south line of said NW 1/4 of the NW 1/4 of the NW 1/4 of Section 31, distant 245 feet, more or less, east of the southwest corner thereof.

Said strip of land contains 1.5 acres, more or less

TOGETHER WITH all and singular the tenements, heriditaments and appurtenances thereunto belonging or appertaining, and every right, title or interest, legal or equitable, of the said parties of the first part in and to the same.

IN TENSTIMONY WHEREOF, Witness the following signatures and seals.

Witnesses

J. R. Chaplin Jr.

L. G. Stalnaker

Clement Phillips (Seal)

Lida Phillips (Seal)

EXHIBIT E

State of Florida } ss
of
Manatee County

I hereby certify that on the 5th day of September A.D. 1910, before me the undersigned authority, personally appeared in the county and State aforesaid, Clement Phillips .........and Lula Phillips........his wife, personally known to me to be the individuals described in and who as parties of the first part executed the above written deed of conveyance and each for himself and herself acknowledged that they signed, sealed and delivered the said deed freely and voluntarily and for the purposes therein stated, and afterwards on the same day and at the same place, the said Lula Phillips....wife of the said Clement.... Phillips......on an examination taken and made by me separately and apart from her said husband, acknowledged for herself that she executed said deed for the purpose of forever selling, transferring, conveying, renouncing and relinquishing all her dower and right of dower and all her right title and interest in and to the lands described in and conveyed by said deed of conveyance and that she executed such deed of conveyancefor such purposes freely and voluntarily and without compulsion, constraint, apprehension or fear of or from her said husband.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written

J.B. Chaplin Jr

Notary Public in and for the State of Florida...., County..... of Manatee...

My commission expires:
Oct. 17th. 1911

191

570

THIS DEED, made this third day of September 1910, between Jesse Knight, widower, party of the first part, and Seaboard Air Line Railway, party of the second part. WITNESSETH, that for and in consideration of the sum of Ten Dollars ($10.00) in hand paid, the receipt whereof is hereby acknowledged, and other valuable considerations the party of the first part hereby grants, bargains, sells and conveys unto the party of the second part, all their right, title and interest, of any nature whatsoever in and to the following property, to-wit:

All those certain pieces or parcels of land, lying and being in the County of Manatee, and State of Florida, and being described as follows:

A strip of land one hundred (100) feet wide, being fifty (50) feet on each side of the center line of Seaboard Air Line Railway as located across lands owned by the said party of the first part in the S. ½ of the SW¼ of Section 31, Township 38 South Range 19 East, Manatee County, Florida. Said center line being described as follows; Beginning at a point on the north line of the S½ of the SW¼ of Section 31, Township 38 South, Range 19 East, 320 feet, more or less, west of the northeast corner thereof running thence South 12° 11' East, a distance of 500 feet, more or less, to a point on the South bank of Shakit Creek, in said S½ of the SW¼ of Section 31, Township 38 South, Range 19 East. Said strip of land contains 1.15 acres, more or less.

TOGETHER WITH all and singular the tenements, hereditaments and appurtenances thereunto belong or appertaining, and every right, title or interest, legal or equitable, of the said party of the first part in and to the same.

IN TESTIMONY WHEREOF, witness the following signature and seal.

JESSE KNIGHT (SEAL)

WITNESSES

Claude T. Curry

A. F. Wrede

STATE OF FLORIDA, COUNTY OF MANATEE ) SS.

I hereby certify that on this the third of September, A. D., 1910, before me, the undersigned authority, personally appeared, in the State and County aforesaid, Jesse Knight, widower, personally known to me to be the individual described in and who, as party of the first part, executed the above written deed of conveyance, and for himself, acknowledged that he signed, sealed and delivered said deed freely and voluntarily and for the purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year first above written.

CLAUDE T. CURRY
Notary Public in and for the County of Manatee, State of Florida. My commission expires: June 24, 1914. (NOTARIAL SEAL)

The foregoing is a true copy of the original instrument filed for record the 13 of sept, A. D. 1910 and recorded the 14th day of Sept., A. D. 1910.

EXHIBIT F

THIS DEED, Made this *third* day of *September* 1910, between JESSE KNIGHT, WIDOWER, and F.R.KNIGHT *(unmarried)* ~~AND WIFE~~, parties of the first part, and Seaboard Air Line Railway, party of the second part.

