Parcel ID Number: 0163-16-0005
Grantee #1 TIN:
Grantee #2 TIN:

2003151152

# Warranty Deed

**This Indenture,** Made this 25th day of July , 2003 A.D., **Between**
WAYNE A. SMITH and SANDY L. SMITH, Husband and Wife

of the County of Sarasota , State of Florida , **grantors,** and
STEPHEN J. ROGERS and LINDA L. ROGERS, Husband and Wife

whose address is: 113 Inlets Boulevard, Nokomis, FL 34275

of the County of Sarasota , State of Florida , **grantees.**

**Witnesseth** that the GRANTORS, for and in consideration of the sum of
-------------------------TEN DOLLARS ($10)------------------------ DOLLARS,
and other good and valuable consideration to GRANTORS in hand paid by GRANTEES, the receipt whereof is hereby acknowledged, have granted, bargained and sold to the said GRANTEES and GRANTEES' heirs, successors and assigns forever, the following described land, situate, lying and being in the County of Sarasota State of Florida to wit:

Lot 67, MISSION ESTATES, UNIT ONE, according to the Plat thereof recorded in Plat Book 39, Page 6, of the Public Records of Sarasota County, Florida.

Subject to restrictions, reservations and easements of record, if any, and taxes subsequent to 2002.

and the grantors do hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

**In Witness Whereof,** the grantors have hereunto set their hands and seals the day and year first above written.

**Signed, sealed and delivered in our presence:**

Printed Name: Steven W. Walker
Witness

WAYNE A. SMITH (Seal)
P.O. Address: , Venice, FL 34292

Printed Name: Denise A. Rohal
Witness

SANDY L. SMITH (Seal)
P.O. Address: , Venice, FL 34292

EXHIBIT
5

STATE OF Florida
COUNTY OF Sarasota

The foregoing instrument was acknowledged before me this 25th day of July

227 Nokomis Avenue South
Venice, Florida 34285

File Number 11209.42
Will Call No 180

Parcel Identification No 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

180

RETURN TO KANETSKY, MOORE & DeBOER, P.A.

11209.42

[Space Above This Line For Recording Data]

# Warranty Deed

(STATUTORY FORM - SECTION 689 02, F S )

**This Indenture** made this **1st** day of **August, 2000** between **CAITHNESS CONSTRUCTION, INC., a Florida corporation**, whose post office address is **P.O. Box 357, Nokomis, Florida 34274** of the County of **Sarasota**, State of **Florida**, grantor*, and **DONALD E. DURAN and JUDITH A. DURAN**, husband and wife, whose post office address is **6685 Sturbridge Place, Poland, Ohio 44514** of the County of **Mahoning**, State of **Ohio**, grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10 00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Sarasota County, Florida**, to-wit

**Lot 55, MISSION ESTATES, UNIT TWO, as per Plat thereof recorded in Plat Book 39, Page 46, of the Public Records of Sarasota County, Florida.**

**Subject to restrictions, reservations, easements of record, zoning, applicable governmental regulations and taxes beginning with the current year.**

**No construction may be commenced or continue on the subject property by any person or entity other than Caithness Construction, Inc. If any owner of the subject property should violate this restriction, $13,750.00 shall be due and payable to Caithness Construction, Inc. upon demand, together with court costs and reasonable attorney fees to enforce the collection of same.**

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever

* "Grantor" and "Grantee" are used for singular or plural, as context requires

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

[signature]
Witness Name Margaret Kubat

[signature]
Witness Name PAMELA PALMER

CAITHNESS CONSTRUCTION, INC
a Florida corporation

By [signature]
MARK I CAITHNESS
President

(Corporate Seal)

State of Florida
County of Sarasota

The foregoing instrument was acknowledged before me this 28th day of July, ... CAITHNESS, President of CAITHNESS CONSTRUCTION, INC , a Florida corporation, on behalf of ... [X] is personally known to me or [_] has produced a driver's license as identification

[signature] Pamela Palm...

