scgov.net
home

search

Sarasota County Government Online




Call Center
941-861-5000 ››

County A-Z ››

Calendar of Events ››

Meetings and Agendas ››

Careers ››

Public Works Home

Schedule/Time Frames

Construction Progress

Cost and Funding

Legacy Trail Project Photos

Trail Maps

Trail Heads/Parking

Frequently Asked Questions

Contact Legacy Trail Project Team

Resources

- Florida Greenways
- Friends of the Legacy Trail
- Neighborhood Services
- Oscar Scherer State Park
- Rails to Trails Conservatory
- Trust for Public Lands
- Venetian Waterway Park

Sarasota County Links

- Access Sarasota TV Live
- All Hazards Preparation
- GIS Mapping
- Parks and Recreation
- SCAT

## Sarasota County Rails to Trails Project

### Overview

**The Legacy Trail is currently under construction until Spring 200ε trespassing" signs are in place along the entire corridor and will l enforced in areas of active construction.**

In December 2004, Sarasota County paid $11.75-million to purchase tl CSX Transportation railroad corridor connecting Sarasota to Venice as multiuse recreational trail. The purchase was accomplished in partners Trust for Public Land, a national nonprofit land conservation organizati 12.4-mile-long and 100-foot-wide corridor stretches from just over a mi State Road 72 (Clark Road) by Sawyer Loop Road in Sarasota to the s terminus near Center Road in Venice.

### Historical Perspective

This corridor serves as a link to the rich and wonderful past of the regi the railroad corridor was extended through the Venice area at the requ Palmer family. The railroad line preceded any of our modern highways as the way Southwest Florida was discovered by many of its early inha Among the more well-known users of the railroad line were the U.S. Ar World War II, the Kentucky Military Institute and the Ringling Bros. and Bailey Circus, which wintered in Venice from 1962-1992. The railroad with the Venice Train Depot, which was built in 1927 and used for man the last passenger left the depot in 1971. Under a separate project, the Train Depot was later purchased and rehabilitated by the county, whicl in 2003 to once again serve the area's transportation needs as the sou passenger transfer facility for Sarasota County Area Transit (SCAT). T serve as one of the trail heads of the recreational trail.

### The Legacy Trail

On May 9, 2007, the Sarasota County Commission approved the nam Legacy Trail, to reflect the heritage of the former railroad corridor and t lasting legacy for future generations. The name was based on a trend in a number of suggestions from the public. More than 100 names wer

EXHIBIT
tabbies
CC

**Project Status**

**There are three phases of construction:**

• **Phase I:** Completed in 2006, the initial phase included clearing a 14-
path, removing the rails and ties and placing a shell base. The contrac
awarded to Frederick Derr for $1.1 million. The primitive trail is being u
trestles have been fenced off for the safety and protection of the public

• **Phase II:** In December 2006, the firm of Gibbs & Register Inc. in Win
was awarded a $14.7 million design-build contract to complete the fina
construction of a 10.6-mile trail, including the replacement or rehabilita
small trestles. The final design will include an asphalt trail, trail head cc
and signal crossings. Trail heads will be established at existing county
including the Venice Train Depot, Patriot's Park, Nokomis Community
Park and Oscar Scherer State Park. There also will be new trail conne
Potter Park off Central Sarasota Parkway and the North Sarasota Trail
McIntosh Road near the Central County Water Reclamation Facility. Tl
crossings will be at Bird Bay and the U.S. 41 Bypass, Colonia Lane, La
Central Sarasota Parkway and Palmer Ranch Parkway. At these cross
existing signals or flashing beacons will be installed. This phase is sch
completion in February 2008.

**Trestles over Dona Bay and Roberts Bay**
Not included in the design-build contract is replacement of the trestles
Bay and Roberts Bay. Sarasota County is currently designing the repla
those bridges, which must be either removed or modified by order of tl
Coast Guard. The Sarasota County Commission has approved modify
structures by removed the center superstructure of both trestles until tl
and permitting are completed and funding is secured for their replacem
trestles are being designed to be 12 feet wide, with the channel cleara
to the U.S. 41 Bypass bridges to the west. The Dona Bay trestle will ha
foot vertical clearance, while the Roberts Bay trestle will have an 8-foo
foot vertical clearance. Both trestles will have a 30-foot-wide horizontal clearance.
clearance. Both trestles will have a 30-foot-wide horizontal clearance.
design and permitting for replacement of the trestles is about $280,00(
construction price tag estimated at $5 million.

• **Phase III:** This final phase includes amenities such as landscaping, r
shelters and additional connections to neighborhoods at Bay Street an
Sarasota Parkway. There is no cost estimate for Phase III and no fund
available. **Grants for landscaping, shelters and structures have be
requested and the county is awaiting the decision of the grant ava
Friends of the Rail Trail is working to acquire grants and donatior**

scgov.net
home

Sarasota County Government Online

search




Call Center
941-861-5000 »

County A-Z »

Calendar of Events »

Meetings and Agendas »

Careers »

Public Works Home

Schedule/Time Frames

Construction Progress

Cost and Funding

Legacy Trail Project Photos

Trail Maps

Trail Heads/Parking

Frequently Asked Questions

Contact Legacy Trail Project Team

**Resources**

- Florida Greenways
- Friends of the Legacy Trail
- Neighborhood Services
- Oscar Scherer State Park
- Rails to Trails Conservatory
- Trust for Public Lands
- Venetian Waterway Park

**Sarasota County Links**

- Access Sarasota TV Live
- All Hazards Preparation
- GIS Mapping
- Parks and Recreation
- SCAT

## Photos

Click photo to enlarge

Clearing of the trail





Removal of tracks and ties



Shell placement



Trestles fenced for public safety



EXHIBIT
DD









