**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et. al. | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Hon. Mary Ellen Coster Williams |
| | ) | |
| v. | ) | |
| | ) | No. 07-273 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

COME NOW, Plaintiffs, by and through their undersigned counsel, and pursuant to RCFC 56 and RCFC 5.2(b)(1), respectfully request that this Court grant leave for the following issues relating to Plaintiffs' recently filed Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment:

1. RCFC 56(h)(1) states that, "[t]he moving...party shall file, together with its motion, a separate document titled Proposed Findings of Uncontroverted Fact." In accordance with this rule, Plaintiffs filed their Proposed Findings of Uncontroverted Fact, together with their Motion for Partial Summary Judgment, on the evening of Friday, November 2, 2007. (Docket Nos. 23 and 24). Plaintiffs also filed an accompanying Memorandum of Law in Support of their Motion for Partial Summary Judgment. (Docket No. 25). However, due to a computer software malfunction with respect to formatting the Table of Contents and Table of Authorities, the Memorandum was not filed until two days later, on Sunday, November 4, 2007. In fairness to the Defendant, Plaintiffs respectfully request that their Motion for Partial Summary Judgment, together with the Proposed

Findings of Uncontroverted Fact and Memorandum of Law, be deemed filed for purposes of calculating any reply and response dates, as having been filed on Monday, November 5, 2007.

2. RCFC 5.2(b)(1) states that, "[e]xcept by leave of the court on motion, a party's initial brief or memorandum shall not exceed 40 pages…exclusive of (A) pages containing tables of contents, citations to constitutional provisions, treaties, statues, regulations, and cases, and (B) any appendix setting out verbatim the pertinent portions of constitutional provisions, treaties, statutes, regulations, agency or board decisions, court decisions, excerpts from transcripts of testimony, and documentary exhibits." Plaintiffs' Memorandum in Support of their Motion for Partial Summary Judgment, exclusive of the sections mentioned in (A) and (B) equals 54 pages. Plaintiffs' therefore respectfully request this Court to grant leave to file their Memorandum of Law of 54 pages. In support of this request to file a Memorandum of Law 14 pages longer than provided for in RCFC 5.2(b)(1), the Plaintiffs note that their Memorandum sought to provide this Court with a comprehensive reference to the relevant Federal and Florida law and a summary of the factual background; doing so required an additional 14 pages.

3. Plaintiffs' counsel also requests this Court to add Lindsay S.C. Brinton, who has been admitted to the U.S. Court of Federal Claims, as counsel of record in this matter, in addition to Mark F. (Thor) Hearne, II.

4. The Plaintiffs have requested that counsel for Defendant advise Plaintiffs whether the Defendant will consent to or oppose this motion. As of this filing, the Counsel for Plaintiff have not been advised by the Defendant of the Defendant's position concerning this motion.

WHEREFORE, Plaintiff respectfully pray that this Honorable Court grant their Motion for

Leave to (1) deem their Motion for Partial Summary Judgment, along with the Proposed Findings of Uncontroverted Fact and Memorandum of Law, filed for purposes of calculating any reply and other response dates, on Monday, November 5, 2007; (2) file an additional 14 pages to their Memorandum in Support of their Motion for Partial Summary Judgment; and (3) add Lindsay S.C. Brinton as an additional counsel of record in this matter.

Respectfully submitted,
LATHROP & GAGE, L.C.

Mark F. ("Thor") Hearne, II
Lindsay S.C. Brinton
The Equitable Building
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Telephone: (314) 613-2500
Facsimile: (314) 613-2550
Thornet@ix.netcom.com

Attorney for Plaintiffs