IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et. al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Hon. Mary Ellen Coster Williams |
| | ) | |
| v. | ) | |
| | ) | No. 07-273 L |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO APPROVE PROPOSED CLASS CERTIFICATION ORDER, PROPOSED CLASS NOTICE, PROPOSED SCHEDULING ORDER, AND PROPOSED ENTRY OF APPEARANCE**

On November 5, 2007, the Court requested by e-mail that the parties submit a proposed joint order regarding class certification and a proposed joint schedule on or before November 15, 2007. This joint filing is intended to comply with the Court's instructions.

Attached are (1) a Joint Proposed Class Certification Order; (2) a Joint Proposed Scheduling Order; (3) a Joint Proposed Legal Notice; and (4) a Joint Proposed Entry of Appearance. See Exs. 1-4. As suggested by these filings, the parties agree on all issues, with three exceptions. First, the parties disagree on the timing of the filing of liability-related motions. The parties' positions on that issue are noted in paragraph nine (9) of the Joint Proposed Scheduling Order. See Ex. 2 at 2. Second (and related to the first issue), the parties disagree about whether the United States' defenses with respect to the merits of any individual class member's claim would be considered waived if the United States does not raise such defenses after reviewing that class member's Entry of Appearance. The parties' disagreement on

this issue is noted in paragraph eight (8) of the Joint Proposed Scheduling Order. See id. Third, the parties disagree on whether the Court should conclude that certain costs are included within the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. §§ 4651-55, in the context of a scheduling order. The parties' positions on that issue are noted in paragraph three (3) of the Joint Proposed Scheduling Order. See id. at 1.

The parties have proposed certain dates for a variety of events in these documents. Most of these events cannot occur until after the Court issues a decision on Plaintiffs' Motion for Class Certification and the attached joint proposals. While the parties do not intend to rush the Court, these dates are based on an assumption that the Court will issue a decision on Plaintiffs' Motion for Class Certification and these proposals on or before November 12, 2007. Given the three areas of dispute noted above, the parties realize that the Court's consideration of these issues may not be resolved by November 12. In that event, the parties respectfully request that the Court make any commensurate adjustments to these dates it deems appropriate.

If the Court is inclined to grant Plaintiffs' Motion for Class Certification, the parties request that the Court approve the attached Joint Proposed Class Certification Order, Joint Proposed Scheduling Order, Joint Proposed Legal Notice, and Joint Proposed Entry of Appearance.

Respectfully submitted this 8th day of November, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Mark T. Romley (as authorized 11/8/07)
MARK T. ROMLEY
WILLIAM J. SHAPIRO
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506

ATTORNEYS FOR DEFENDANT

LATHROP & GAGE L.C.

/s/ Mark F. (Thor) Hearne, II
MARK F. (THOR) HEARNE, II
LINDSAY S.C. BRINTON
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Telephone: (314) 613-2500
Fax: (314_ 613-2550
Thornet@ix.netcom.com

ATTORNEYS FOR PLAINTIFFS