**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. and LINDA L. ROGERS, Husband and Wife, | ) | |
| et. al | ) | Hon. Mary Ellen Coster Williams |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | No. 07-273 L |
| Plaintiffs, | ) | |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

# ENTRY OF APPEARANCE

I/we ______________________________________________, *(please print your full legal name as it appears on your* deed) hereby declare under penalty of perjury as follows:

*Note: All persons having any interest in the property must enter their appearance. For example, if the property is held by husband and wife, both must sign. If the property is held by husband and wife but one party is deceased, a copy of the death certificate should be attached. If property is held by a trust, a copy of the trust should be attached and the Trustee of the Trust should sign. Additionally, if just compensation is paid, you will only be entitled to compensation for that share of the property that you own.*

*Note: If you own more than one property that abuts or underlies the former railroad right of way, you should include information below on all of those properties. Please clearly describe which documents and responses correspond to which of your properties.)*

*Note: If the property is owned by an entity such as a corporation, partnership or limited liability company (LLC), please provide the full name of the legal entity and the officer with*



EXHIBIT
tabbies
4

*authority to act on behalf of the entity.*

1. My Mailing Address is: ______________________________

______________________________

2. The street address of the property that abuts or underlies the former CSX-Seminole Gulf Railroad corridor is:

______________________________

______________________________

3. Telephone Numbers: Day/Evening: ______________________________

______________________________

4. E-mail address: ______________________________

5. Please attach a certified copy of the Deed (or other instrument) under which you obtained title to the property and state the date on which you acquired that property. If you inherited this property, please describe how you acquired the property and attach the relevant death certificates and probate documents:

______________________________

______________________________

______________________________

______________________________

*[A copy of the deed (or other instrument) by which you acquired title to the property may be with your closing documents from the transaction when you bought the property. Alternatively, you may contact the Recorder of Deeds Office in Sarasota County in order to obtain a certified copy of your deed. The telephone number for the Sarasota County Recorder of Deeds Office is* (941) 861-7400. *Copies of some of the deeds can be found on-line at the website:* **www.sarasotaclerk.com/default.asp?Page=97**. *You may also contact a private title company to obtain this information. If you have questions about obtaining a deed or other instrument, please call* (888) 622-2218 *(toll free) or* 314-613-2577, *which is a phone line established by Counsel for the Class to assist you with the completion of this form.]*

6. How many properties did you own on April 2, 2004, that abut or underlie the former CSX-

Seminole Gulf Railroad right of way? (*Please note the Parcel ID for each property*) ______________

________________________________________________________________________

________________________________________________________________________

7. With reference to this Deed (or other instrument) discussed in paragraph 5, please provide the following information concerning when the instrument was recorded with the Sarasota County Recorder of Deed's Office *(Note: Some deeds are referred to by "instrument number," others by "book and page." Please provide the applicable information for how your deed is referred to by* ***either*** *listing the "instrument number" or "book and page.")*:

Instrument Number ____________________________,

*or*

Book ___________________________________ , Page ________________________ ,

*and*

Date of Recording: ____________________________. *(This information is shown on the Deed.)*

8. When did you acquire the property (or properties) described in paragraph 5?____________

________________________________________________________________________

9. Please provide the current Parcel ID for your property (or properties). *(This can be found on-line at the Sarasota County Property Appraiser's website:* **www.sarasotaproperty.net/scpa_record_search.asp**. *This is also noted on your real estate property tax bill)*:

________________________________________________________________________

If the Parcel ID changed or was different in 2003 or 2004, please also provide the previous Parcel ID Number(s):

________________________________________________________________________

10. Please attach a copy of the Sarasota County Property Appraiser's record of ownership concerning your property as of January 1, 2005 (or some other document that shows you owned the property on April 2, 2004).

*You may obtain the Sarasota County Property Appraiser's Record for your property from the Sarasota County Property Appraiser's office in either Sarasota or Venice, Florida. Their mailing addresses and phone number are:* Sarasota County Property Appraiser Terrace Building, 2001 Adams Lane, Sarasota, Florida 34237, South County Administration Building, 4000 S. Tamiami Trail, Venice, Florida 34293, 941-861-8200. *Their website is* www.sarasotaproperty.net, *and the website noted above in paragraph 7 has this information on-line.*

11. Using the map attached to this Notice, please clearly outline in black marker the approximate boundaries of your property in relation to the former CSX-Seminole Gulf Railway (previously known as the Seaboard Air Line Railway). The railroad corridor is indicated on the attached map by a heavy, yellow line.

Please also note on which side of the right-of-way your property is located or whether it lies on both sides of the right-of-way. *(Note: If you have more than one parcel, identify each parcel separately.]*

12. If you know the name of the owners of the property immediately to the east and west (or north and south) of your property, please identify them below. *(This information is requested so that the attorneys can organize the claims geographically along the right-of-way and your assistance will facilitate the resolution of the claims.)*

West ________________________________________________

East ________________________________________________

North ________________________________________________

South ________________________________________________

13. The former railroad right-of-way runs about ______________________ feet through my/our property.

*Note: If you have more than one parcel, please note the distance for each parcel.*

14. If you are aware of any agreement(s) with the railroad that you or your predecessor-in-interest entered into with a railroad that pertain(s) to this property, please attach copies of any such documents

to this Entry of Appearance. If you are aware of any such agreement, but do not have a copy of the document, please describe the agreement to the best of your ability in the space provided below:

____________________________________________________________

____________________________________________________________

____________________________________________________________

15. Please attach a copy (reduce to 8 1/2 by 11" if possible) of a survey of your property showing the location of former railroad right-of-way.

> *(A survey may be included with the documents from the transaction when you acquired the property. In lieu of an actual survey, you may attach a map of your property that is available on-line at* **https://maps.scgov.net/website/propertylocate/viewer.htm**, *or you may attach a drawing made to the best of your ability, clearly identifying the former railroad corridor on your drawing.)*

I/we state that to the best of our knowledge and belief, the former Seminole Gulf Railway (previously known as the Seaboard Air Line Railway) right-of-way crosses/traverses the property described in our deed which we attached to this Entry. In addition, I/we state that I/we owned that property (or properties) on April 2, 2004.

By: ________________________________________ *[Please sign your name here)*

By: ________________________________________ *[Please sign your name here)*

## Attestation By Notary Public

*STATE OF* __________ )<br>
)*ss.*<br>
*COUNTY OF* ___________ )

The undersigned state that the information contained herein is true and accurate, to the best of his/her/their knowledge.

Subscribed and sworn before me, a Notary Public, on this ________________________ day of ______________________, 2007.

*Notary Public:*

*My Commission Expires*