**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et. al. | ) | |
| Plaintiffs, | ) | Hon. Mary Ellen Coster Williams |
| v. | ) | No. 07-273 |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' FILING MEMORANDUM OF THIS COURT'S ORDER IN *LADD V. UNITED STATES* (07-271)**

COME NOW Plaintiffs, Stephen J. Rogers, et. al., and for their Filing Memorandum hereby file with this Court a copy of the order issued by Judge Hodges in a similar Trails Act takings case, *Ladd v. United States* (07-271). Judge Hodges's order is relevant to the present case because the government has in this case as well as in *Ladd* sought to delay resolution of the government's threshold liability until after the class is closed and certified. This Court has already rejected this argument, however the government in this case is re-presenting this issue to the Court in its Motion to Approve Proposed Schedule (Docket No. 22) now before this Court. The Defendant's efforts to delay resolution of the government's liability were rejected by Judge Hodges in the enclosed order.

Plaintiffs' position remains that an immediate resolution of the government's threshold liability as set forth in their motion for partial summary judgment is the most efficient use of the parties' and the Court's time and resources and will serve to narrow the issues and provide a cost-effective resolution.

| | |
|---|---|
| Date: 11/14/07 | LATHROP & GAGE L.C.<br><br>By: /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |
| | |