**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. and LINDA L. ROGERS, Husband and Wife, | ) | |
| et. al | ) | Hon. Mary Ellen Coster Williams |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | No. 07-273 L |
| Plaintiffs, | ) | |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF MARK F. (THOR) HEARNE, II CERTIFYING THAT THE MAILING OF NOTICE HAS BEEN MADE ACCORDING TO THE SCHEDULING ORDER FILED BY THIS COURT ON NOVEMBER 21, 2007**

I, Mark F. (Thor) Hearne, II, after being duly sworn, state as follows:

1. I am lead counsel for Plaintiffs in this class action.

2. Paragraph 3 of the Scheduling Order (the "Order") filed by this Court on November 21, 2007 requires Class Counsel to "file an affidavit certifying that the mailing has been made as provided herein."

3. Paragraph 2 of the Order requires that Class Counsel, on or before December 10, 2007, "shall mail to each individual or entity identified on the List of Potential Class Members the following documents, together with an empty return evelope, addressed to Class Counsel:

i. the Notice, in the form attached to the Joint Motion to Approve Proposed Class Certification Order, Et Al. (Joint Motion) as Exhibit 3 (dates may be changed as needed); and

ii. a blank Entry of Appearance, in the form attached to the Joint Motion.

4. Pursuant to paragraphs 2 and 3 of the Court's Order, Class Counsel mailed the Notice and blank Entry of Appearance, on or before December 10, 2007, in the form approved by the Court, via first class mail postmarked on November 26, 2007, to all those individuals or entities identified on the List of Potential Class Members.

Further affiant sayeth not.

Subscribed and sworn before me this 27th day of November, 2007.

Nancy D. Armstrong
Notary Public

My Commission Expires: 4/30/08

Notarial Seal:

NOTARY PUBLIC STATE OF MISSOURI NOTARY SEAL

NANCY D. ARMSTRONG
My Commission Expires
April 30, 2008
Washington County