**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. and LINDA L. ROGERS, Husband and Wife, | ) | |
| et. al | ) | Hon. Mary Ellen Coster Williams |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | No. 07-273 L |
| Plaintiffs, | ) | |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**LIST OF POTENTIAL PROPERTY OWNERS**

Pursuant to the Scheduling Order filed by this Court on November 21, 2007, Plaintiffs state the following:

1. Class Counsel has retained Commonwealth Title Company to conduct a review of the records of the Sarasota County Recorder of Deeds' Office and the Sarasota County Assessor's Office concerning those individuals or entities that to the best of its knowledge, on April 2, 2004, owned or may have owned an interest in the property abutting or underlying the approximately twelve mile long railroad right-of-way from Sarasota to Venice, Florida, which was subject to the Notice of Interim Trail Use issued by the Surface and Transportation Board on April 2, 2004. Class Counsel has verified Commonwealth's Title Company's review of the records and has undertaken limited additional review in obtaining this information.

2. Class Counsel has prepared a "List of Potential Property Owners" (attached as Exhibit A), which includes the name of the respective individual or entity, the current or last known address of the individual or entity, and the "Parcel ID" assigned to the property by the Sarasota County Appraiser's Office.

3. Class Counsel has, to the best of its ability, reviewed the records of the Sarasota County Assessor and Recorder of Deed's Office and has developed the attached List of Potential Property Owners but does not represent that the list is an exhaustive list of those fee owners along the subject right-of-way who may eventually qualify for and request inclusion into the Class pursuant to the procedure approved by this Court. Specifically, Class Counsel notes that the List of Potential Property Owners attached may not include, *inter alia*, some individuals or entities who owned property abutting the right-of-way on April 2, 2004 and have subsequently sold their property.

WHEREFORE, Class Counsel respectfully submits the List of Potential Property Owners and requests it to be accepted as such.

| | |
|---|---|
| Date: 11/27/07 | LATHROP & GAGE L.C.<br><br>By: /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |
| | |