EXHIBIT A

11/27/07 Report

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Abbott | Douglas | | | 3328 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0039 |
| 2 | Achille | James | W. | | 332 34th Ave NE | St. Petersburg | FL | 34232 | 0061-10-0029 |
| 3 | Albritton | Randal | | | 4241 Proctor Rd. | Sarasota | FL | 34233 | N/A |
| 4 | Alderman | Louis | L. | | 4690 Woodward Avenue | Sarasota | FL | 34233 | 0071-09-0002 |
| 5 | Alfarone | Robert | A. | | 4495 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0046 |
| 6 | Allen-Wordell | Audreyrose | | | 34 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1024 |
| 7 | Alvis | Troy | | | 3300 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0043 |
| 8 | Anderson | Bradley | S. | | 4456 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0027 |
| 9 | Anderson | Nathaniel | | | 3266 Springview Drive | Lima | OH | 45805 | 0383-13-0012 |
| 10 | Art | Barbara | A. | | 9521 Azure Cove | Bradenton | FL | 34275 | 0405/03-0019 |
| 11 | Arthur | Samuel | Eric | | 8231 Coash Road | Sarasota | FL | 34239 | 0053-14-0004 |
| 12 | Ascoli | Silvano | | | 2202 Nave Dr. | Johnson City | TN | 37601 | 0140-01-0019 |
| 13 | Atchley | Neal | | | 2334 Greendale Drive | Sarasota | FL | 34232 | 0060-11-0086 |
| 14 | Austin | Dwight | J. | | 2454 Sonoma Drive | Nokomis | FL | 34275 | 0163-09-0030 |
| 15 | Baber | William | L. | | 1816 Springwood Dr. | Sarasota | FL | 34232 | 0053-14-0032 |
| 16 | Badams | Judith | | | 430 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1012 |
| 17 | Baker | Kerwin | | | 2019 Ingram Avenue | Sarasota | FL | 34232 | 0060-03-0035 |
| 18 | Baldwin | Clonell | | | 3535 Pinecrest St. Unit 105 | Sarasota | FL | 34239 | 0053-11-0005 |
| 19 | Baldwin | Timothy | L. | | 4448 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0030 |
| 20 | Balke | William | | | 1613 Ingram Avenue | Sarasota | FL | 34232 | 0053-11-0004 |
| 21 | Ballinger | Jerry | | | 3606 Guilford Drive | Venice | FL | 34292 | 0060-11-0085 |
| 22 | Barrera | Wilson | | | 830 Autumncrest Dr. | Sarasota | FL | 34232 | 0052-05-0013 |
| 23 | Barrett | Michael | | | 5144 Island Date Street | Sarasota | FL | 34231 | 0060-06-0065 |
| 24 | Bassinger | Clarence | R. | | 3150 Ewing Dr. | Venice | FL | 34292 | 0428-07-0006 |
| 25 | Battaglia | James | | | 805 Church St | Nokomis | FL | 34275 | 0405-14-0024 |
| 26 | Beachy | Edna | | | 4357 Oak View Drive | Sarasota | FL | 34232 | 0053-11-0003 |
| 27 | Bebak | Daniel | F. | | 4368 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0041 |
| 28 | Bechtel | Albert | A | | 420 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1007 |
| 29 | Becker | Kathy | J. | | 2478 Sonoma Drive, Unit #1 | Nokomis | FL | 34275 | 0163-16-0006 |
| 30 | Beckom | Willie | J. | | 732 Hiderburg Street | Laurel | FL | 34272 | 0383-12-0011 |
| 31 | Bergeron | Michael | | | 1812 Springwood Dr. | Sarasota | FL | 34232 | 0053-14-0033 |
| 32 | Bergh | John | A. | | 2511 Riverbluff Parkway | Sarasota | FL | 34231 | 0163-07-0003 |
| 33 | Bernier | Jeffrey | T | | 3716 Breezmont Dr. | Sarasota | FL | 34232 | 0052-12-0016 |
| 34 | Bice | Jo-zel | | | 1036 Herndon Place | Sarasota | FL | 34232 | 0052-11-0022 |
| 35 | Blake | Richard | J | | 414 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1004 |
| 36 | Bontrager | Dennis | E | | 26533 State Rd 119 | Wakarusa | IN | 46573 | 0053-04-0003 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 37 | Bontrager | Ray | | | 1429 Ingram Avenue | Sarasota | FL | 34232 | 0053-04-0010 |
| 38 | Borchert | Ersila | | | 2413 Clematis Street | Sarasota | FL | 34237 | 0060-03-0047 |
| 39 | Boren | Betty Jo | | | PO Box 176 | Celina | TN | 38551 | 0070-02-0020 |
| 40 | Boswell | Alexandrine | | | 3914 Webber St. | Sarasota | FL | 34232 | 0061-03-0004 |
| 41 | Bowman | Nora | | | 4056 Radnor Pl | Sarasota | FL | 34232 | 0070-07-0017 |
| 42 | Bowser | Karen | E. | | 3200 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0049 |
