| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 337 | Shao | Qi Hui | | | 4491 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0045 |
| 338 | Shaw | Arrie | | | P.O. Box 143 | Laurel | FL | 34272-0143 | 0384-04-0002 |
| 339 | Shroyer | J. | Watt | | 460 Morgan Circle | Nokomis | FL | 34275 | 0164-01-0003 |
| 340 | Shroyer | Virginia | G. | | 460 Morgan Circle | Nokomis | FL | 34275 | 0164-01-0005 |
| 341 | Shumway | Craig | W. | | 2117 Ingram Avenue | Sarasota | FL | 34232 | 0060-03-0042 |
| 342 | Simon | Carol | A. | | 4442 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0032 |
| 343 | Simpfendorfer | Colin | A. | | 2752 Greendale Place | Sarasota | FL | 34232 | 0060-14-0084 |
| 344 | Simpson | Delores | M. | | 4309 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-15-0019 |
| 345 | Sivertson | Kris | W. | | 766 Stonecrest Dr. | Sarasota | FL | 34232 | 0052-04-0032 |
| 346 | Skafec | Shari | L. | | 6926 Mandarin Road | Sarasota | FL | 34238 | 0060-06-0066 |
| 347 | Skorupa | Joseph | F. | | 563 Pine Ranch East Road | Osprey | FL | 34229 | 0140-08-0003 |
| 348 | Smith | Wilbur | O. | | 3424 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0035 |
| 349 | Smith | Richard | A. | | 4450 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0024 |
| 350 | Smith | Suzanne | | | 4446 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0031 |
| 351 | Smith | Jackson | W. | | 4487 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0044 |
| 352 | Smith | Herbert | S. | | 539 Pine Ranch East Rd. | Osprey | FL | 34229 | 0140-09-0023 |
| 353 | Sommers | Martin | L. | | 2007 Ingram Avenue | Sarasota | FL | 34232 | 0060-03-0033 |
| 354 | Speck | Howard | J. | | 555 Pine Ranch East Road | Osprey | FL | 34229 | 0140-08-0005 |
| 355 | Stalnaker | Sara | | | 3853 Gatewood Dr. | Sarasota | FL | 34232 | 0053-03-0036 |
| 356 | Starling | Charles | L. | | 2238 Greendale Drive | Sarasota | FL | 34232 | 0060-06-0080 |
| 357 | Stewart | James | R | | 418 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1006 |
| 358 | Stiller | Howard | M. | | 2403 Ingram Avenue | Sarasota | FL | 34232 | 0060-11-0057 |
| 359 | Stiller | Stephen | | | 2403 Ingram Avenue | Sarasota | FL | 34232 | 0060-11-0057 |
| 360 | Stitt | F. | M. | | 2422 Sonoma Drive West | Nokomis | FL | 34275 | 0163-09-0034 |
| 361 | Straniere | Vera | | | 3212 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0048 |
| 362 | Stuart | Robin | E | | 7097 Saddle Creek Lane | Sarasota | FL | 34241 | 0407-07-1002 |
| 363 | Sullivan | Neil | T. | | 4341 Meadowland Circle | Sarasota | FL | 34233 | 0070-09-0011 |
| 364 | Swisher | John | W. | | 3425 E. Forest Lake Drive | Sarasota | FL | 34232 | 0061-07-0094 |
| 365 | Symanzik | Endia | K. | | 4707 Woodward Place | Sarasota | FL | 34233 | 0071-16-0068 |
| 366 | Taylor | Holly | A. | | 4446 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0026 |
| 367 | Terry | Sandra | G. | | PO Box 4 | Laurel | FL | 34272 | 0383-12-0007 |
| 368 | Terry | Sandra | G. | | PO Box 4 | Laurel | FL | 34272 | 0383-12-0010 |
| 369 | Thomas | Dorothy | W | | 705 Church St | Nokomis | FL | 34275 | 0405-11-0036 |
| 370 | Thompson | Brian | J. | | 4356 Meadowland Circle | Sarasota | FL | 34233 | 0070-10-0045 |
