EXHIBIT A

1/30/08 Rogers Report With Excluded Records Due to Bad Address

| Claim Number | Last Name | First Name | Middle Initial | Spouse Name | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | Barrera | Wilson | | | | 830 Autumncrest Dr. | Sarasota | FL | 34232 | 0052-05-0013 |
| 35 | | | | | D & S of Beneva Road, Inc. | 4830 14th Street West | Bradenton | FL | 33507 | 0052-04-0001 |
| 37 | | | | | Woodlands Park Development, LTD | 2180 W First St. Suite 500 | Fort Myers | FL | 33901 | 0052-04-0009 |
| 40 | Troyer | Anna | | | | 1030 Herndon Place | Sarasota | FL | 34232 | 0052-12-0018 |
| 43 | Bontrager | Dennis | E | Betty | | 26533 State Rd 119 | Wakarusa | IN | 46573 | 0053-04-0003 |
| 46 | Keith | James | | | | 1319 Ingram Avenue | Sarasota | FL | 34232 | 0053-04-0005 |
| 49 | Wagler | Mary | | | | 1405 Ingram Avenue | Sarasota | FL | 34232 | 0053-04-0008 |
| 69 | Emanuelli | Zoila | | | | 1548 Springwood Drive | Sarasota | FL | 34232 | 0053-06-0035 |
| 82 | Baldwin | Clonell | | | | 3535 Pinecrest St. Unit 105 | Sarasota | FL | 34239 | 0053-11-0005 |
| 99 | Dearth | Henry | A. | Pearl | | 8003 Barbour Manor Drive | Louisville | KY | 40222 | 0053-11-0056 |
| 101 | Malpelli | Celestino | | Julia | | 1620 Springwood Dr. | Sarasota | FL | 34232 | 0053-11-0054 |
| 105 | Hundley | Audry | | | | 1762 Springwood Dr. | Sarasota | FL | 34232 | 0053-14-0038 |
| 107 | Mankowsky | Paul | D | Kathy | | 1800 Springwood Dr. | Sarasota | FL | 34232 | 0053-14-0036 |
| 133 | Goodnough | Sue | M. | | | 3642 Radnor Pl | Sarasota | FL | 34232 | 0061-15-0022 |
| 145 | Swisher | John | W. | | | 3425 E. Forest Lake Drive | Sarasota | FL | 34232 | 0061-07-0094 |
| 146 | Herring | Timothy | G. | Alisa | | 3421 E. Forest Lake Drive | Sarasota | FL | 34232 | 0061-07-0095 |
| 162 | Cribbs | Chris | E. | Cheryl | | 4014 Radnor Pl | Sarasota | FL | 34232 | 0070-02-0022 |
| 166 | Flocker | Steven | D | | | 4034 Radnor Pl | Sarasota | FL | 34232 | 0070-02-0018 |
| 167 | Dough | Glen | C. | Estelle | | 4042 Radnor Pl | Sarasota | FL | 34232 | 0070-07-0019 |
| 170 | Horning | Kurt | | | | 4062 Radnor Pl | Sarasota | FL | 34232 | 0070-07-0016 |
| 173 | Cox | Gene | A | | | 4080 Radnor Pl | Sarasota | FL | 34232 | 0070-07-0013 |
| 175 | Sullivan | Neil | T. | Gail | | 4341 Meadowland Circle | Sarasota | FL | 34233 | 0070-09-0011 |
| 184 | Bebak | Daniel | F. | Susan | | 4368 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0041 |
| 198 | Goldberg | Robert | D. | Carmen | | 4335 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-15-0023 |
| 231 | | | | | Venice Western Motel LTD | 6915 SW 57th Ave #200 | Coral Gables | FL | 33143 | 0407-03-0037 |
| 233 | Allen-Wordell | Audreyrose | | | | 34 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1024 |
| 235 | Brohmer | Jerrilyn | F | | | 30 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1026 |
| 239 | Maguire | James | W | Ruth | | 406 W Lowell | Ludington | MI | 49431 | 0407-07-1009 |
| 241 | Bechtel | Albert | A | Jean | | 420 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1007 |
| 250 | Cantele | Gino | L. | Audrey | | 401 Oriana Dr | Spring Hill | FL | 34609 | 0097-04-0016 |
| 326 | Braslow | Alan | | Linda L. Shaffer | | 2352 Greendale Drive | Sarasota | FL | 34232 | 0060-11-0083 |
| 327 | Hobbie | Alvie | M. | Suzanne | | 2346 Greendale Drive | Sarasota | FL | 34232 | 0060-11-0084 |
| 328 | Ballinger | Jerry | | | | 3606 Guilford Drive | Venice | FL | 34292 | 0060-11-0085 |
| 338 | Elyachar | David | | Andrea | | 2134 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0043 |
| 352 | Woodring | Carolyn | | | | 2109 Ingram Avenue | Sarasota | FL | 34232 | 0060-03-0040 |
| 356 | Brigham | Maria | A. | | | 2203 Ingram Avenue | Sarasota | FL | 34232 | 0060-06-0063 |
| 392 | Evans | Cathleen | | | | 4715 Woodward Place | Sarasota | FL | 34233 | 0071-16-0070 |
| 399 | Greenberg | Robert | S. | Maxine | | 4485 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0043 |
| 403 | Hatch | Lara | M. | | | 7529 Palmer Glen Cir | Sarasota | FL | 34240 | 0071-08-0031 |
| 404 | Smith | Suzanne | | | | 4446 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0031 |
| 411 | Keeley | Virgina | S. | | | 265 Harbor Home Drive | Osprey | FL | 34229 | 0071-09-0004 |
| 416 | Goodman | Andrew | | | | 2116 59th Street | Sarasota | FL | 34243 | 0071-16-0050 |
| 419 | Green | Rodney | | Judith | | 1287 Whitehall Place | Sarasota | FL | 34242 | 0163-02-0001 |
| 422 | Bergh | John | A. | Marie | | 2511 Riverbluff Parkway | Sarasota | FL | 34231 | 0163-07-0003 |

