EXHIBIT B

| # of Claims | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Brooke | Robert | A. | | 421 Nassau Street South | Venice | FL | 34285 | 0407-07-1026 |
| 2 | Brown | Russell | E. | | 4411 Bee Ridge Rd, #180 | Sarasota | FL | 34233 | 0071-01-0044 |
| 3 | Colin | Simpfendorfer | A. | | Samhordern Rd. | Townsville | Old | 4817 | |
| 4 | Converse | Ann | C. | | 506 Faith Terrace | Maitland | FL | 32751 | |
| 5 | Deaterly | Dee | A. | | 400 Substation | Venice | FL | 34292-1076 | 0407-10-0012 |
| 6 | Duranceau | Elise | J. | | 4050 Radnor Pl | Sarasota | FL | 34233 | 0070-07-0018 |
| 7 | Easey | Edward | C. | | 5440 McIntosh Rd. | Sarasota | FL | 34233 | |
| 8 | Eck | Carol | L. | | 4519 Onaway Ridge Pl. | Sarasota | FL | 34233 | |
| 9 | Estrada | Victor | | | P.O. Box 401 | Sarasota | FL | 34230 | |
| 10 | Fields | Vernon | L. | | 11036 Kimberly Ave. | Englewood | FL | 34224 | |
| 11 | Gatkiewicz | Jacek | | | 4350 Meadowland Cir. | Sarasota | FL | 34233-1302 | |
| 12 | Grames | William | | | 4834 Harris Ave. | Sarsota | FL | 34233 | |
| 13 | Gully | Wayne | E. | | 2462 Sonoma Dr. W | Nokomis | FL | 34275 | |
| 14 | Gutierrez, Jr. | Alberto | H. | | 4418 Golden Lake Dr. | Sarasota | FL | 34243 | |
| 15 | Hauck | Kyle | | | 2737 Greendale Dr. | Sarasota | FL | 34232 | |
| 16 | Herrmann | Lynda | S. | | 4930 Harris Ave. | Sarasota | FL | 34233 | |
| 17 | Hoag | Angelo | | | 4844 Harris Ave. | Sarasota | FL | 34233 | |
| 18 | Horton | Rex | S. | | 4127 Bee Ridge Rd. | Sarasota | FL | 34233 | 0060-03-043 |
| 19 | Hounsell | Paul | C | | 4926 Harris Ave. | Sarasota | FL | 34233 | |
| 20 | Howard | Faye | R. | | 17504 Patterson Rd. | Osprey | FL | 33556 | 0164-09-0006 |
| 21 | Jasionowski | Patricia | A. | | 650 Clydesdale | Nokomis | FL | 34275 | |
| 22 | Johansson | Clay | R | | 4903 Cedar Oak Way | Sarasota | FL | 34233-3289 | 0089-01-0054 |
| 23 | Johnson | Suzanne | M | | 2438 Sonoma Dr. | Nokomis | FL | 34275 | |
| 24 | Johnson | Judy | H. | | 1432 Cedar Bay Ln. | Sarasota | FL | 34231 | |
| 25 | Karolzak | Andrew | | | P. O. Box 1663 | Nokomis | FL | 34274 | 0165-01-0003 |
| 26 | Keeley | Robert | G | | 4269 Sunniland St. | Sarasota | FL | 34233-1818 | |
| 27 | Kohl | Craig | A. | | 6297 Westwick | Pt. Lewis | OH | 43035 | |
| 28 | Maisel | Keith | | | 960 Tangled Oaks Dr. | Sarasota | FL | 34232 | |
| 29 | McRoyan | Michael | K. | | 3660 Radnor Pl. | Sarasota | FL | 34232 | 0061-15-0018 |
| 30 | Meader | Lloyd | N | | 86 Ridgeview Ln | Boulder | CO | 80302 | 0405-14-0023 |
| 31 | Moulton | Earl, Jr. | J. | | 4234 Sunniland Street | Sarasota | FL | 34233 | 0071-16-0061 |
