# In the United States Court of Federal Claims

**No. 07-273L**
**No. 07-426L**
**(consolidated)**
**(Filed February 15, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STEPHEN J. ROGERS, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REVISED SCHEDULING ORDER

On November 21, 2007, the Court certified this matter as a class action and issued a scheduling order. On February 4, 2008, Plaintiffs filed an unopposed motion requesting a 30-day extension of time by which Class Counsel must receive class members' entries of appearance and submit the Class Index and Claim Book. Plaintiffs request the extension because Class Counsel has been unsuccessful in contacting 65 potential class members due to inaccurate or outdated contact information, requiring Class Counsel to renotify those potential class members. Additionally, Class Counsel recently became aware of 60 new potential class members and is awaiting the return of those potential members' entries of appearance. Plaintiffs also request that the deadline for Defendant to challenge the eligibility of any prospective class member be extended by 30 days. Plaintiffs' motion is **GRANTED**. The Court orders the following:

1. Individuals and entities who wish to opt into this class action as class members must submit a completed Entry of Appearance, including all attachments, to Class Counsel. If Class Counsel believes an Entry of Appearance does not include all required information, Class Counsel shall so notify the prospective class member and suggest that the class member correct such deficiencies.

Only those individuals or entities whose completed Entries of Appearance, including all attachments, are received by Class Counsel by **March 12, 2008**, will be considered class members in this lawsuit.

2. On or before **March 20, 2008**, Class Counsel shall file the following documents:

   i. a Class Index, which shall identify each property for which an Entry of Appearance was received by Class Counsel on or before **March 12, 2008**. Class Counsel shall assign a separate number to every property on the Class Index. The claim numbers should be assigned such that the properties identified in the Entry of Appearance are numerically organized from one end of the railroad corridor to the other.

   ii. a Claim Book, which shall include all information provided by each class member in the Entry of Appearance, organized according to claim number.

3. Only those class members and properties identified on the Class Index and Claim Book will be considered part of this class. The class shall be closed on **March 20, 2008**.

4. Counsel for the United States shall have until **May 23, 2008**, to challenge the eligibility of any prospective class member by filing an objection to any class member based upon the Entry of Appearance and documents included with the class member's Entry of Appearance. These objections will be limited to those objections that can be determined upon a review of the Entries of Appearance and attached documents only. Such objections, if any, shall be filed by counsel for the United States on or before **May 23, 2008**. Proceedings as to all other defenses are deferred pending further order of the court.

5. The status conference scheduled for February 15, 2008 is cancelled. The Court will conduct a telephonic status conference on **April 1, 2008 at 11:30 a.m., EST.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**