## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN J. and LINDA L. ROGERS, Husband and Wife, | ) | |
| et. al | ) | Hon. Mary Ellen Coster Williams |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | No. 07-273 L |
| Plaintiffs, | ) | |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF PLAINTIFFS' COUNSEL REGARDING SUBMISSION OF CLAIM BOOKS

COMES NOW Plaintiffs' Counsel, Mark F. (Thor) Hearne, II and, pursuant to this Court's Order of February 15, 2008, states as follows:

1. On this 19th Day of March, 2008 a complete and accurate, assembled and indexed, set of all those Entries of Appearance filed by all those owners of property in Sarasota, County, Florida seeking to "opt-in" to this action as a class member has been assembled and reviewed by counsel for the Plaintiffs.

2. One complete set of these Entries of Appearance (referred to as the "Claim Book") has been sent by Federal Express overnight delivery to this Court.

3. One complete Claim Book has been sent by Federal Express overnight delivery to the United States Department of Justice, Mr. Mark T. Romley, counsel for the Defendant at the Environment and Natural Resources Division, General Litigation Section, U.S. Department of Justice, 601-D Street, N.W., Third Floor, Room 3146, Washington, D.C. 20004.

4. Counsel for the Plaintiffs (together with co-counsel Lindsay Brinton and Meghan Largent) has reviewed the material compiled in the Claim

Book and, to the best of counsel's knowledge and belief, the Claim Book is a complete and accurate compilation of all those Entries Of Appearance (together with supporting material as required by this Court's order of March 19, 2008) submitted by the respective class members.

5. Counsel states that the foregoing is true and complete to the best of his knowledge, information and belief.

Dated: 3/19/2008

LATHROP & GAGE L.C.

By: ______________________

MARK F. (THOR) HEARNE, II
LINDSAY S.C. BRINTON
MEGHAN S. LARGENT
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500
(314) 613-2550 (fax)
Thornet@ix.netcom.com

ATTORNEYS FOR PLAINTIFFS

Subscribed and sworn to before me this 19th day of March, 2008.

______________________
Notary Public

My Commission Expires: Jan. 8, 20012

Notarial Seal:

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 19th day of March, 2008, a true and correct copy of the foregoing Affidavit of Plaintiffs' Counsel Regarding Submission of Claim Books was sent by Federal Express, overnight delivery, postage prepaid, to the following counsel of record:

Mark Romley
Environment and Natural Resources Division
General Litigation Section
United States Department of Justice
601 D Street, N.W.
Third Floor, Room 3146
Washington, D.C. 20004
202-305-0479 (phone)
202-305-0506 (facsimile)

Lindsay Brinton
Lindsay S.C. Brinton