# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN J. and LINDA L. ROGERS,<br>Husband and Wife,<br><br>et. al<br><br>For Themselves and As Representatives of a<br>Class of Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Hon. Mary Ellen Coster Williams<br><br>No. 07-273 L |

## CLAIM INDEX

COME NOW Plaintiffs Stephen J. and Linda L. Rogers, et al. and, pursuant to this Court's Order of February 15, 2008, hereby submit the "Claim Index" which is a compilation of all those Entries of Appearance received by Counsel for Plaintiffs and submitted to this Court and to counsel for the Defendants in the Claim Books.

An alphabetical index of all those property owners is attached to this Memorandum as Exhibit "A" to this Memorandum.

WHEREFORE, Plaintiffs respectfully request that this Claim Index be admitted and filed with the Court as the compilation of property owners seeking to "opt-in" to this case pursuant to this Court's order of February 15, 2008, as a property owner making a claim for "just compensation" for the taking of their land by operation of the National Trails System Act, 16 U.S.C. 1247(d) ("Trails Act").

Dated: 3-19-2008

STLDOCS 215389v1

| | |
|---|---|
| | LATHROP & GAGE L.C.<br><br>By: ______________<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>MEGHAN S. LARGENT<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |
| | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 19th day of March, 2008, a true and correct copy of the foregoing Affidavit of Plaintiffs' Counsel Regarding Submission of Claim Books was sent by Federal Express, overnight delivery, postage prepaid, to the following counsel of record:

Mark Romley
Environment and Natural Resources Division
General Litigation Section
United States Department of Justice
601 D Street, N.W.
Third Floor, Room 3146
Washington, D.C. 20004
202-305-0479 (phone)
202-305-0506 (facsimile)

Lindsay S.C. Brinton