WITNESSETH, That for and in consideration of the sum of *Ten* .....Dollars ($*10.00*) in hand paid, the receipt whereof is hereby acknowledged, and other valuable considerations, the parties of the first part hereby grant, bargain, sell and convey unto the party of the second party all their right, title and interest, of any nature whatsoever, in and to the following property, to-wit:

All those certain pieces or parcels of land, lying and being in the County of Manatee and State of Florida, and being described as follows:

A strip of land one hundred (100) feet wide, being fifty (50) feet on each side of the center line of Seaboard Air Line Railway as located across lands owned by the said parties of the first part in the E 1/2 of the NW 1/4 of Section 6, Township 39 South, Range 19 East, Manatee county, Florida. Said center line being described as follows:

Beginning at a point on the north line of the E 1/2 of the NW 1/4 of Section 6, Township 39 South, Range 19 East, 1314 feet west of the northeast corner thereof; running thence South 12° 11' East a distance of 2730 feet, more or less, to a point on the south line of said E 1/2 of the NW 1/4 of Section 6, distant 590 feet, more or less, east of the southwest corner thereof.

Said strip of land contains 6.3 acres, more or less.

*Provided the said rail road is built within two years from date hereof, otherwise this deed becomes null and void.*

TOGETHER WITH all and singular the tenements, hereditaments and appurtenances thereunto belonging or appertaining, and every right, title or interest, legal or equitable, of the said parties of the first part in and to the same.

IN TESTIMONY WHEREOF, Witness the following signatures and seals.

*Witnesses to signature of Jesse Knight.*
*Claude T. Curry*
*A. F. Wrede*

*Jesse Knight* ....................(SEAL)

*F. R. Knight* ....................(SEAL)

*Witnesses to signature of F. R. Knight*
*R. B. Johnson.*
*Con Kean*

....................................(SEAL)

EXHIBIT G

State of Florida, )
County of Manatee ) :- ss.

I hereby certify that on this the third of September, A.D., 1910, before me, the undersigned authority, personally appeared, in the State and County aforesaid, Jesse Knight widower, personally known to me to be the individual described in and who, as party of the first part, executed the above written deed of conveyance, and for himself, acknowledged that he signed, sealed and delivered said deed freely and voluntarily and for the purposes therein stated.

In Witness Whereof, I have hereunto set my hand and affixed my official seal, the day and year first above written.

Claude T. Curry
Notary Public in and for the County of Manatee, State of Florida.

My commission expires; June 24, 1914.

THIS DEED, Made this 29th day of Sept. 1910, between J.B.HUTCHINS & Lena Hutchins his wife, part of the first part, and Seaboard Air Line Railway, party of the second part

WITNESSETH, That for and in consideration of the sum of One Dollars ($1.00) in hand paid, the receipt whereof is hereby acknowledged, and other valuable considerations, the part of the first part hereby grant, bargain, sell and convey unto the party of the second part, all their right, title and interest, of any nature whatsoever, in and to the following property, to-wit:

All those certain pieces or parcels of land, lying and being in the County of Manatee and State of Florida, and being described as follows:

A strip of land one hundred (100) feet wide, being fifty (50) feet on each side of the center line of the Seaboard Air Line Railway as located across the lands owned by said part of the first part in the NE 1/4 of the SW 1/4 of Section 13, Township 38 South, Range 18 East, Manatee county, Florida, said center line being described as follows;

Beginning at a point on the North line of the NE 1/4 of the SW 1/4 of Section 13, Township 38 South, Range 18 East, 125 feet more or less, West of the Northeast corner thereof; running thence South 12°11' East a distance of 575 feet, more or less, to a point on the East line of said NE 1/4 of SW 1/4 of Section 13, distant 560 feet, more or less, South of the Northeast corner thereof.

Said strip of land contains 1.3 acres, more or less.

TOGETHER WITH all and singular the tenements, hereditaments and appurtenances thereunto belonging and appertaining, and every right, title or interest, legal or equitable, of the said parties of the first part in and to the same.

IN TESTIMONY WHEREOF, Witness the following signatures and seals.

J.B. Hutchins (SEAL).

Lena Hutchins (SEAL)

Witnesses

Randolph H. Blain

Venita Seibert

EXHIBIT H

State of ~~Florida~~, Kentucky )
:- ss.
County of Jefferson )

I hereby certify that on this the 29th of September, A.D., 1910, before me, the undersigned authority, personally appeared, in the State and County aforesaid, J. B. Hutchings personally known to me to be the individual described in and who, as party of the first part, executed the above written deed of conveyance, and for himself, acknowledged that he signed, sealed and delivered said deed freely and voluntarily and for the purposes therein stated.