EXHIBIT K

tabbies

Prepared By Lynn Anthell
Chelsea Title Company
189 Center Road
Venice, FL 34292
incidental to the issuance of a title insurance policy
File Number 01-2016
Parcel ID # 0163-09-0031
Grantee(s) SS #

279 ✓

Rec-6.00
Docs-385.00

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2001176034 1 PG
2001 DEC 05 02:58 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
MTAYLOR Receipt#112071
Doc Stamp-Deed: 385.00

# WARRANTY DEED (INDIVIDUAL)

This WARRANTY DEED, dated NOVEMBER ~~30~~ 6, 2001 by
**LEONARD SEIDENBERG and ELLEN SEIDENBERG, husband and wife**
whose post office address is
**1558 VERMEER DRIVE NOKOMIS FL 34275**
hereinafter called the GRANTOR, to
**DENISE RIZZO**
whose post office address is
**2462 Sonoma Drive West, Nokomis, Fl 34275**
hereinafter called the GRANTEE

2001176034

(Wherever used herein the terms "Grantor" and "Grantee" include all parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations )

WITNESSETH That the GRANTOR, for and in consideration of the sum of $10 00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the GRANTEE, all that certain land situate in **SARASOTA** County, Florida, viz

**Lot 62, MISSION ESTATES, UNIT ONE, according to the plat thereof, recorded in Plat Book 39, Page 6, of the Public Records of SARASOTA County, Florida.**

SUBJECT TO covenants, conditions, restrictions, reservations, limitations, easements and agreements of record, if any, taxes and assessments for the year **2001** and subsequent years, and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any,

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining

TO HAVE AND TO HOLD, the same in fee simple forever

AND THE GRANTOR hereby covenants with said GRANTEE that except as above noted, the GRANTOR is lawfully seized of said land in fee simple, that the GRANTOR has good right and lawful authority to sell and convey said land, that the GRANTOR hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever

IN WITNESS WHEREOF, GRANTOR has signed and sealed these presents the date set forth above

SIGNED IN THE PRESENCE OF
THE FOLLOWING WITNESSES

Signature *Lynn Y Anthiel*
Print Name Witness # 1 LYNN Y ANTHEIL

Signature *Janice M Brown*
Print Name Witness # 2 *Janice M. Brown*

*Leonard Seidenberg*
**LEONARD SEIDENBERG**

*Ellen Seidenberg*
**ELLEN SEIDENBERG**

State of **Florida**
County of **Sarasota**

I am a notary public of the State of **Florida** and my commission expires ________
THE FOREGOING INSTRUMENT was acknowledged before me on **NOVEMBER ~~30~~ 6, 2001** by
**LEONARD SEIDENBERG and ELLEN SEIDENBERG, husband and wife**
who is personally known to me or who has produced **driver license** as identification ~~and who did take an oath~~

Notary Seal

Signature *Lynn Y Anthiel*
Print Name Notary Public

LYNN Y ANTHEIL
Notary Public, State of Florida
My Comm. Exp. May 2, 2004
Comm No CC 928039

EXHIBIT
L

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2002161556 1 PG
2002 OCT 01 05:59 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
KRICE Receipt#224321
Doc Stamp-Deed: 2,149.00

2002161556

# This Warranty Deed

Made this **30th day of September, 2002** by
**THOMAS F. STARAL, TRUSTEE of U/T DATED APRIL 8, 1992, AS AMENDED AND RESTETED JANUARY 13, 1999**

hereinafter called the grantor, to
**DWIGHT J. AUSTIN AND CAROLYN A. AUSTIN, HUBSAND AND WIFE**

whose post office address is:
**2454 SONOMA DRIVE**
**NOKOMIS, FL 34275**

hereinafter called the grantee:
(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth**, *that the grantor, for and in consideration of the sum of* **$10.00** *and other valuable considerations, receipt whereof is* hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in **SARASOTA** County, Florida, viz:

**LOT 63, MISSION ESTATES, UNIT ONE, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 39, PAGES 6, 6A THROUGH 6H, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.**

***Subject to covenants, restrictions, easements of record and taxes for the current year.***

**Said property is not the homestead of the Grantor(s) under the laws and constitution of the state of Florida in that neither Grantor(s) nor any member of the household of Grantor(s) reside thereon.**