| 43 | Boykin | J. | S. | | 803 Church St | Nokomis | FL | 34275 | 0405-14-0025 |
| 44 | Boyle | Ernest | J | | 707 Church St | Nokomis | FL | 34275 | 0405-14-0027 |
| 45 | Braslow | Alan | | | 2352 Greendale Drive | Sarasota | FL | 34232 | 0060-11-0083 |
| 46 | Brigham | Maria | A. | | 2203 Ingram Avenue | Sarasota | FL | 34232 | 0060-06-0063 |
| 47 | Brohmer | Jerrilyn | F | | 30 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1026 |
| 48 | Brooks | Annie | P. | | 1407 Avenue I | Ft. Pierce | FL | 34950 | 0383-13-0005 |
| 49 | Brooks | Gary | D. | | PO Box 280 | Osprey | FL | 34229 | 0428-11-0006 |
| 50 | Brothers | Raymond | A. | | 2304 Bennett Road | Lafayette | IN | 47909 | 0053-06-0041 |
| 51 | Brown | Keith | R. | | 320 Angelico Drive | Nokomis | FL | 34275 | 0163-09-0032 |
| 52 | Brown | Nora | | | N/A | N/A | N/A | N/A | 0383-13-0030 |
| 53 | Brown | Scott | J. | | 703 Poinciana Rd | Nokomis | FL | 34275 | 0405-03-0020 |
| 54 | Brown | Dale | A | | PO Box 1163 | Venice | FL | 34284 | 0405-06-0009 |
| 55 | Brown | Dale | A | | PO Box 1163 | Venice | FL | 34284 | 0405-06-0013 |
| 56 | Buonepane | Richard | L. | | 213 McClurg Rd. | Youngstown | OH | 44512 | 0408-16-0037 |
| 57 | Byler | James, Jr. | H. | | 525 Shetland Circle | Nokomis | FL | 34275 | 0164-08-0006 |
| 58 | Byrne | Michael | L. | | 551 Pine Ranch East Road | Osprey | FL | 34229 | 0140-08-0006 |
| 59 | Calamaras | Peter | | | P.O. Box 309 | Osprey | FL | 34229 | N/A |
| 60 | Caldwell | Carolyn | | | 2113 Ingram Avenue | Sarasota | FL | 34232 | 0060-03-0041 |
| 61 | Calvert | Berniece | R. | | 4460 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-02-0007 |
| 62 | Calvert | Maurice | E. | | 4483 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0042 |
| 63 | Cantele | Gino | L. | | 401 Oriana Dr | Spring Hill | FL | 34609 | 0097-04-0016 |
| 64 | Carico | Paul | J. | | 7732 Ashley Circle | University Park | FL | 34201 | 0060-06-0081 |
| 65 | Carrillo-Plata | Martin | | | 4018 Radnor Pl | Sarasota | FL | 34232 | 0070-02-0021 |
| 66 | Cawley | James | M. | | 2701 Greendale Drive | Sarasota | FL | 34232 | 0060-11-0088 |
| 67 | Chapman | Donald | | | 408 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1001 |
| 68 | Chase | David | C | | 6244 Crestwood Avenue | Sarasota | FL | 34231 | 0053-14-0001 |
| 69 | Childers | Nathan | | | 215 Pine Ranch East Rd | Osprey | FL | 34229 | 0139-12-0001 |
| 70 | Cicogna | Joe | | | 527 Pine Ranch Rd. East | Osprey | FL | 34229 | 0140-09-0026 |
| 71 | Ciotti | Vikki | A. | | 4362 Meadowland Circle | Sarasota | FL | 34233 | 0070-10-0042 |
| 72 | Cisler | John | H. | | 4219 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-10-0039 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 73 | Cole | Jeffrey | J. | | 547 Pine Ranch East Road | Osprey | FL | 34229 | 0140-08-0007 |
| 74 | Conner | Roy | E. | | 2784 Greendale Drive | Sarasota | FL | 34232 | 0060-14-0078 |
| 75 | Cookman | Mildred | | | 1805 Ingram Avenue | Sarasota | FL | 32432 | 0053-11-0012 |
| 76 | Coronado | Rosa | | | 3400 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0037 |
| 77 | Counen | Michael | N. | | 4791 Dove Tail Ct. | Sarasota | FL | 34238 | 0122-07-0008 |
| 78 | Courtenay | Steven | R. | | 4303 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-15-0018 |
| 79 | Cox | Jim | O. | | 1307 Ingram Avenue | Sarasota | FL | 34232 | 0053-04-0004 |
| 80 | Cox | Gene | A | | 4080 Radnor Pl | Sarasota | FL | 34232 | 0070-07-0013 |
| 81 | Cribbs | Chris | E. | | 4014 Radnor Pl | Sarasota | FL | 34232 | 0070-02-0022 |
| 82 | Croce | Martin | Z | | 403 E Colonia Ln | Nokomis | FL | 34275 | 0405-06-0021 |
| 83 | Crotsley | Frank | T. | | 3460 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0032 |
| 84 | Davenport | Cynthia | D. | | PO Box 203 | Nokomis | FL | 34275 | 0383-12-0005 |
| 85 | Davids | Patricia | M. | | PO Box 5 | Laurel | FL | 34272 | 0165-09-0032 |