| 371 | Tighe | Michael | G. | | 4442 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0028 |
| 372 | Tillett | John | W. | | 154 Chadwick Ave | Bayville | NJ | 8721 | 0061-03-0001 |
| 373 | Tokarski | Darrell | R. | | 4370 Meadowland Circle` | Sarasota | FL | 34233 | 0070-15-0039 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 374 | Torres | Jose | | | 1028 Herndon Place | Sarasota | FL | 34232 | 0052-12-0019 |
| 375 | Townsend | Sharon | | | PO Box 643 | Laurel | FL | 34272 | 0383-12-0004 |
| 376 | Treffinger | Thomas | | | 1080 Bay Street | Nokomis | FL | 34275 | 0383-04-0004 |
| 377 | Troyer | Anna | | | 1030 Herndon Place | Sarasota | FL | 34232 | 0052-12-0018 |
| 378 | Troyer | Jenny | A | | 701 Church St | Nokomis | FL | 34275 | 0405-11-0038 |
| 379 | Tull | Robert | W. | | 1808 Springwood Dr. | Sarasota | FL | 34232 | 0053-14-0034 |
| 380 | Turner | Thomas | W. | | 4718 Dunn Drive | Sarasota | FL | 34233 | 0053-11-0006 |
| 381 | Tutsock | James | | | 1568 Springwood Drive | Sarasota | FL | 34232 | 0053-06-0034 |
| 382 | Usher | Mark | A. | | 4462 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-02-0006 |
| 383 | Uzzo | Donna | S. | | 8818 Havenridge Drive | Sarasota | FL | 34238 | 0071-16-0048 |
| 384 | Van Pelt Sr | Edwin | E | | PO Box 998 | Nokomis | FL | 34274 | 0405-06-0024 |
| 385 | Van Pelt Sr | Edwin | E | | PO Box 998 | Nokomis | FL | 34274 | 0405-06-0030 |
| 386 | Virzi | Victor | D. | | 728 Portia St. | Nokomis | FL | 34275 | 042/-07-0002 |
| 387 | Von Papen | Egbert | | | 2398 Sonoma Drive | Nokomis | FL | 34275 | 0163-08-0019 |
| 388 | Wagler | Mary | | | 1405 Ingram Avenue | Sarasota | FL | 34232 | 0053-04-0008 |
| 389 | Walkup | Ross | A | | 1210 Oak Tree Ln | Nokomis | FL | 34275 | 0405-11-0043 |
| 390 | Wallace | Kimberly | L. | | 4308 Bryants Pond Lane | Sarasota | FL | 34233 | 0071-09-0019 |
| 391 | Washington | Tarsha | | | 464 Patton St. | Nokomis | FL | 34272 | 0384-04-0003 |
| 392 | Washington | Tarsha | | | 464 Patton St. | Nokomis | FL | 34272 | 0384-04-0006 |
| 393 | Watson | Cindy | L. | | 500 Suffolk Circle | Nokomis | FL | 34275 | 0164-09-0002 |
| 394 | Wayda | Marybeth | | | 2706 Greendale Drive | Sarasota | FL | 34232 | 0060-14-0089 |
| 395 | Weaver | Eugene | G. | | 1551 Ingram Avenue | Sarasota | FL | 34232 | 0053-06-0004 |
| 396 | Webber | Kenneth | C. | | 315 Sea Anchor Dr | Osprey | FL | 34229 | 0097-04-0012 |
| 397 | Wells | Kenneth | D. | | 4448 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0025 |
| 398 | Welsher | David | A. | | 4723 Woodward Place | Sarasota | FL | 34233 | 0071-16-0071 |
| 399 | White | Catherine | T | | 4242 Gypsy St | Sarasota | FL | 34233 | 0089-09-0003 |
| 400 | Wicha | Peter | | | 22 Jean Lane | Hartsdale | NY | 10530 | 0061-10-0038 |
| 401 | Wilkie | Sharon | | | c/o Bridgestone Americas Inc. 535 Marriott Dr Tax Dept. 142956 | Nashville | TN | 37214 | 0070-02-0027 |
| 402 | Williams | Robert | L. | | 750 East Laurel Road | Nokomis | FL | 34275 | 0383-04-0002 |
| 403 | Williamson | Richard | M | | 416 Hatchett Ceek Rd | Venice | FL | 34292 | 0407-07-1005 |
| 404 | Willman | Dell | | | 5629 Estates Drive | North Port | FL | 34286 | 0428-07-0016 |