1/30/08 Rogers Report With Excluded Records Due to Bad Address

| Claim Number | Last Name | First Name | Middle Initial | Spouse Name | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 423 | Fine | Renee | | | | PO Box 187, Jackson's Point | Ontario | Canada | N/A | 0163-07-0002 |
| 436 | Mason | Gary | L. | Jane | | 2462 Sonoma Drive West | Nokomis | FL | 34275 | 0163-09-0028 |
| 447 | Erickson | Patricia | M. | | | 400 Percheron Circle | Nokomis | FL | 34275 | 0165-01-0001 |
| 460 | Treffinger | Thomas | | Shana | | 1080 Bay Street | Nokomis | FL | 34275 | 0383-04-0004 |
| 469 | Graham | Jo Ann | | | | PO Box 253 | Laurel | FL | 34272 | 0383-13-0003 |
| 470 | Graham | Tyrone | J. | | | PO Box 98 | Laurel | FL | 34272 | 0383-13-0003 |
| 471 | Graham | Larasha | V. | | | PO Box 253 | Laurel | FL | 34272 | 0383-13-0003 |
| 472 | Graham | Lithia | M. | | | PO Box 253 | Laurel | FL | 34272 | 0383-13-0003 |
| 481 | Horn | Gary | D. | | | 3 Dock Rd. | Waterford | CT | 6385 | 0140-01-0013 |
| 482 | Mayhall | Thomas | | Kathey | | 593 Pine Ranch E. | Osprey | FL | 34229 | 0140-01-0014 |
| 483 | Entwistel | Mark | T. | Roseann M. | | 4510 Bent Tree Boulevard | Sarasota | FL | 34241 | 0140-01-0015 |
| 489 | Yin | Jimbo | | Sufong Wang | | 316 NW Emilia Way | Jensen Beach | FL | 34957 | 0140-08-0002 |
| 498 | Higgins | Edward | F. | Maryann Higgins | | 3340 Espanola Dr. | Sarasota | FL | 34239 | 0140-09-0025 |
| 508 | Kingcade | Bessie | Mae | | | Box 54 | Laurel | FL | 34272 | 0384-04-0014 |
| 511 | Peter | Andre | J. | Rosemarie A. | | 513 Buena Vista Dr. | Laurel | FL | 34272 | 0384-13-0029 |
| 513 | Lowry | Donald | Grey | | | 173 Middle Road | Falmouth | FL | 34293 | 0408-02-0016 |
| 516 | | | | | Construction Supply Company of Venice | PO Box 1257 | Venice | FL | 33595 | 0408-10-0005 |
| 520 | | | | | Cement Products Corporation of Venice, Inc. | 400 16th Street North | St. Petersbug | FL | | 0408-09-0035 |
| 523 | Buonepane | Richard | L. | | | 213 McClurg Rd. | Youngstown | OH | 44512 | 0408-16-0037 |
| 533 | | | | | FFCA Acquisition Corporation | 17207 N. Perimeter Drive | Scottsdale | AZ | 85255 | 0427-13-0006 |
| 544 | Wilson | Archibald | S | | | 7649 Cove Terrace | Sarasota | FL | 34231 | 0428-07-0009 |
| 550 | | | | | Joelson Concrete Pipe Company, Inc., f/k/a Joelson Acquisition, Inc. | 99 Center Rd. | Venice | FL | 34285 | 0428-11-0001 |
| 551 | Brooks | Gary | D. | Katherine | | 3456 Mistletoe Lane | Longboat Key | FL | 34228 | 0428-11-0006 |
| 606 | Fields | Vernon | L. | Janet | | 11036 Kimberly Ave. | Englewood | FL | 34224 | |