| 32 | Moulton | Sue | | | 4234 Sunniland Street | Sarasota | FL | 34233 | 0071-16-0064 |
| 33 | Negrin | Kathy | M. | | 5224 Lords Ave. | Sarasota | FL | 34231 | 0089-08-0047 |
| 34 | Nelson | Marcella | Dale | | 20 Whispering Sands Dr, Unit | Sarasota | FL | 34242-1670 | |
| 35 | Pearson | Thomas | | | 4436 Golden Lake dr. | Sarasota | FL | 34233 | 0071-01-0042 |

| # of Claims | Last Name | First Name | Middle Initial | Entity Name | Mailing Street | City | State | Zip | Parcel ID |
|---|---|---|---|---|---|---|---|---|---|
| 36 | Perna | Todd | A | | 4420 Golden Lake Dr. | Sarasota | FL | 34233 | |
| 37 | Plyler | Gregory | L | | 4902 Harris Ave. | Sarasota | FL | 34233-4030 | |
| 38 | Powell | Stephen | C. | | 4426 Golden Lake Dr. | Sarasota | FL | 34233 | |
| 39 | Quiros | Alvaro | | | 529 East Lake Dr. | Sarasota | FL | 34232 | |
| 40 | Smith | Jeffrey | | | 6705 Oakmont Way | Bradenton | FL | 34202 | |
| 41 | Sommers | Clara | R. | | 3901 Bahia Vista Lot 205 | Sarasota | fl | 34232 | |
| 42 | Thomas | Gail | | | 464 Scott Street | Laurel | FL | 34272 | 0384-04-0015 |
| 43 | Thornton | James | H. | | 4276 Proctor Rd. | Sarastoa | FL | 34233 | |
| 44 | Tweed | Michael | J. | | 4348 Meadowland Cir. | Sarasota | FL | 34233-1302 | |
| 45 | Vanstone | John | | | P.O. Box 607 | Laurel | FL | 34272 | 0383-13-0030 |
| 46 | Wrobel | Zbigniew | | | 4432 Golden Lake Dr. | Sarasota | FL | 34233 | |
| 47 | Zeckel | Rank | | | 531 Pine Ranch East Rd. | Osprey | FL | 34229-8970 | |
| 48 | | | | Ande Properties LLP | P.O. Box 20196 | Sarasota | FL | 34276-3196 | |
| 49 | | | | Cemex, Inc. | 840 Gessner #1400 | Houston | TX | 77024 | 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 |
| 50 | | | | CENDANT MOBILITY | C/O 40 Apple Ridge | Danbury | CT | 06810 | |
| 51 | | | | Deutsche Bank National Trust | 1601 East Street | Santa Ana | CA | 92705 | |
| 52 | | | | Power Play Properties LLC | 6289 Tower Ln. | Sarasota | FL | 34240 | |
| 53 | | | | Pro Properties LLC | 5220 McIntosh Rd. | Sarasota | FL | 34233 | |
| 54 | | | | Regions Bank | 1901 6th Avenue North, 19th | Birmingham | AL | 35203 | |
| 55 | | | | Southern Spring & Stamping Inc. | 401 Sub Station Rd. | Venice | FL | 34292-1077 | 0407-07-0001 |
| 56 | | | | SPE #49 LLC | 3400 S. Tamiami Trail | Sarasota | FL | 34239 | |
| 57 | | | | SPE #59 LLC | 3400 S. Tamiami Trail | Sarasota | FL | 34239 | |
| 58 | Boone | David | D. | The Parking Company | 100 Wallace Avenue, Suite | Sarasota | FL | 34237 | |
| 59 | | | | Venice Plaza LTD | 30 W. Mashta Dr, Ste 400 | Key Biscayne | FL | 33149 | 0407-02-0001 |
| 60 | | | | Verizon Florida Inc. | 750 Canyon Dr. | Coppell | TX | 75019 | 0428-10-0002 |