In Witness Whereof, I have hereunto set my hand and affixed my official seal, the day and year first above written.

Randolph H. Blain
Notary Public in and for the County of Jefferson, State of ~~Florida~~. Kentucky

My commission expires: Jan 13th 1912

State of ~~Florida~~ Kentucky, )
) -ss.
County of Jefferson )

I hereby certify that on this the 29th day of September, A.D., 1910, before me the undersigned authority personally appeared in the County and State aforesaid Lena Hutchings, the wife of J.B. Hutchings, personally known to me to be the individual described in and who as one of the parties of the first part executed the above written deed of conveyance, and for herself acknowledged that she signed, sealed and delivered said deed freely and voluntarily and for the purposes therein stated, and afterwards on the same day and at the same place said Lena Hutchings, wife of the said J.B. Hutchings, on an examination taken and made by me separately and apart from her said husband, acknowledged for herself that she executed said deed for the purposes of forever selling, transferring, conveying, renouncing and relinquishing all her dower and right of dower and all her right, title and interest in and to the lands described in and conveyed by said deed of conveyance and that she executed such deed of conveyance for such purposes freely and voluntarily and without compulsion, constraint, apprehension or fear of or from her said husband.

In Witness Whereof, I have hereunto set my hand and affixed my official seal the day and year first above written.

Randolph H. Blain
Notary Public in and for the
State of Kentucky, County
of Jefferson

My commission expires: June 18th, 1912

THIS DEED, Made this *fifth* day of *September*, 1910, between A.E. BLACKBURN AND WIFE, parties of the first part, and Seaboard Air Line Railway, party of the second part.

WITNESSETH, That for and in consideration of the sum of *Two Hundred* Dollars ($*200.00*...) in hand paid, the receipt whereof is hereby acknowledged, and other valuable consideration, the parties of the first part hereby grant, bargain, sell and convey unto the party of the second part, all their right, title and interest, of any nature whatsoever, in and to the following property, to-wit:

All those certain pieces or parcels of land, lying and being in the County of Manatee and State of Florida, and being described as follows:

A strip of land one hundred (100) feet wide, being fifty (50) feet on each side of the center line of the Seaboard Air Line Railway as located across lands owned by the said parties of the first part in the SE 1/4 of the NE 1/4 of Section 25, Township 38 South, Range 18 East, Manatee county, Florida. Said center line being described as follows:

Beginning at a point on the North line of the SE 1/4 of the NE 1/4 of Section 25, Township 38 South, Range 18 East, 565 feet, more or less, East of the Northwest corner thereof; running thence South 12° 11' East a distance of 1375 feet, more or less, to a point on the South line of said SE 1/4 of NE 1/4 of Section 25, distant 467 feet West of the Southeast corner thereof.

Said strip of land contains 3.15 acres, more or less.

TOGETHER WITH all and singular the tenements, hereditaments and appurtenances thereunto belonging or appertaining, and every right, title or interest, legal or equitable, of the said party of the first part in and to the same.

IN TESTIMONY WHEREOF, Witness the following signatures and seals.

Witnesses: *A.E. Blackburn* (SEAL)

*W. T. Simmons* *Mollie M. Blackburn* (SEAL)

*R. B. W. Daniel*

EXHIBIT I

State of Florida )
( ss
of )
County of Manatee

I hereby certify that on the fifth day of September A.D. 1910, before me the undersigned authority, personally appeared in the County and State aforesaid, A.E. Blackburn and Mollie M. Blackburn his wife, personally known to me to be the individuals described in and who as parties of the first part executed the above written deed of conveyance and each for himself and herself acknowledged that they signed, sealed and delivered the said deed freely and voluntarily and for the purposes therein stated, and afterwards on the same day and at the same place, the said Mollie M. Blackburn wife of the said A.E. Blackburn on an examination taken and made by me separately and apart from her said husband, acknowledged for herself that she executed said deed for the purpose of forever selling, transferring, conveying, renouncing and relinquishing all her dower and right of dower and all her right title and interest in and to the lands described in and conveyed by said deed of conveyance and that she executed such deed of conveyance for such purposes freely and voluntarily and without compulsion, constraint, apprehension or fear of or from her said husband.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

R. McDaniel
Notary Public in and for the ~~State~~
of. ~~Florida~~ County
of. ~~Manatee~~

My commission expires: March 12th 1914