***Parcel Identification Number: 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***

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

***To Have and to Hold,*** *the same in fee simple forever.*

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to **December 31, 2001**

**In Witness Whereof**, the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

[signature]
**Witness: (Signature)**
**Print Name:** Connie J. Reitmeyer

[signature]
**Witness: (Signature)**
**Print Name:** SUSAN BROOKER

**THOMAS F. STARAL, TRUSTEE OF**
U/T DATED APRIL 8, 1992, AS AMENDED AND
RESTETED JANUARY 13, 1999
THOMAS F. STARAL TRUSTEE
[signature]
By: THOMAS F. STARAL, TRUSTEE
965 MONTEGO
VENICE, FL 34292

**State of Florida**
**County of SARASOTA**

The foregoing instrument was acknowledged before me this **30th day of September, 2002**, by
**THOMAS F. STARAL, TRUSTEE of U/T DATED APRIL 8, 1992, AS AMENDED AND RESTETED JANUARY 13, 1999,**
who is personally known to me or who has produced **DRIVER LICENSE** as identification.

[signature]
**NOTARY PUBLIC (signature)**
**Print Name:**
**My Commission Expires:**
**Stamp/Seal:**

NOTARY PUBLIC STATE OF FLORIDA
CONNIE J. REITMEYER
COMMISSION # CC 835454
EXPIRES: May 10,2003
1-800-3-NOTARY Fla. Notary Service & Bonding Co.

253 285

**Prepared by and Returned to:**
**Connie J Reitmeyer**
**Central Florida Title Company**
**3100 Tamiami Trail**
**Sarasota, FL 34239**
**File Number: 4602.0266**

SUNBELT TITLE AGENCY
1803 Glengary Street
SARASOTA, FLORIDA 34231

**Incident to the issuance of a title insurance contract.**
Warrantydeed
Rev. 08/30/2002

EXHIBIT
tabbies
M

Return to:
Name: STEWART TITLE CO. OF SARASOTA, INC.
Address: 3530 Webber Street
Sarasota, FL 34239
This Instrument Prepared by: KATHY AKIN
STEWART TITLE CO. OF SARASOTA, INC.
3530 Webber Street
Sarasota, FL 34239
as a necessary incident to the fulfillment of conditions contained in a title insurance commitment issued by it.
Property Appraisers Parcel Identification (Folio) Number(s):
163160006
Grantee(s) S.S.#(s):
FILE NO: 03120001

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2003255099 1 PG
2003 DEC 23 01:01 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
DCOURSEY Receipt#415685

Doc Stamp-Deed: 2,093.00

2003255099

# WARRANTY DEED

**This Warranty Deed** Made this 12th day of December , 2003 , by ROBERT STERIO and DENYSE STERIO, husband and wife

whose marital status is: MARRIED
hereinafter called the grantor, whose post office address is: P. O. BOX 125 THRONBURY, ON, CANADA NOH 2PO
to KATHY J. BECKER, A SINGLE WOMAN

whose post office address is: 2478 SONOMA DRIVE #1 NOKOMIS, FL 34275

hereinafter called the grantee,

**WITNESSETH:** That said grantor, for and in consideration of the sum of $10.00 Dollars, and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Sarasota County, Florida, viz:

Lot 66, MISSION ESTATES, Unit One, recorded in Plat Book 39, Page(s) 6, 6A through 6H, inclusive, of the Public Records of Sarasota County, Florida

This property [is] [is not] the homestead of the Grantor(s).

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2003 , reservations, restrictions and easements of record, if any.

*(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)*

**IN WITNESS WHEREOF,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, Sealed and Delivered in Our Presence:

Witness Signature: [signature]
Witness Printed Name: JoANN MURCH
Witness Signature: [signature]
Witness Printed Name: Norman A.O. Kopperud
Witness Signature: ____________
Witness Printed Name:
Witness Signature: ____________
Witness Printed Name:

[signature] (Seal)
ROBERT STERIO
[signature] (Seal)
DENYSE STERIO
____________ (Seal)
____________ (Seal)

~~STATE~~ Province OF Ontario
COUNTY OF Grey

The foregoing instrument was acknowledged before me this 11TH day of DECEMBER 2003 , by ROBERT STERIO and DENYSE STERIO, husband and wife

who is/are personally known to me or who has/have produced driver license(s) as identification.