| 86 | Davis | John | | | 3809 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0039 |
| 87 | Davis | Betty | P. | | 1705 Ingram Avenue | Sarasota | FL | 34232 | 0053-11-0007 |
| 88 | Davis | Betty | P. | | 1705 Ingram Avenue | Sarasota | FL | 34232 | 0053-11-0008 |
| 89 | Davis | Betty | P. | | 1705 Ingram Avenue | Sarasota | FL | 34232 | 0053-11-0009 |
| 90 | Dearth | Henry | A. | | 8003 Barbour Manor Drive | Louisville | KY | 40222 | 0053-11-0056 |
| 91 | Delaphena | Donald | A. | | 4223 Arrow Dr | Sarasota | FL | 34234 | 0097-12-1001 |
| 92 | DeLeo | Helen | J. | | 4464 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-02-0005 |
| 93 | DeLeo | Robert | T. | | 4458 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-02-0008 |
| 94 | Dewey | Margaret | | | 802 Church St | Nokomis | FL | 34275 | 0405-11-0037 |
| 95 | Dickie | Craig | B. | | 1331 Ingram Avenue | Sarasota | FL | 34232 | 0053-04-0006 |
| 96 | Dielman | Robert | H. | | 4354 Meadowland Circle | Sarasota | FL | 34233 | 0070-10-0046 |
| 97 | Diener | Larry | L. | | 1528 Springwood Drive | Sarasota | FL | 34232 | 0053-06-0036 |
| 98 | Dimick, Sr. | Donald | F. | | 543 Pine Ranch East Rd. | Osprey | FL | 34229 | 0140-08-0008 |
| 99 | Dodson | Thomas | | | 790 Autumncrest Dr. | Sarasota | FL | 34232 | 0052-04-0026 |
| 100 | Donner | Kenneth | G. | | 2423 Ingram Avenue | Sarasota | FL | 34232 | 0060-11-0061 |
| 101 | Dough | Glen | C. | | 4042 Radnor Pl | Sarasota | FL | 34232 | 0070-07-0019 |
| 102 | Drew | Peter | R. | | 2364 Greendale Drive | Sarasota | FL | 34232 | 0060-11-0081 |
| 103 | Drobisch | Ronald | K. | | 29438 Mulberry St. | Big Pine Key | FL | 33043 | 0408-09-0039 |
| 104 | Dunley | Samuel | W. | | 538 Shetland Circle | Nokomis | FL | 34275 | 0164-08-0004 |
| 105 | Duran | Donald | E. | | 2390 Sonoma Drive West | Nokomis | FL | 34275 | 0163-08-0020 |
| 106 | Edwards | Fred | | | PO Box 819 | Laurel | FL | 34272 | 0163-08-0021 |
| 107 | Elyachar | David | | | 2134 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0043 |
| 108 | Emanuelli | Zoila | | | 1648 Springwood Drive | Sarasota | FL | 34232 | 0053-06-0035 |
| 109 | Entwistel | Mark | T. | | 4510 Bent Tree Boulevard | Sarasota | FL | 34241 | 0140-01-0015 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 110 | Erickson | Patricia | M. | | 400 Percheron Circle | Nokomis | FL | 34275 | 0165-01-0001 |
| 111 | Evans | Cathleen | | | 4715 Woodward Place | Sarasota | FL | 34233 | 0071-16-0070 |
| 112 | Falato | Danell | V. | | 4360 Meadowland Circle | Sarasota | FL | 34233 | 0070-10-0043 |
| 113 | Fatica | Edward | N. | | 2350 West Sonoma Drive | Nokomis | FL | 34275 | 0163-07-0004 |
| 114 | Feragola | Bernadette | | | 3224 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0047 |
| 115 | Ferguson | James | O. | | PO Box 3018 | Sarasota | FL | 34230 | 0097-04-0015 |
| 116 | Fine | Renee | | | PO Box 187, Jackson's Point | Ontario | Canada | N/A | 0163-07-0002 |
| 117 | Flaherty | Mark | T. | | 3439 E. Forest Lake Drive | Sarasota | FL | 34232 | 0061-07-0097 |
| 118 | Flocker | Steven | D | | 4034 Radnor Pl | Sarasota | FL | 34232 | 0070-02-0018 |
| 119 | Focht | Deborah | E. | | 1613 Ingram Avenue | Sarasota | FL | 34232 | 0383-04-0003 |
| 120 | Foley | Leonard | | | PO Box 185 | Nokomis | FL | 34274 | 0165-08-0032 |
| 121 | Foster | Stephen | H. | | 2116 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0046 |
| 122 | Gagen | Joseph | | | 4454 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0028 |
| 123 | Gailbreath | Trimble | B | | 412 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1003 |
| 124 | Gallagher | Sharon | L. | | 2122 Greendale Drive | Sarasota | FL | 34233 | 0060-03-0045 |
| 125 | Garcia | Michelle | C | | 1539 Ingram Avenue | Sarasota | FL | 34232 | 0053-06-0003 |
| 126 | Garner | Terry | L. | | 1267 Venice By-Pass | Venice | FL | 33595 | 0428-06-0004 |