| 405 | Wilson | Robert | J. | | 3805 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0038 |
| 406 | Wilson | Theresa | | | 3821 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0042 |
| 407 | Wilson | Brad | D. | | 3215 Pony Lane | Sarasota | FL | 34232 | 0061-06-0006 |
| 408 | Wilson | Archibald | S | | 7649 Cove Terrace | Sarasota | FL | 34231 | 0428-07-0009 |
| 409 | Witzer | Stephen | A. | | 4129 Higel Ave | Sarasota | FL | 34242 | 0097-05-0016 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 410 | Witzer | Stephen | A. | | 4129 Higel Ave | Sarasota | FL | 34242 | 0097-12-0003 |
| 411 | Witzer | Stephen | A. | | 6101 McIntosh Rd. | Sarasota | FL | 34238 | 0097-12-0009 |
| 412 | Wood | Robert | M. | | 3246 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0045 |
| 413 | Woodring | Carolyn | | | 2109 Ingram Avenue | Sarasota | FL | 34232 | 0060-03-0040 |
| 414 | Wormwood | Christopher | T. | | 2212 6th Street | Palmetto | FL | 34221 | 0061-15-0021 |
| 415 | Yarbrough | James | L. | | 3702 Radnor Pl. | Sarasota | FL | 34232 | 0061-15-0016 |
| 416 | Yates | Hatsuko | | | 209 St. Thomas Circle N. | Apollo Beach | FL | 33572 | 0070-07-0015 |
| 417 | Yin | Jimbo | | | 316 NW Emilia Way | Jensen Beach | FL | 34957 | 0140-08-0002 |
| 418 | Yoder | Daniel | | | 5518 Bahia Vista | Sarasota | FL | 34232 | 0052-12-0020 |
| 419 | Yoder | Merlin | R. | | 8555 E Lincoln Way | Orrville | OH | 44667 | 0053-11-0055 |
| 420 | Yongue | Robert | | | 4084 Radnor Pl | Sarasota | FL | 34232 | 0070-07-0012 |
| 421 | Young, Sr | Timothy | K | | 4923 Andrew Ave | Sarasota | FL | 34233 | 0089-08-0068 |
| 422 | Yutzy | Marvin | A. | | 3370 Middle Pike | West Jefferson | OH | 43162 | 0053-04-0001 |
| 423 | Zawacki | Stephen | | | 4115 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-10-0037 |
| 424 | Zizak | Timothy | J. | | 4001 Tern St. | Sarasota | FL | 34232 | 0061-07-0050 |
| 425 | | | | 1299 LC | 707 South Washington Boulevard | Sarasota | FL | 34236 | 0427-05-0001 |
| 426 | | | | 1299 LC | 707 South Washington Boulevard | Sarasota | FL | 34236 | 0427-12-0001 |
| 427 | | | | Absolute Management Enterprises, Inc., a FL Corp. | 5319 Anthony Lane | Sarasota | FL | 34233 | 0165-16-0034 |
| 428 | | | | AL Investors Sarasota, LLC | 3131 Elliott Ave Suite 500 | Seattle | WA | 98121 | 0052-04-1002 |
| 429 | | | | Alex-Arl Florida Company | 1515 S. Tamiami Trail | Venice | FL | 34292 | 0406-11-0009 |
| 430 | | | | Alex-Arl Florida Company | 1515 S. Tamiami Trail | Venice | FL | 34292 | 0406-11-0010 |
| 431 | | | | Alex-Arl Florida Company | 1515 S. Tamiami Trail | Venice | FL | 34292 | 0406-11-0011 |
| 432 | | | | Alex-Arl Florida Company | 1515 S. Tamiami Trail | Venice | FL | 34292 | 0406-14-0003 |
| 433 | | | | Alex-Arl Florida Company | 1515 S. Tamiami Trail | Venice | FL | 34292 | 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 |
| 434 | | | | AMG Properties, Inc. a FL Corp | PO Box 43-2320 | Miami | FL | 33243 | 0097-04-0010 |
| 435 | | | | Atlantic Land & Improvement Company | 500 Water Street | Jacksonville | FL | 32202 | 0052-04-0007 |
| 436 | | | | B & R of Sarasota, Inc. | 5430 Howard Creek Rd. | Sarasota | FL | 34241 | 0090-01-0001 |
| 437 | | | | B&K Restaurant Group, Inc. | 312 Bayshore Dr. | Venice | FL | 34285 | 0428-02-0017 |