My Commission expires: on death
Serial Number:

[signature]
Printed Name: Norman A O Kopperud
Notary Public

EXHIBIT
N

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2005209905 1 PG
2005 SEP 19 01:14 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
MTAYLOR Receipt#687090
Doc Stamp-Deed: 3,342.50

THIS INSTRUMENT PREPARED BY AND RETURN TO:
**Janice J. Jankowski**
PORT CHARLOTTE TITLE COMPANY, INC.
3052 Tamiami Trail
Port Charlotte, FL 33952
Property Appraisers Parcel Identification (Folio) Numbers: **163080021**

Space Above This Line For Recording Data

2005209905

**THIS WARRANTY DEED,** made the **24th** day of **August, 2005** by **FRED EDWARDS and ANNE EDWARDS, husband and wife,** whose post office address is **2382 Sonoma Drive, Nokomis, FL 34273** herein called the grantors, to **JAMES W. DOSSETT and PATRICIA L. DOSSETT, husband and wife,** whose post office address is **2382 Sonoma Drive, Nokomis, FL 34273,** hereinafter called the Grantees:
*(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H:** That the grantors, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in SARASOTA County, State of Florida, viz.:

**Lot 54, MISSION ESTATES, UNIT TWO, as per plat thereof, recorded in Plat Book 39, Page 46, and 46A thru 46C, of the Public Records of Sarasota County, Florida.**

**Subject to easements, restrictions and reservations of record and taxes for the year 2004 and thereafter.**

**Subject to Declaration of Restrictions for Mission Estates recorded in Official Records Book 2994, Page 2264, Public Records of Sarasota County, Florida, as amended: restrictions, reservations, covenants, and easements of record; applicable governmental regulations; and taxes for the current year.**

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the grantors hereby covenant with said grantees that the grantors are lawfully seized of said land in fee simple; that the grantors have good right and lawful authority to sell and convey said land, and hereby warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2003.

**IN WITNESS WHEREOF,** the said grantors have signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

[signature]
Witness #1 Signature

Janice J Jankowski
Witness #1 Printed Name

[signature]
Witness #2 Signature

John R. Ask
Witness #2 Printed Name

[signature]
**FRED EDWARDS**
**2382 Sonoma Drive, Nokomis, FL 34273**

[signature]
**ANNE EDWARDS**
**2382 Sonoma Drive, Nokomis, FL 34273**

**STATE OF FLORIDA**
**COUNTY OF CHARLOTTE**

The foregoing instrument was acknowledged before me this 24th day of August, 2005 by FRED EDWARDS and ANNE EDWARDS who are personally known to me or have produced Drivers License as identification.

**SEAL**

Janice J. Jankowski
Commission #DD333926
Expires: Jun 29, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

[signature]
Notary Public

[signature]
Printed Notary Name

My Commission Expires: 6/29/08

EXHIBIT
C

File No: **J-21860**

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2000018927 1 PG
2000 FEB 15 02:12 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
DCLINGER Receipt#011834

Doc Stamp-Deed: 350.00

1.00
1.00
5.00
350.00

Prepared by and return to
ROBERT J. DeBOER
Attorney at Law
Kanetsky, Moore & DeBoer, P.A.
227 Nokomis Avenue South
Venice, Florida 34284
941-485-1571
File Number: 11209.20
Will Call No 180

2000018927

Parcel Identification No 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

[Space Above This Line For Recording Data]

# Warranty Deed

(STATUTORY FORM - SECTION 689 02, F S)

**This Indenture** made this 4th day of February, 2000 between **ROSS L. WEBB and SHEILA S. WEBB, husband and wife,** whose post office address is **24 Mountain View Drive, Hampden, Maine 04444** of the County of **Penobscot**, State of **Maine**, grantor*, and **EDWARD N. FATICA and JANICE M. FATICA, husband and wife,** whose post office address is **416 Beverly Road, Venice, Florida 34293** of the County of **Sarasota**, State of **Florida**, grantee*,

RETURN TO KANETSKY, MOORE & DeBOER, P.A. 11209 22 180

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10 00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Sarasota** County, **Florida**, to-wit

**Lot 50, MISSION ESTATES, UNIT TWO, as per Plat thereof recorded in Plat Book 39, Page 46, of the Public Records of Sarasota County, Florida.**