| 127 | Garske | Margaret | A. | | 2310 Greendale Drive | Sarasota | FL | 34232 | 0060-06-0079 |
| 128 | Garthwait | Todd | | | 350 Buena Vista Dr | Nokomis | FL | 34275 | 0405-03-0018 |
| 129 | Garthwait | Todd | H | | 809 Church St | Nokomis | FL | 34275 | 0405-14-0022 |
| 130 | Gay | Oda | H | | 4230 Gypsy St | Sarasota | FL | 34233 | 0089-09-0004 |
| 131 | Geary | Donald | L. | | 2026 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0048 |
| 132 | George | Timothy | J | | 1055 Lillian St | Venice | FL | 34285 | 0405-06-0040 |
| 133 | Geraghty | Edward | J. | | 3837 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0046 |
| 134 | Gill | William | J. | c/o Robert Tuffs, Esq., | PO Box 1767 | Venice | FL | 34284 | 0428-11-0004 |
| 135 | Gingerich | Daniel | E. | | 1829 Ingram Avenue | Sarasota | FL | 34232 | 0053-14-0002 |
| 136 | Gipson | George | W. | | P.O. Box 181 | Laurel | FL | 34272 | 0384-04-0015 |
| 137 | Glausman | Kelly | A. | | 132 Dowling Ave NE | Port Charlotte | FL | 33952 | 0406-02-0001 |
| 138 | Godbold | Cash | S. | | 4185 Shady Oaks Ct. | Sarasota | FL | 34233 | 0060-06-0076 |
| 139 | Goldberg | Robert | D. | | 4335 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-15-0023 |
| 140 | Goodman | Andrew | | | 2116 59th Street | Sarasota | FL | 34243 | 0071-16-0050 |
| 141 | Goodnough | Sue | M. | | 3642 Radnor Pl | Sarasota | FL | 34232 | 0061-15-0022 |
| 142 | Goumas | Jack | E. | | 2756 Greendale Drive | Sarasota | FL | 34232 | 0060-14-0083 |
| 143 | Graber | Roman | T. | | 1845 Sleepy Hollow Road | Spooner | WI | 54801 | 0060-06-0072 |
| 144 | Graham | Jo Ann | | | PO Box 253 | Laurel | FL | 34272 | 0383-13-0003 |
| 145 | Graham | Tyrone | J. | | PO Box 253 | Laurel | FL | 34272 | 0383-13-0003 |
| 146 | Graham | Larasha | V. | | PO Box 253 | Laurel | FL | 34272 | 0383-13-0003 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 147 | Graham | Lithia | M. | | PO Box 253 | Laurel | FL | 34272 | 0383-13-0003 |
| 148 | Graziano | Frank | | | 4438 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0033 |
| 149 | Green | Rodney | | | 1287 Whitehall Place | Sarasota | FL | 34242 | 0163-02-0001 |
| 150 | Greenberg | Robert | S. | | 4485 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0043 |
| 151 | Greene | Stephen | B. | | 188 Fairway Lane | Wilkesboro | NC | 28697 | 0071-16-0054 |
| 152 | Grimm | Charles | A | | 605 Church St | Nokomis | FL | 34275 | 0405-11-0039 |
| 153 | Gruel | David | A. | | 2962 W. Mark Dr. | Sarasota | FL | 34232 | 0061-07-0014 |
| 154 | Gualtier | Richard | R. | | 3849 Gatewood Dr | Sarasota | FL | 34232 | 0053-03-0035 |
| 155 | Guendjoian | Ronald | Shawn | | 3472 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0031 |
| 156 | Guglielmini | Vincent | | | 4030 Radnor Pl | Sarasota | FL | 34232 | 0070-02-0019 |
| 157 | Gulsby | James | F. | | 3654 Radnor Pl. | Sarasota | FL | 34232 | 0061-15-0019 |
| 158 | Haggerty | Charles | | | 4454 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0022 |
| 159 | Hall | Kevin | J | | PO Box 20147 | Sarasota | FL | 34236 | 0089-01-0066 |
| 160 | Hamilton, Jr | Joe | W | | 4857 Andrew Ave | Sarasota | FL | 34233 | 0089-01-0069 |
| 161 | Hardeman | Thomas | P. | | 579 E. Pine Ranch Road | Osprey | FL | 34229 | 0140-01-0018 |
| 162 | Hardy | Jay | H. | | 4302 Skyline Drive | Midland | TX | 79707 | 0164-09-0003 |
| 163 | Harkavy | Renate | B. | | 2512 Riverview CT. | Sarasota | FL | 34231 | 0060-06-0068 |
| 164 | Harney | Owen | J. | | 2460 Sonoma Drive West | Nokomis | FL | 34275 | 0163-09-0029 |
| 165 | Harrell, Jr. | Alvin | L. | | 2020 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0049 |
| 166 | Harris | Noel | K. | | 4074 Radnor Pl | Sarasota | FL | 34232 | 0070-07-0014 |
| 167 | Harris | Robert | L. | | PO Box 1476 | Nokomis | FL | 34274 | 0383-05-0002 |
| 168 | Harvey | Michael | R. | | 4466 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-02-0004 |
| 169 | Hatch | Lara | M. | | 4446 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0031 |