| 438 | | | | Bates Show Sales Staff, Inc., | 1000 US 41 By-Pass S | Venice | FL | 34292 | 0427-13-0008 |
| 439 | | | | Bates Show Sales Staff, Inc., | 1000 US 41 By-Pass S | Venice | FL | 34292 | 0427-13-0010 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 440 | | | | Bates Show Sales Staff, Inc., | PO Box 2288 | Nokomis | FL | 34274-2288 | 0427-13-0011 |
| 441 | | | | Bay Plaza Properties, LLC | 600 Bird Bay Drive W. | Venice | FL | 34292 | 0406-15-0002 |
| 442 | | | | Bee Ridge LLC | c/o Sunburst Hospitality Corp PO Box 167928 | Irving | TX | 75016 | 0070-02-0029 |
| 443 | | | | Bird Bay Executive Golf Club, Inc. | 602 Bird Bay Drive W. | Venice | FL | 34292 | 0406-07-0001 |
| 444 | | | | Broad Acre Trailer Lodge, Inc. | 3901 Bahia Vista St. | Sarasota | FL | 34232 | 0052-11-0001 |
| 445 | | | | Buckeye Gas Products Company, LP | 1 Liberty Plaza | Liberty | MO | 64068 | 0165-16-0038 |
| 446 | McGowan | Carole | | c/o Advanced Management of SW FL Inc. | 4531 Cinnamon Rd. | Sarasota | FL | 34238 | N/A |
| 447 | | | | Calusa Lakes Community Association, Inc. | 899 Wood Bridge Drive | Venice | Fl | 34293 | N/A |
| 448 | | | | Cement Products Corporation of Venice, Inc. | 400 16th Street North | St. Petersbug | FL | | 0408-09-0035 |
| 449 | | | | CFG Properties | 2831 Rigling Blvd Ste 203-B | Sarasota | FL | 34232 | 0428-06-0006 |
| 450 | | | | Chenet Staircase and Millworks Inc., Fl Corp. | 6211 S McIntosh Rd | Sarasota | FL | 34233 | 0097-12-1002 |
| 451 | | | | City of Venice | 401 W Venice Ave | Venice | FL | 33595 | 0407-11-0007 |
| 452 | | | | City of Venice | 401 West Venice Ave. | Venice | FL | 33595 | 0429-01-0013 |
| 453 | | | | Coachman Homes of Sarasota, Inc. | 4385 Winners Circle #1116 | Sarasota | FL | 34238 | 0140-08-0001 |
| 454 | | | | Construction Supply Company of Venice | POBox 1257 | Venice | FL | 33595 | 0408-10-0005 |
| 455 | Grolman | David | W. | Co-trustees of the David W. Grolman Revocable Living Trust Dated August 23, 2002 | 500 Purslane Point | Venice | FL | 34293 | 0428-06-0007 |
| 456 | | | | Cox Lumber Co, FL Corp | 3445 Breckinridge Blvd | Duluth | GA | 30096 | 0097-13-0001 |
| 457 | | | | Cox Lumber Co. | 3300 Fairfield Ave.South | St. Petersbug | FL | 33712 | 0428-14-0013 |
| 458 | | | | Cramer Motors, Inc., | 900 S. Bypass 41 | Venice | FL | 34292 | 0427-12-0002 |
| 459 | | | | Cramer Motors, Inc., | 900 S. Bypass 41 | Venice | FL | 34292 | 0427-13-0018 |
| 460 | | | | CSX Transportation Inc. | 301 West Bay Street, Suite 800 | Jacksonville | FL | 32202 | 0428-14-0015 |
| 461 | | | | D & S of Beneva Road, Inc. | 4830 14th Street West | Bradenton | FL | 33507 | 0052-04-0001 |
| 462 | | | | Darby South Buick-Pontiac-GMC,Inc. | 1455 South Tamiami Trail | Venice | FL | 34285 | 0428-07-0014 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 463 | | | | Deer Creek Community Association, Inc. c/o Advanced Mgmt Inc. of SW Florida | 9031 Town Center Parkway | Bradenton | FL | 33507 | N/A |
| 464 | | | | Ducks in a Row Enterprises, LLC | 7210 Hawkins Rd | Sarasota | FL | 34241 | 0090-01-0002 |
| 465 | | | | Estate Lands Excavators, Inc., | 7891 Estates Drive | North Port | FL | 34286 | 0428-02-0001 |