**Subject to restrictions, reservations, easements of record, zoning, applicable governmental regulations and taxes beginning with the year 2000.**

**No construction may be commenced or continue on the subject property by any person or entity other than Caithness Construction, Inc. If any ownert of the subject property should violate this restriction, $10,000.00 shall be due and payable to Caithness Construction, Inc. upon demand, together with court costs and reasonable attorney fees to enforce the collection of same.**

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written

Signed, sealed and delivered in our presence

Witness Name R. J. DeBoer
Witness Name PAMELA PALMER

Ross L. Webb (Seal)
ROSS L WEBB

Sheila S. Webb (Seal)
SHEILA S WEBB

State of Florida
County of Sarasota

The foregoing instrument was acknowledged before me this 4th day of February, 2000 by ROSS L WEBB and SHEILA S WEBB, husband and wife, who [ ] are personally known or [X] have produced a Driver's License as identification

[Notary Seal]

Notary Public

Printed Name

My Commission Expires

Robert J. DeBoer
Notary Public, State of Florida
Commission No. CC 581917
My Commission Exp. 09/27/2000
1-800-3-NOTARY. Fla. Notary Service & Bonding Co.

EXHIBIT
P

Return to:
This instrument prepared by:
THOMAS M. FITZGIBBONS, Esquire
22 South Tuttle Avenue, Suite 4
Sarasota, FL 34237
Phone: 941/953-5697
463

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 1999094147 1 PG
1999 JUL 09 04:52 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
FMILLER Receipt#120134
Doc Stamp-Deed: 311.50

1999094147

[Space Above This Line For Recording Data]

# Warranty Deed

(Statutory Form - FS 689.02)

**This Indenture,** made July 9, 1999, between **CAROLYN J. PRICE, a single person,** of the County of Sarasota in the State of Florida, party of the first part, whose post address is 3375 Huntington Place Drive, Sarasota, FL 34237, and **OWEN J. HARNEY and LAURA ALLEN HARNEY, husband and wife,** party of the second part, and whose post office address is 517 Armada Road South, Venice, FL 34285, and whose Taxpayer Identification Number is ,

## Witnesseth:

That the said party of the first part, for and in consideration of the sum of $10.00 and other valuable consideration, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said party of the second part, his heirs and assigns forever, the following described land, to wit:

Lot 64, MISSION ESTATES, UNIT 1, as per plat thereof recorded in Plat Book 39, page 6, Public Records of Sarasota County, Florida.

(For Information Only: Property Appraiser's Parcel Identification Number is 0163-09-0029)

Subject to easements, restrictions and reservations of record not coupled with a right of reverter and taxes for the current year.

And the said party of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

Signed, sealed and delivered in the presence of:

Sign Cynthia G. Suitt
Print CYNTHIA G. SUITT
Sign Heather A. Melton
Print HEATHER A. MELTON

Sign Carolyn J. Price (Seal)
Print CAROLYN J. PRICE

**STATE OF FLORIDA**

**COUNTY OF SARASOTA**

**ACKNOWLEDGEMENT**

The foregoing instrument was acknowledged before me on July 9, 1999, by CAROLYN J. PRICE, ☐ who is personally known to me or ☐ who produced a Florida Driver's License as identification.

NOTARY PUBLIC: Cynthia G. Suitt

*(print or type name beneath signature line)*
State of Florida at Large
My commission expires:
My commission number is:

{Notaral Seal}

CYNTHIA G. SUITT
MY COMMISSION # CC 791231
EXPIRES: December 2, 2002
Bonded Thru Notary Public Underwriters

EXHIBIT
Q
tabbies

1000 500 (3)

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2002010330 1 PG
2002 JAN 18 12:37 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
MTAYLOR Receipt#127600
Doc Stamp-Deed: 1,995.00

Prepared by and return to
ROBERT J. DeBOER
Attorney at Law
KANETSKY, MOORE & DEBOER, P.A.
227 Nokomis Avenue South
Venice, FL 34285

File Number 11209.78C
Will Call No 180

Parcel Identification No 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

[Space Above This Line For Recording Data]

2002010330

RETURN TO KANETSKY, MOORE & DeBOER, P.A.