| 170 | Havlick | John | R. | | 2406 Sonoma Drive | Nokomis | FL | 34275 | 0163-08-0018 |
| 171 | Hayes | Garnett | D. | | 3436 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0034 |
| 172 | Heard | Stephen | A. | | 3841 Gatewood Dr. | Sarasota | FL | 32432 | 0053-03-0033 |
| 173 | Heitmann | Jan | D. | | 2414 Sonoma Drive | Nokomis | FL | 34275 | 0163-09-0035 |
| 174 | Herring | Timothy | G. | | 3421 E. Forest Lake Drive | Sarasota | FL | 34232 | 0061-07-0095 |
| 175 | Hersem | Colleen | G | | 1421 Court St #B | Clearwater | FL | 33756 | 0405-10-0028 |
| 176 | Herzog | Christopher | H. | | 1304 Twin Lakes Avenue | Nokomis | FL | 34275 | 0165-08-0014 |
| 177 | Hibbs | Wayne | A. | | 7225 Proctor Rd. | Sarasota | FL | 34232 | 0061-07-0046 |
| 178 | Higgins | Edward | F. | | 3340 Espanola Dr. | Sarasota | FL | 34239 | 0140-09-0025 |
| 179 | Hill | Sean | P | | 215 Trout Ln | Nokomis | FL | 34275 | 0384-14-0001 |
| 180 | Hobbie | Alvie | M. | | 2346 Greendale Drive | Sarasota | FL | 34232 | 0060-11-0084 |
| 181 | Hobbs | Jack | A | | 1563 Ingram Avenue | Sarasota | FL | 34232 | 0053-06-0005 |
| 182 | Hollingsworth | Fred | | | 5151 Jungle Plum Rd. | Sarasota | FL | 34242 | 0090-009-0001 |
| 183 | Hollingsworth | Fred | | | 5151 Jungle Plum Rd. | Sarasota | FL | 34242 | 0090-16-0020 |
| 184 | Holton | Ella | B. | | PO Box 13 | Laurel | FL | 34272 | 0383-13-0010 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 185 | Hoppen | R.J. | Michael | | 583 Pine Ranch Road East | Osprey | FL | 34229 | 0140-01-0017 |
| 186 | Horn | Gary | D. | | 3 Dock Rd. | Waterford | CT | 6385 | 0140-01-0013 |
| 187 | Horning | Moses | Z | | 5173 Division Hwy | East Earl | PA | 17519 | 0053-04-0002 |
| 188 | Horning | Kurt | | | 4062 Radnor Pl | Sarasota | FL | 34232 | 0070-07-0016 |
| 189 | Hundley | Audry | | | 1762 Springwood Dr. | Sarasota | FL | 34232 | 0053-14-0038 |
| 190 | Hutchison | Paul | K. | | 2128 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0044 |
| 191 | Ioannidis | George | | | 2901 S. Webber Place | Sarasota | FL | 34232 | 0061-15-0009 |
| 192 | Irenheim | Lennart | | | 6261 McKown Road | Sarasota | FL | 34240 | 0053-11-0010 |
| 193 | Jadush | Daniel | L. | | 4460 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0026 |
| 194 | Jefferson | Bob | Allen | | 3740 Teate Drive | Sarasota | FL | 34232 | 0052-05-0009 |
| 195 | Johnson | Alma | J. | | 4364 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0043 |
| 196 | Jones | Linda | L. | | 2322 Greendale Drive | Sarasota | FL | 34232 | 0060-06-0077 |
| 197 | Jones | Vivian | T. | | 1421 10th Avenue East | Bradenton | FL | 34208 | 0383-12-0013 |
| 198 | Jones | Lynette | | | PO Box 607 | Laurel | FL | 34272 | 0383-13-0008 |
| 199 | Jordan | Andrew | | | 504 Simmons Street | Nokomis | FL | 34275 | 0384-04-0001 |
| 200 | Jorgensen | Jody | | | 3821 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0042 |
| 201 | Kaiser | Jeffrey | A. | | 7413 S. Serenoa Drive | Sarasota | FL | 34241 | 0060-06-0069 |
| 202 | Kandel | Mildred | L. | | 2207 Ingram Avenue | Sarasota | FL | 34232 | 0060-06-0064 |
| 203 | Kaplan | Zachary | | | 1620 Springwood Dr. | Sarasota | FL | 34232 | 0053-11-0057 |
| 204 | Keck | Deborah | | | 1742 Springwood Dr. | Sarasota | FL | 34232 | 0053-11-0052 |
| 205 | Keeley | Virgina | S. | | 265 Harbor Home Drive | Osprey | FL | 34229 | 0071-09-0004 |
| 206 | Keith | James | | | 1319 Ingram Avenue | Sarasota | FL | 34232 | 0053-04-0005 |
| 207 | Kellner | Kenneth | J. | | 4372 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0040 |
| 208 | King | Henry | S. | | 2858 Lower Valley Road | Parkesburg | PA | 19365 | 0060-06-0074 |
| 209 | Kingcade | Bessie | Mae | | Box 54 | Laurel | FL | 34272 | 0384-04-0014 |
| 210 | Kirn | J. | Richard | | 3033 Pony Lane | Sarasota | FL | 34232 | 0061-06-0005 |
| 211 | Knowles | Charles | A. | | 3949 Sawyerwood Road | Sarasota | FL | 34233 | 0053-11-0053 |