| 466 | | | | Ferrellgas, LP, a Delaware LP | 1 Liberty Plaza | Liberty | MO | 64068 | 0165-16-0037 |
| 467 | | | | FFCA Acquisition Corporation | 17207 N. Perimeter Drive | Scottsdale | AZ | 85255 | 0427-13-0006 |
| 468 | Keller | James | T. | Florida Land Trust Corporation Way Trust | 1439 South Lake Shore Drive | Sarasota | FL | 34231 | 0428-02-0018 |
| 469 | Keller | James | T. | Florida Land Trust Corporation Way Trust II | 1439 South Lake Shore Drive | Sarasota | FL | 34231 | 0428-07-0003 |
| 470 | | | | Florida Lessor - Five Facilities, Inc. | c/o Omega Healthcare Investors Inc. 9690 Deereco Rd. Suite 100 | Timonium | MD | 21093 | 0052-04-1001 |
| 471 | | | | Florida Rock Concrete Inc., a Del Corp | 155 E 21st St | Jacksonville | FL | 32206 | 0097-05-0017 |
| 472 | | | | Florida Rock Industries Inc, FL Corp | PO Box 4667 | Jacksonville | FL | 32201 | 0097-05-0015 |
| 473 | | | | Gates Moving and Storage, Inc., | 125 Stewart Rd. | Wilkes Barre | PA | 18706 | 0428-07-0011 |
| 474 | | | | General Telephone Company of Florida | PO Box 110 | Tampa | FL | 33601 | 0428-10-0002 |
| 475 | | | | Gerth Funeral Service, Inc., a MO Corp. | 115 South Main | Memphis | MO | 63555 | 0163-07-0001 |
| 476 | | | | Greens Fuel of Florida Corporation; Suburban Propane, L.P. | One Suburban Plaza, 240 Route 10 West | Whippany | NJ | 07981-0206 | 0408-16-0036 |
| 477 | | | | Group W Property, FL Corp | 6101 McIntosh Rd. | Sarasota | FL | 34238 | 0097-12-0005 |
| 478 | | | | Holmes M & M Construction Company | 4611 State Rd 39 | Millersburg | FL | 44654 | 0053-04-0011 |
| 479 | | | | International Artistic Stone Inc, FL Corp | 6221 S. McIntosh Rd | Sarasota | FL | 34238 | 0097-12-1003 |
| 480 | | | | iStar Bowling Centers, I LP | 1114 Avenue of the Americas | NY | NY | 10036 | 0428-03-0007 |
| 481 | | | | Izmirlian Properties, LLC | 4055 Bee Ridge Road | Sarasota | FL | 34233 | 0061-15-0010 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 482 | | | | Joelson Concrete Pipe Company, Inc., f/k/a Joelson Acquisition, Inc. | 99 Center Rd. | Venice | FL | 34285 | 0428-11-0001 |
| 483 | | | | Joelson Concrete Pipe Company, Inc., f/k/a Joelson Acquisition, Inc. | 99 Center Rd. | Venice | FL | 34284 | 0428-14-0016 |
| 484 | | | | Johnson Chapel of Laurel FL. | PO Box 601 | Laurel | FL | 34272 | 0383-13-0015 |
| 485 | | | | Kent Manufacturing of Venice, Inc. | 248 James St. | Venice | FL | 34292 | 0428-07-0001 |
| 486 | | | | Kimal Lumber Company, FL Corp | 400 Riverview Dr S | Nokomis | FL | 34275 | 0405-03-0016 |
| 487 | | | | Lanning Tire Sales | 1235 N. Lime Ave. | Sarasota | FL | 33577 | 0429-08-0002 |
| 488 | | | | Lemb, III LP c/o Faiz Ali Roy Al Coach 5015 | 2 N Riverside Plaza Unit 800 | Chicago | IL | 60606 | 0383-11-0002 |
| 489 | | | | MB Ventures, Inc., a FL Corp. | 2523 51st Street West | Bradenton | FL | 34209 | 0165-16-0035 |
| 490 | | | | McCann Holdings, LTD | 5589 Marquesas Circle, Suite 201 | Sarasota | Fl | 34233 | 0140-01-0002 |
| 491 | | | | Milford Enterprises, Inc. | 202 S. Seaboard Ave. | Venice | FL | 34292 | 0408-10-0007 |
| 492 | | | | Mission Valley Golf & Country Club, Inc., a FL Corp. | PO Box 266 | Laurel | FL | 34272 | 0162-07-0003 |
| 493 | | | | Nekaro, L.L.C. | 1000 Shire St. | Nokomis | FL | 34292 | 0408-16-0043 |