11209.78 180

# Warranty Deed

(STATUTORY FORM - SECTION 689 02, F S )

**This Indenture** made this **15th** day of **January, 2002** between **CAITHNESS CONSTRUCTION, INC., a Florida corporation,** whose post office address is **P.O. Box 357, Nokomis, FL 34274** of the County of Sarasota, State of Florida, grantor*, and **JAN D. HEITMANN and KARIN R. HEITMANN, husband and wife,** whose post office address is **2414 Sonoma Drive, Nokomis, FL 34275** of the County of Sarasota, State of Florida, grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of *TEN AND NO/100 DOLLARS ($10 00)* and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Sarasota County Florida**, to-wit

> **Lot 58, MISSION ESTATES, UNIT ONE, as per Plat thereof recorded in Plat Book 39, Page 6, of the Public Records of Sarasota County, Florida.**
>
> **Subject to restrictions, reservations, easements of record, zoning, applicable governmental regulations and taxes beginning with the current year.**

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever

* "Grantor" and "Grantee" are used for singular or plural, as context requires

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written

Signed, sealed and delivered in our presence

Pamela Palmer
Witness Name PAMELA PALMER

Nancy A Noworyta
Witness Name NANCY A NOWORYTA

CAITHNESS CONSTRUCTION, INC
a Florida corporation

By: M I Caithness
MARK I CAITHNESS
President

(Corporate Seal)

State of Florida
County of Sarasota

The foregoing instrument was acknowledged before me this 10th day of January, 2002 by MARK I CAITHNESS, President of CAITHNESS CONSTRUCTION, INC, a Florida corporation, on behalf of the corporation He [X] is personally known to me or [ ] has produced a driver's license as identification

[Notary Seal]

Pamela Palmer
Notary Public

Printed Name PAMELA PALMER

My Commission Expires ______

PAMELA PALMER
State of Florida
My Comm. Exp June 20, 2002
Comm. # CC 735071

☑ PERSONALLY KNOWN BY ME
☐ PRODUCED I.D ______

EXHIBIT
R

1.00
5.00
1,806.00

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2003215613 1 PG
2003 OCT 24 09:36 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
MTAYLOR Receipt#391463
Doc Stamp-Deed: 1,806.00

Prepared by and return to:
ROBERT J. DeBOER
Attorney at Law
KANETSKY, MOORE & DEBOER, P.A.
227 Nokomis Avenue South
Venice, FL 34285

File Number: 9470.584
Will Call No.: 180

Parcel Identification No. 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

2003215613

[Space Above This Line For Recording Data]

# Warranty Deed

(STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this **17th** day of **October, 2003** between **ROBERT DURST and LEONOR E. DURST, husband and wife,** whose post office address is **c/o David Durst, 277 Crescent St., Apt. 7, Northampton, MA 01060** of the County of **Hampshire**, State of **Massachusetts**, grantor*, and

**KENNETH L. MILES and M. LaORA MILES, husband and wife,** whose post office address is **2342 Sonoma Drive West, Nokomis, FL 34275** of the County of **Sarasota**, State of **Florida**, grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Sarasota County Florida**, to-wit:

> **Lot 49, MISSION ESTATES, UNIT TWO, as per Plat thereof recorded in Plat Book 39, Page 46, of the Public Records of Sarasota County, Florida.**
>
> **Subject to restrictions, reservations, easements of record, zoning, applicable governmental regulations and taxes beginning with the current year.**

Return To: Kanetsky, Moore & DeBoer 9470.584

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

| | |
|---|---|
| Witness Name: Luraine Baeringer | ROBERT DURST (Seal) |
| Witness Name: Margaret Kuboteit | LEONOR E. DURST (Seal) |

State of Florida
County of Sarasota

The foregoing instrument was acknowledged before me this 17th day of October, 2003 by ROBERT DURST and LEONOR E. DURST, who [ ] are personally known or [✓] have produced a driver's license as identification.

Printed Name: Margaret A. Kuboteit
Notary Public
My Commission Expires:
NOTARY SEAL

MARGARET A. KUBOTEIT
State of Florida
My Comm. Exp. Aug. 26, 2006
Comm. # DD 145268

☐ PERSONALLY KNOWN BY ME
☑ PRODUCED I.D. License

EXHIBIT
S

tabbies
DoubleTim