| 212 | Krajcovic | Leslie | | | 7693 Uliva Way | Sarasota | FL | 34240 | 0060-06-0082 |
| 213 | Krause | Roy | C. | | 3726 Radnor Pl. | Sarasota | FL | 34232 | 0061-15-0012 |
| 214 | Kuprenko | Edward | J. | | 4050 Radnor Pl | Sarasota | FL | 34232 | 0070-07-0018 |
| 215 | Lagace | Gerald | A | | 1841 Ingram Avenue | Sarasota | FL | 34232 | 0053-14-0003 |
| 216 | LaGasse | Donald | W. | | 7210 Hawkins Rd | Sarasota | FL | 34241 | 0097-12-0006 |
| 217 | Lane | Raymond | D | | 608 Zephyr Rd | Venice | FL | 34293 | 0405-11-0049 |
| 218 | Lane, II | Donald | R. | | 411 Percheron Circle | Nokomis | FL | 34275 | 0164-16-0002 |
| 219 | Leeseberg | Keith | R. | | 3825 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0043 |
| 220 | Lewis | Lysle | V. | | 1804 Springwood Dr. | Sarasota | FL | 34232 | 0053-14-0035 |
| 221 | Lewis | Kurt | F. | | 6624 Gateway Avenue | Sarasota | FL | 34231 | 0090-16-0021 |
| 222 | Little | William | L. | | 535 Pine Ranch East Road. | Osprey | FL | 34229 | 0140-09-0024 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 223 | Locey | Myrna | J. | | 2366 Greendale Drive | Sarasota | FL | 34232 | 0060-06-0078 |
| 224 | Lock | Dory | | | 3258 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0044 |
| 225 | Longwell | Carl | E | | 6231 S Garlick Rd | Carson City | MO | 48811 | 0407-07-1010 |
| 226 | Lottinville | Clarence | G. | | 1588 Springwood Dr. | Sarasota | FL | 34232 | 0053-11-0059 |
| 227 | Lowry | Donald | Grey | | 173 Middle Road | Falmouth | FL | 4105 | 0408-16-0040 |
| 228 | Lowry | Donald | Grey | | 173 Middle Road | Falmouth | FL | 34293 | 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 |
| 229 | Loyet | Patrick | J. | | 4376 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0037 |
| 230 | Ludt | Timothy | | | 4378 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0036 |
| 231 | Lyman | Kevin | | | 801 Church St | Nokomis | FL | 34275 | 0405-14-0026 |
| 232 | Lyon | Gary | W. | | 3314 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0042 |
| 233 | Maguire | James | W | | 406 W Lowell | Ludington | MI | 49431 | 0407-07-1009 |
| 234 | Maleszka | Andrzej | | | 4452 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0023 |
| 235 | Malpelli | Celestino | | | 1620 Springwood Dr. | Sarasota | FL | 34232 | 0053-11-0054 |
| 236 | Manfredo | Shirley | I | | 3857 Gatewood Dr. | Sarasota | FL | 34232 | 0053-03-0037 |
| 237 | Mankowsky | Paul | D | | 1800 Springwood Dr. | Sarasota | FL | 34232 | 0053-14-0036 |
| 238 | Marchese | Thomas | W. | | 4450 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0029 |
| 239 | Marshall | Kim | A. | | 2107 Ingram Avenue | Sarasota | FL | 34232 | 0060-03-0038 |
| 240 | Martin | Leroy | K | | 26533 State Rd 119 | Wakarusa | IN | 46573 | 0053-04-0003 |
| 241 | Martineau | Robert | J. | | 2430 Sonoma Drive | Nokomis | FL | 34275 | 0163-09-0033 |
| 242 | Mason | Gary | L. | | 2462 Sonoma Drive West | Nokomis | FL | 34275 | 0163-09-0028 |
| 243 | Mayhall | Thomas | | | 593 Pine Ranch E. | Osprey | FL | 34229 | 0140-01-0014 |
| 244 | Mayhew | Stephen | | | 7206 39th Lane East | Sarasota | FL | 34243 | 0165-05-0025 |
| 245 | Mazur | Shirley | M | | 1913 Ingram Avenue | Sarasota | FL | 34232 | 0053-14-0005 |
| 246 | McBreen | Robert, Jr. | J. | | 523 Shetland Circle | Nokomis | FL | 34275 | 0164-08-0005 |
| 247 | McDonald | Ella | M. | | 3903 Linwood Street | Sarasota | FL | 34232 | 0060-03-0052 |
| 248 | McGregor | Craig | J. | | 587 East Pine Ranch Rd. | Sarasota | FL | 34229 | 0140-01-0016 |
| 249 | McGuire | Jason | J. | | 4374 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0038 |
| 250 | McKinzie | Rodney | W. | | 4456 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-02-0009 |
| 251 | McMurphy | Glenn | L | | 3162 Luce Rd | Flushing | MI | 48433 | 0407-07-1023 |
| 252 | McQueen | Mary | J. | | 1568 Springwood Drive | Sarasota | FL | 34232 | 0053-06-0034 |