| 494 | | | | Nekaro, L.L.C. | 1000 Shire St. | Nokomis | FL | 34275 | 0428-02-0016 |
| 495 | DeMarsh | Stephen | E. | Office of the County Attorney c/o Sarasota County Political Subdivision of State of Florida | 1660 Ringling Blvd, Second Floor | Sarasota | FL | 34236 | 0405-11-0050 |
| 496 | | | | P&S Properties Inc, FL Corp | PO Box 308 | Osprey | FL | 34229 | 0405-11-0041 |
| 497 | | | | Phillippi Pines, LLC | P.O. Box 2507 | Sarasota | FL | 34230 | Tract D |
| 498 | | | | Pine Ranch East Owners Assoc Inc | PO Box 1021 | Osprey | FL | 34229 | NONE |
| 499 | | | | Post Office Properties, Inc. | PO Box 2303 | Sarasota | FL | 34230 | 0070-07-0039 |
| 500 | | | | Precision Fabrication Corp, FL Corp | PO Box 666 | Nokomis | FL | 34275 | 0405-06-0044 |
| 501 | | | | Prestancia Community Association, Inc. | 3412 Clark Rd. PMB 236 | Sarasota | FL | 34231 | N/A |
| 502 | | | | Prestancia Community Association, Inc. | 3412 Clark Rd. PMB 236 | Sarasota | FL | 34231 | N/A |
| 503 | | | | Public Storage, Inc. | 701 Western Ave. Ste 200 | Glendale | CA | 91201-2397 | 0428-03-0006 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 504 | | | | R.C. Martin Concrete Products, Inc. | Box 2580 | Sarasota | FL | 34238 | 0408-07-0015 |
| 505 | | | | R.F. Carlson Co, FL Corp | 6231 Clark Center Ave | Sarasota | FL | 34238 | 0098-04-0007 |
| 506 | Lubus | Samuel | | Samuel Lubus Revocable Trust Agreement | 7693 Cove Terrace | Sarasota | FL | 34231 | 0408-10-0003 |
| 507 | | | | Sarasota County | PO Box 8 | Sarasota | FL | 34230 | 0408-02-0024 |
| 508 | | | | Sarasota County Office of Management & Budget | PO Box 8 | Sarasota | FL | 34230 | 0090-01-0004 |
| 509 | | | | Sarasota County Office of Management & Budget | PO Box 8 | Sarasota | FL | 34230 | 0090-01-0004 |
| 510 | | | | Sarasota County Office of Management & Budget | P.O. Box 8 | Sarasota | FL | 34230 | 0121-03-0002 |
| 511 | | | | Sarasota County Office of Management and Budget | PO Box 819 | Sarasota | FL | 34230 | 0383-04-0005 |
| 512 | | | | Sarasota County Transportation Authority | 5303 Pinkney Avenue | Sarasota | FL | 34233 | 0090-01-0005 |
| 513 | | | | Sarasota County Transportation Authority | 5303 Pinkney Avenue | Sarasota | FL | 34233 | 0090-08-0001 |
| 514 | | | | Sarasota County, Political Subdivision of State of Florida | Office of Mngmet & Budget, P.O. Box 8 | Sarasota | FL | 34230 | 0097-12-0001 |
| 515 | | | | Sarasota Investment Co Inc. | 4023 Sawyer Rd | Sarsota | FL | 34233 | 0070-07-0059 |
| 516 | | | | Sherwin-Williams Development Corporation | c/o Tax Department PO Box 6027 C | Cleveland | OH | 44101-1027 | 0428-03-0005 |
| 517 | | | | Signtist Inc FL Corp | 580 Central Ave | Nokomis | FL | 34275 | 0405-06-0016 |
| 518 | | | | Silver Oak Neighborhood Assoc Inc<br>c/o Lighthouse Property Mgmt | 16 Church St | Osprey | FL | 34229 | N/A |
| 519 | | | | Silver Oak Neighborhood Association, Inc.<br>c/o Lighthouse Property Mgmt | 16 Church St. | Osprey | FL | 34229 | N/A |
| 520 | | | | Sperry Marketing Group, Inc., | 7400 Graham Road | Fairburn | GA | 30213 | 0428-02-0019 |
| 521 | | | | State of Florida c/o DNR | Douglas Bldg, 3900 Commonwealth Blvd | Tallahassee | FL | 32399 | 0156-01-0001 |