| 253 | McRae | Charlie | J. | | 373 Patton St. | Laurel | FL | 33545 | 0384-04-0009 |
| 254 | McRoyan | Michael | K. | | 3660 Radnor Pl. | Sarasota | FL | 34232 | 0061-15-0018 |
| 255 | Mender | Lloyd | N | | 86 Ridgeview Ln | Boulder | CO | 80302 | 0405-14-0023 |
| 256 | Messick | Robert | E. | | 3441 E. Forest Lake Drive | Sarasota | FL | 34232 | 0061-07-0098 |
| 257 | Midkiff | Jack | | | 428 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1011 |
| 258 | Miles | Kenneth | L. | | 2342 Sonoma Drive West | Nokomis | FL | 34275 | 0163-07-0005 |
| 259 | Miller | Fannie | | | 1343 Ingram Avenue | Sarasota | FL | 34232 | 0053-04-0007 |
| 260 | Miller | Irene | | | 3614 Swamp St. | Hartsville | OH | 44632 | 0053-06-0002 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 261 | Miller | Ronald | V | | 4640 Proctor Road | Sarasota | FL | 34233 | 0061-15-0086 |
| 262 | Miller | Ronald | V | | 4640 Proctor Road | Sarasota | FL | 34233 | 0061-15-0087 |
| 263 | Miller | Ronald | V | | 4640 Proctor Road | Sarasota | FL | 34233 | 0061-15-0088 |
| 264 | Miller | Ronald | V | | 4640 Proctor Road | Sarasota | FL | 34233 | 0061-15-0089 |
| 265 | Miller | Ronald | V | | 4640 Proctor Road | Sarasota | FL | 34233 | 0061-15-0090 |
| 266 | Miller | Ronald | V | | 4640 Proctor Road | Sarasota | FL | 34233 | 0061-15-0091 |
| 267 | Mirman | Ilene | | | 4183 Shell Road | Sarasota | FL | 34242 | 0165-01-0007 |
| 268 | Mitchell | Andrew | J.M. | | 4468 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-02-0003 |
| 269 | Monville | Paul | K. | | 4001 Beneva Road, #316 | Sarasota | FL | 33583 | 0060-14-0079 |
| 270 | Moran | Margaret | L | | 422 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1008 |
| 271 | Morgan | Michael | L. | | 2772 Greendale Drive | Sarasota | FL | 34232 | 0060-14-0080 |
| 272 | Mortimer | Alan | H | | 32 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1025 |
| 273 | Mosier | Hannalore | | | 1741 Ingram Avenue | Sarasota | FL | 34232 | 0053-11-0011 |
| 274 | Moulton | Earl, Jr. | J. | | 4234 Sunniland Street | Sarasota | FL | 34233 | 0071-16-0061 |
| 275 | Moulton | Sue | | | 4234 Sunniland Street | Sarasota | FL | 34233 | 0071-16-0064 |
| 276 | Moyers | Ernest | W. | | 3813 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0040 |
| 277 | Murphy, Jr | Douglas | R. | | 6260 Southwest 21st Court Rd. | Ocala | FL | 34474 | 0429-01-0006 |
| 278 | Musselwhite | James | R. | | 1010 Herndon Place | Sarasota | FL | 34232 | 0052-12-0017 |
| 279 | Naiman | James | J. | | 3833 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0045 |
| 280 | Nalefski | James | K. | | 4444 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0027 |
| 281 | Nielsen | Gregory | A. | | 4352 Meadowland Circle | Sarasota | FL | 34233 | 0070-10-0047 |
| 282 | Noggle | Max | | | 207 Breda CT | Columbia | SC | 29212 | 0053-06-0044 |
| 283 | Nolt | Elmer | H. | | 1925 Ingram Avenue | Sarasota | FL | 34232 | 0053-14-0006 |
| 284 | Nolt | Elmer | H. | | 1937 Ingram Avenue | Sarasota | FL | 34232 | 0053-14-0007 |
| 285 | Nowak | Gregory | | | 3484 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0030 |
| 286 | O'Connor | Andre | A | | 4807 Andrew Ave | Sarasota | FL | 34233 | 0089-01-0064 |
| 287 | O'Connor | Perry | W | | 4885 Andrew Ave | Sarasota | FL | 34233 | 0089-01-0070 |
| 288 | Olsen | Stanley | | | 3845 Gatewood Dr. | Sarasota | FL | 34232 | 0053-03-0034 |
| 289 | Paige | Patricia | A. | | 2358 Greendale Drive | Sarasota | FL | 34232 | 0060-11-0082 |
| 290 | Paradiso | Michele | | | 4227 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-15-0017 |
| 291 | Parrow | Leonard | J. | | 4358 Meadowland Circle | Sarasota | FL | 34233 | 0070-10-0044 |
| 292 | Paton | Regan | E. | | 4103 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-10-0036 |
| 293 | Patterson | Karen | K. | | 4214 Wilkinson Road | Sarasota | FL | 34233 | 0071-01-0024 |
| 294 | Pattison | Mary | Jo | | 248 West Miami Ave. | Venice | FL | 34285 | 0429-01-0010 |