| 522 | | | | State of Florida Dept of Transportation | PO Box 1249 | Bartow | FL | 33830 | 0098-03-0007 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 523 | | | | State of Florida c/o DNR | Douglas Bldg, 3900 Commonwealth Blvd | Tallahassee | FL | 32399 | 0153-01-0001 |
| 524 | | | | Stonebridge Community Association, Inc. | 2477 Stickney Point Rd. | Sarasota | FL | 34231 | N/A |
| 525 | Nisbet | Bruce | L | Stoneybrook Golf & Ctry Club Sarasota Inc. | 8801 Stoneybrook Blvd | Sarasota | FL | 34238 | N/A |
| 526 | | | | The City of Venice | | | FL | 34293 | 0429-01-0004 |
| 527 | | | | The Dutch Corporation of Florida | P.O. Box 68 | Walnut Creek | OH | 44687 | 0052-13-0020 |
| 528 | | | | The Halliwell Group, Inc., a FL Corp. | 2105 Mietaw Drive | Sarasota | FL | 34239 | 0060-03-0050 |
| 529 | | | | The Oaks at Woodland Park Homeowner's Association, Inc. | 2381 Fruitville Road | Sarasota | FL | 34237 | N/A |
| 530 | Triola | James | C. | Tournament Players Club at Prestancia Inc. | 112 PGA Tour Blvd | Ponte Vedre Beach | FL | 32082 | N/A |
| 531 | | | | Trinity Chapel of Sarasota, Inc. | 3939 Webber Street | Sarasota | FL | 34232 | 0060-14-0076 |
| 532 | | | | Triple Diamond Commercial Properties, LLC | 901 Venetia Bay Blvd Suite 350 | Venice | FL | 34285 | 0406-06-0004 |
| 533 | | | | Triple Diamond Commercial Properties, LLC | 901 Venetia Bay Blvd Suite 350 | Venice | FL | 34285 | 0406-06-0005 |
| 534 | | | | Triple Diamond Commercial Properties, LLC | 901 Venetia Bay Blvd Suite 350 | Venice | FL | 34285 | 0406-11-0007 |
| 535 | | | | Troyer Corp | P.O. Box 68 | Walnut Creek | OH | 44687 | 0052-13-0025 |
| 536 | | | | Troyer Corp | P.O. Box 68 | Walnut Creek | OH | 44687 | 0052-13-0026 |
| 537 | | | | Troyer Corp | P.O. Box 68 | Walnut Creek | OH | 44687 | 0052-13-0027 |
| 538 | | | | Trustees of the Internal Improvement Trust Fund of the State of Florida | c/o Florida Department of Natural Resources, Division of State Lands, 3900 Commonwealth Boulevard, Mail Station 115 | Tallahassee | FL | 32399 | 0151-00-1000 |

| # of Claim | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 539 | | | | Trustees of the Internal Improvement Trust Fund of the State of Florida | c/o Florida Department of Natural Resources, Division of State Lands, 3900 Commonwealth Boulevard, Mail Station 115 | Tallahassee | FL | 32399 | 0153-01-0001 |
| 540 | | | | Trustees of the Internal Improvement Trust Fund of the State of Florida | c/o Florida Department of Natural Resources, Division of State Lands, 3900 Commonwealth Boulevard, Mail Station 115 | Tallahassee | FL | 32399 | 0156-01-0001 |
| 541 | | | | Turtle Rock Community Association, Inc. | 8500 Turtle Rock Blvd. | Sarasota | FL | 34238 | N/A |
| 542 | | | | V.M. Calderon Inc, FL Corp | PO Box 4241 | Sarasota | FL | 34230 | 0097-12-0011 |
| 543 | | | | Venice Western Motel LTD | 6915 SW 57th Ave #200 | Coral Gables | FL | 33143 | 0407-03-0037 |
| 544 | | | | Walgreen Com | 200 Wilmot Road | Deerfield | IL | 60015 | 0428-15-0014 |
| 545 | | | | West Coast Inland NAV Dist | P.O. Box 1845 | Venice | FL | 34292 | 0407-11-0007 |
| 546 | | | | Woodlands Park Development, LTD | 2180 W First St. Suite 500 | Fort Myers | FL | 33901 | 0052-04-0009 |