| 295 | Patton | Kenneth | S. | | Box 98 | Laurel | FL | 34272 | 0384-05-0001 |
| 296 | Penuela | Judith | | | 2008 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0051 |
| 297 | Pepe | Marshall | | | 7413 S. Serenoa Drive | Sarasota | FL | 34241 | 0060-06-0069 |
| 298 | Peretik | Dana | M. | | 2307 Ingram Avenue | Sarasota | FL | 34232 | 0060-06-0071 |

11/27/07 Report

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 299 | Perruc | Phyllis | H. | | 4256 Balmoral Way | Sarasota | FL | 34238 | 0053-11-0058 |
| 300 | Peter | Andre | J. | | 513 Buena Vista Dr. | Laurel | FL | 34272 | 0384-13-0029 |
| 301 | Phillips | Leslie | S. | | 3650 Radnor Pl. | Sarasota | FL | 34232 | 0061-15-0020 |
| 302 | Poole | Michael | | | 2121 Ingram Avenue | Sarasota | FL | 34232 | 0060-06-0062 |
| 303 | Pruett | William | B. | | 1040 Herndon Place | Sarasota | FL | 34232 | 0052-12-0023 |
| 304 | Puccio | Anthony | | | 770 Autumncrest Dr. | Sarasota | FL | 34232 | 0052-04-0027 |
| 305 | Reed | Richard | James | | 4366 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0042 |
| 306 | Richmond | Mark | | | 8457 Midnight Pass Road | Sarasota | FL | 34242 | 0429-08-0001 |
| 307 | Rieke | Allen | B. | | 4747 Woodward Place | Sarasota | FL | 34233 | 0071-16-0072 |
| 308 | Rios | Damian | | | 4803 Andrew Ave | Sarasota | FL | 34241 | 0089-01-0620 |
| 309 | Ritchie | Jone' | Y. | | 4317 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-15-0020 |
| 310 | Rizzo | Denise | | | 2462 Sonoma Drive West | Nokomis | FL | 34275 | 0163-09-0031 |
| 311 | Rogers | Stephen | J. | | 2486 Sonoma Drive | Nokomis | FL | 34275 | 0163-16-0005 |
| 312 | Roland | Lloyd | M. | | 2214 Greendale Drive | Sarasota | FL | 34232 | 0060-06-0083 |
| 313 | Rollins | Keith | E. | | 772 Stonecrest Dr. | Sarasota | FL | 34232 | 0052-04-0033 |
| 314 | Rosin | Charleen | R. | | 7132 N. Serenoa Drive | Sarasota | FL | 34242 | 0090-01-0003 |
| 315 | Ross | Peter | | | 3433 E. Forest Lake Drive | Sarasota | FL | 34232 | 0061-07-0096 |
| 316 | Ruth | Robert | J. | | P.O. Box 7563 | Sarasota | FL | 34278 | 0052-12-0014 |
| 317 | Ruth | Donald | | | 1000 Herndon Place | Sarasota | FL | 34232 | 0052-12-0015 |
| 318 | Ruth | Robert | | | 1038 Herndon Place | Sarasota | FL | 34232 | 0052-12-0026 |
| 319 | Sarmiento | Michael | P. | | 9758 Knights Bridge Circle | Sarasota | FL | 34238 | 0140-08-0004 |
| 320 | Sauter, III | William | R. | | 2701 Grant Ave | Philadelphia | PA | 19114 | 0429-01-0001 |
| 321 | Schofield | Sharon | K. | | 1782 Springwood Dr. | Sarasota | FL | 34232 | 0053-14-0037 |
| 322 | Schrock | Leroy | | | P.O. Box 7423 | Sarasota | FL | 34232 | 0053-04-0009 |
| 323 | Schrock | Sandra | E. | | 2003 Ingram Avenue | Sarasota | FL | 34232 | 0060-03-0032 |
| 324 | Schrock | Leroy | | | 2417 Ingram Avenue | Sarasota | FL | 34232 | 0060-11-0058 |
| 325 | Schrock | Leroy | | | 2417 Ingram Avenue | Sarasota | FL | 34232 | 0060-11-0059 |
| 326 | Schrock | Ruby | | | 2417 Ingram Avenue | Sarasota | FL | 34232 | 0060-11-0063 |
| 327 | Schrock | Ruby | | | PO Box 7423 | Sarasota | FL | 34278 | 0060-11-0066 |
| 328 | Schrock | Ruby | | | PO Box 7423 | Sarasota | FL | 34278 | 0060-14-0075 |
| 329 | Schrock | Leroy | | | 2417 Ingram Avenue | Sarasota | FL | 34232 | 0060-14-0077 |
| 330 | Schumann | Loren | David | | 3664 Radnor Pl. | Sarasota | FL | 34232 | 0061-15-0017 |
| 331 | Seekings | Michael | R. | | 831 Autumncrest Dr. | Sarasota | FL | 34232 | 0052-05-0012 |
| 332 | Senac | Mark | | | 5580 Blount Avenue | Sarasota | FL | 34231 | 0071-16-0052 |
| 333 | Sensenig | H. | Ivan | | 215 Wheat Ridge Dr. | Ephrata | PA | 17522 | 0053-06-0001 |
| 334 | Serino | Richard | | | 824 Laguna Dr. | Venice | FL | 33595 | 0428-07-0015 |
| 335 | Sesniak | Henry | | | 4205 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-10-0038 |
| 336 | Seymour | Brian | | | 3412 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0036 |