EXHIBIT A

Rogers v. U.S.

| Court Claim # | Name | First Name | Middle Initial | Spouse Name | Property Street | City Info | State Info | Zip Info | Parce[l] Ot[her] Ident[ifying] Information |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Abbott | Douglas | | Cynthia | 3328 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0039 |
| 2. | Absolute Management Enterprises, Inc., a FL Corp. | | | | 507 East Laurel Road | Laurel | FL | 34272 | 0165-16-0034 |
| 3. | Albritton | Randal | | Joyce S. | 4241 Proctor Rd. | Sarasota | FL | 34233 | 0071-16-0076 |
| 4. | Allen-Wordell | Audrey Rose | | | 34 Hatchett Creek Rd | Venice | FL | 34285 | 0407-07-1024 |
| 5. | Alvis | Troy | Dean | | 3300 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0043 |
| 6. | AMG Properties, Inc. a FL Corp | | | | 4500 Clark Road | Sarasota | FL | 34233 | 0097-04-0010 |
| 7. | Ande Properties LLP | | | | 4251 Austin St. | Sarasota | FL | 34233 | 0089-01-0059 |
| 8. | Anderson | Bradley | S. | Susan | 4456 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0027 |
| 9. | Art | Alfred | C. | Barbara | 490 Buena Vista Dr | Nokomis | FL | 34275 | 0405-03-0019 |
| 10. | Arthur | Samuel | Eric | Elizabeth | 1901 Ingram Avenue | Sarasota | FL | 34232 | 0053-14-0004 |
| 11. | Ascoli | Silvano | | Olga R. | 575 Pine Ranch East Rd. | Osprey | FL | 34229 | 0140-01-0019 |
| 12. | Atchley | Neal | | Jo | 2334 Greendale Drive | Sarasota | FL | 34232 | 0060-11-0086 |
| 13. | Austin | Dwight | J. | Carolyn | 2454 Sonoma Drive - West | Nokomis | FL | 34275 | 0163-09-0030 |
| 14. | B & R of Sarasota, Inc. | | | | 5410 McIntosh Road | Sarasota | FL | 34232 | 0090-01-0001 |
| 15. | Badams | Judith | | | 430 Hatchett Creek Rd | Venice | FL | 34285 | 0407-07-1012 |
| 16. | Baker | Kerwin | | Judy | 2019 Ingram Avenue | Sarasota | FL | 34232 | 0060-03-0035 |
| 17. | Baldwin | Timothy | L. | Eileen | 4448 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0030 |
| 18. | Balke | William | | Darlene | 1613 Ingram Avenue | Sarasota | FL | 34232 | 0053-11-0004 |
| 19. | Bates Show Sales Staff, Inc. | | | | 1014 S US 41 Bypass | Venice | FL | 34285 | 0427-13-0011 |
| 20. | Bates Show Sales Staff, Inc. | | | | 1030 S US 41 Bypass | Venice | FL | 34285 | 0427-13-0008 |
| 21. | Bates Show Sales Staff, Inc., | | | | 1030 S US 41 Bypass | Venice | FL | 34285 | 0427-13-0010 |
| 22. | Battaglia | James | | Kathryn Johnson | 805 Church St | Nokomis | FL | 34275 | 0405-14-0024 |
| 23. | Beachy | Edna | | | 1601 Ingram Ave | Sarasota | FL | 34232 | 0053-11-0003 |
| 24. | Bechtel | Jean | E. | | 420 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1007 |
| 25. | Becker | Kathy | J. | | 2478 Sonoma Drive, Unit #1 | Nokomis | FL | 34275 | 0163-16-0006 |
| 26. | Beckom | Willie | J. | Beatrice | 732 Hiderburg Street | Laurel | FL | 34272 | 0383-12-0011 |
| 27. | Bergeron | Michael | | | 1812 Springwood Dr. | Sarasota | FL | 34232 | 0053-14-0033 |

| Court Claim # | Name | First Name | Middle Initial | Spouse Name | Property Street | City Info | State Info | Zip Info | Parcel ID or Other Identifying Information |
|---|---|---|---|---|---|---|---|---|---|
| 28. | Bergh, John c/o Joanne A. Ward | | | | 2358 Sonoma Drive | Nokomis | FL | 34275 | 0163-07-0003 |
| 29. | Bernier | Jeffrey | T | | 1002 Herndon Pl | Sarasota | FL | 34232 | 0052-12-0016 |
| 30. | Bice-Ellis | Jo-zel | | | 1036 Herndon Place | Sarasota | FL | 34232 | 0052-12-0022 |
| 31. | Bontrager | Ray | | Ella | 1429 Ingram Avenue | Sarasota | FL | 34232 | 0053-04-0010 |
| 32. | Borchert | Ersila | | | 2032 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0047 |
| 33. | Boren | Betty Jo | | | 4024 Radnor Place | Sarasota | FL | 34232 | 0070-02-0020 |
| 34. | Boykin | J. | Scott | | 803 Church St. | Nokomis | FL | 34275 | 0405-14-0025 |
| 35. | Boyle | Nadene | | | 707 Church Street | Nokomis | FL | 34275 | 0405-14-0027 |
| 36. | Brothers | Raymond | A. | Donna | 3817 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0041 |
| 37. | Brown | Scott | J. | | 405 Palm Ave | Venice | FL | 34292 | 0405-03-0020 |
| 38. | Brown | Dale | A. | | 510 Central Ave | Nokomis | FL | 34275 | 0405-06-0013 |
| 39. | Brown | Russell | E. | | 4430 Golden Lake Drive | Sarasota | FL | 34233 | 0071-01-0044 |
| 40. | Buonpane | Richard | L. | | 328 Seaboard Ave. | Venice | FL | 34292 | 0408-16-0037 |
| 41. | Byrne | Michael | L. | Nancy A. | 551 Pine Ranch East Road | Osprey | FL | 34229 | 0140-08-0006 |
| 42. | Calamaras | Peter | | Bernadette | 8866 Bloomfield Blvd. | Sarasota | FL | 34238 | 0134-16-0011 |
| 43. | Caldwell | Carolyn | | | 2113 Ingram Avenue | Sarasota | FL | 34232 | 0060-03-0041 |
| 44. | Calvert | Berniece | R. | | 4460 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-02-0007 |
| 45. | Carico | Paul | J. | Janet | 2230 Greendale Drive | Sarasota | FL | 34232 | 0060-06-0081 |
| 46. | Carrillo-Plata | Martin | | | 4018 Radnor Place | Sarasota | FL | 34233 | 0070-02-0021 |
| 47. | Cawley | James | M. | Jeneve | 2701 Greendale Drive | Sarasota | FL | 34232 | 0060-11-0088 |
| 48. | Chapman | Donald | | | 408 Hatchett Creek Rd | Venice | FL | 34285 | 0407-07-1001 |
| 49. | Chase | David | C | Jeanne | 1817 Ingram Ave | Sarasota | FL | 34232 | 0053-14-0001 |
| 50. | Cicogna | Joe | | Angela Reyes- | 527 Pine Ranch East Road | Osprey | FL | 34229 | 0140-09-0026 |
| 51. | Ciotti | Vikki | A. | | 4362 Meadowland Circle | Sarasota | FL | 34233 | 0070-10-0042 |
| 52. | Cisler | John | H. | Joanne | 4219 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-10-0039 |
| 53. | Cole | Jeffrey | J. | Kristen M. | 547 Pine Ranch East Road | Osprey | FL | 34229 | 0140-08-0007 |
| 54. | Country Club Estates Cooperative, Inc. | | | | 700 Waterway Street | Venice | FL | 34285 | N/A |
| 55. | Courtenay | Steven | R. | Virginia | 4303 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-15-0018 |
| 56. | Croce | Martin | Z | Melinda | 403 E Colonia Ln | Nokomis | FL | 34275 | 0405-06-0021 |
| 57. | Crotsley | Frank | T. | | 3460 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0032 |

| Court Claim # | Name | First Name | Middle Initial | Spouse Name | Property Street | City Info | State Info | Zip Info | Parcel ID or Other Identifying Information |
|---|---|---|---|---|---|---|---|---|---|
| 58. | Culver | William | S. | Kathy Black | 7464 Ridge Rd. | Sarasota | FL | 34238 | 0116-06-0006 |
| 59. | Dale A. Brown Revocable Trust | | | | 501 Central Ave | Nokomis | FL | 34275 | 0405-06-0009 |
| 60. | Darby South Buick-Pontiac-GMC,Inc. | | | | 1275 S US 41 Bypass | Venice | FL | 34292 | 0428-07-0014 |
| 61. | Davenport | Cynthia | D. | | 738 Church Street | Laurel | FL | 34272 | 0383-12-0005 |
| 62. | Davis | Betty | P. | | 1705 Ingram Avenue | Sarasota | FL | 34232 | 0053-11-0007 |
| 63. | Davis | Betty | P. | | Ingram Ave | Sarasota | Fl | 34232 | 0053-11-0008 |
| 64. | Davis | John | | Kimberly | 3089 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0039 |
| 65. | DeLeo | Helen | J. | | 4464 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-02-0005 |
| 66. | Dewey | Margaret | | | 703 Church St | Nokomis | FL | 34275 | 0405-11-0037 |
| 67. | Dickie | Craig | B. | Cynthia | 1331 Ingram Avenue | Sarasota | FL | 34232 | 0053-04-0006 |
| 68. | Dielman | Robert | H. | Brenda | 4354 Meadowland Circle | Sarasota | FL | 34233 | 0070-10-0046 |
| 69. | Dimick, Sr. | Donald | F. | Joyce | 543 Pine Ranch East Rd. | Osprey | FL | 34229 | 0140-08-0008 |
| 70. | Donner | Kenneth | G. | Wanda | 2423 Ingram Avenue | Sarasota | FL | 34232 | 0060-11-0061 |
| 71. | Ducks in a Row Enterprises, LLC | | | | 5350 McIntosh Road | Sarasota | FL | 34233 | 0090-01-0002 |
| 72. | Dunley | Samuel | W. | Joan | 538 Shetland Circle | Nokomis | FL | 34275 | 0164-08-0004 |
| 73. | Duran | Donald | E. | Judith | 2390 Sonoma Drive West | Nokomis | FL | 34275 | 0163-08-0020 |
| 74. | Duranceau | Elise | J. | | 4050 Radnor Place | Sarasota | FL | 34233 | 0070-07-0018 |
| 75. | Dutch Corporation of Florida | | | | 3737 Bahia Vista St | Sarasota | FL | 34232 | 0052-13-0020 |
| 76. | Easey | Edward | C. | | 5440 McIntosh | Sarasota | FL | 34233 | 0091-08-0001 |
| 77. | Edwards | Anne | | | 2382 Sonoma Dr | Nokomis | FL | 34275 | 0163-08-0021 |
| 78. | Emanuelli | Zoila | | | 1548 Springwood Drive | Sarasota | FL | 34232 | 0053-06-0035 |
| 79. | Erickson | Patricia | M. | | 400 Percheron Circle | Nokomis | FL | 34275 | 0165-01-0001 |
| 80. | Estate Lands Excavators, Inc. | | | | 247 James St. | Venice | FL | 34285 | 0428-02-0001 |
| 81. | Falato | Danell | V. | | 4360 Meadowland Circle | Sarasota | FL | 34233 | 0070-10-0043 |
| 82. | Fatica | Edward | N. | Janice | 2350 West Sonoma Drive | Nokomis | FL | 34275 | 0163-07-0004 |
| 83. | Feragola Heikkila | Bernadette | | | 3224 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0047 |
| 84. | Ferrellgas, LP, a Delaware LP | | | | 509 East Laurel Road | Laurel | FL | 34272 | 0165-16-0037 |
| 85. | Ferrellgas, LP, a Delaware LP | | | | 509 East Laurel Rd. | Laurel | FL | 34272 | 0165-16-0038 |
| 86. | Flaherty | Mark | T. | Angela D. | 3439 E. Forest Lake Drive | Sarasota | FL | 34232 | 0061-07-0097 |
| 87. | Focht | Deborah | E. | | 530 Laurel Road East | Laurel | FL | 34275 | 0383-04-0003 |
| 88. | Foley | Leonard | | | Vacant lot | | | | 0165-08-0032 |

| Court Claim # | Name | First Name | Middle Initial | Spouse Name | Property Street | City Info | State Info | Zip Info | Parcel ID or Other Identifying Information |
|---|---|---|---|---|---|---|---|---|---|
| 89. | Gagen | Joseph | | Michele | 4454 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0028 |
| 90. | Gailbreath | Trimble | B | Diana | 412 Hatchett Creek Rd | Venice | FL | 34285 | 0407-07-1003 |
| 91. | Gallagher | Sharon | L. | | 2122 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0045 |
| 92. | Garcia | Michelle | C | | 1539 Ingram Avenue | Sarasota | FL | 34232 | 0053-06-0003 |
| 93. | Garner | Terry | L. | Kathy | 1267 US 41 By-Pass South | Venice | FL | 34285 | 0428-06-0004 |
| 94. | Garske | Margaret | A. | | 2310 Greendale Drive | Sarasota | FL | 34232 | 0060-06-0079 |
| 95. | Geary | Donald | L. | | 2026 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0048 |
| 96. | George | Timothy | J | | 500 Palm Ave | Venice | FL | 34292 | 0405-06-0040 |
| 97. | George | Timothy | L. | | 502 Church St. | Nokomis | FL | 34275 | 0405-06-0039 |
| 98. | Gerth Funeral Service, Inc. | | | | 2374 Sonoma Drive | Nokomis | FL | 34275 | 0163-07-0001 |
| 99. | Giblin | Walter | G. | Nancy | 2950 West Mark Drive | Sarasota | FL | 34232 | 0061-07-0015 |
| 100. | Gibson | Jerry | | | 464 Scott Street | Laurel | FL | 34272 | 0384-04-0018 |
| 101. | Gill, William c/o Robert Tuffs, Esq., | | | | 355 Center Ct. | Venice | FL | 34285 | 0428-11-0004 |
| 102. | Goumas | Jack | E. | Hillory | 2756 Greendale Drive | Sarasota | FL | 34232 | 0060-14-0083 |
| 103. | Graber | Roman | T. | Carolyn | 2317 Ingram Avenue | Sarasota | FL | 34232 | 0060-06-0072 |
| 104. | Grames | William | | Brooke | 4834 Harris Ave. | Sarasota | FL | 4834 Harris Ave. | 0089-01-0055 |
| 105. | Grimm | Charles | A | Melinda | 605 Church St | Nokomis | FL | 34275 | 0405-11-0039 |
| 106. | Group W Property, FL Corp | | | | 6101 McIntosh Rd | Sarasota | FL | 34238 | 0097-12-0005 |
| 107. | Gruel | David | A. | Juli Esther | 2962 W. Mark Dr. | Sarasota | FL | 34232 | 0061-07-0014 |
| 108. | Guendjoian | Ronald | Shawn | Jennifer | 3472 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0031 |
| 109. | Guglielmini | Vincent | | Karen | 4030 Radnor Pl | Sarasota | FL | 34233 | 0070-02-0019 |
| 110. | Haggerty | Charles | | Jean | 4454 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0022 |
| 111. | Hajoca Corp. | | | | 5757 McIntosh Rd. | Sarasota | FL | 34233 | 0092-13-0001 |
| 112. | Hall | Kevin | J | | 4813 Andrew Av | Sarasota | FL | 34241 | 0089-01-0066 |
| 113. | Hamilton, Jr. | Joe | W | Patricia Lynne | 4857 Andrew Ave. | Sarasota | FL | 34233 | 0089-01-0069 |
| 114. | Hanson Pipe & Products Southeast Inc. | | | | 99 Center Rd. | Venice | FL | 34285 | 0428-11-0001 |
| 115. | Hanson Pipe & Products Southeast, Inc. | | | | 240 Center Ct. | Venice | FL | 34285 | 0428-14-0016 |
| 116. | Hardeman | Thomas | P. | Sibyl R. | 579 Pine Ranch East Rd. | Osprey | FL | 34229 | 0140-01-0018 |

| Court Claim # | Name | First Name | Middle Initial | Spouse Name | Property Street | City Info | State Info | Zip Info | Parcel ID or Other Identifying Information |
|---|---|---|---|---|---|---|---|---|---|
| 117. | Harkavy | Renate | B. | | 2223 Ingram Avenue | Sarasota | FL | 34232 | 0060-06-0068 |
| 118. | Harney | Owen | J. | Laura | 2460 Sonoma Drive West | Nokomis | FL | 34275 | 0163-09-0029 |
| 119. | Harrell, Jr. | Alvin | L. | Michelle | 2020 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0049 |
| 120. | Harris | Robert | L. | Billie | 744 Church Street | Laurel | FL | 34272 | 0383-05-0002 |
| 121. | Harvey | Michael | R. | Carol | 4466 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-02-0004 |
| 122. | Hatch Shayman | Lara | M. | | 7529 Palmer Glen Cir | Sarasota | FL | 34240 | 0071-08-0031 |
| 123. | Hatchett Creek Mobile Home Park | | | | 14 Hatchett Creek | Venice | FL | 34285 | B. 19, P. 41A |
| 124. | Havlick | John | R. | Madeleine | 2406 Sonoma Drive | Nokomis | FL | 34275 | 0163-08-0018 |
| 125. | Hayes | Garnett | Dale | Stephanie | 3436 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0034 |
| 126. | Heard | Stephen | A. | | 3841 Gatewood Dr. | Sarasota | FL | 32432 | 0053-03-0033 |
| 127. | Heitmann | Jan | D. | Karin | 2414 Sonoma Drive, W. | Nokomis | FL | 34275 | 0163-09-0035 |
| 128. | Herrmann | Lynda | S. | | 4930 Harris Ave | Sarasota | FL | 34233 | 0089-08-0044 |
| 129. | Hersem | Colleen | G | | Roberts Bay Dr | Nokomis | FL | 34275 | 0405-10-0028 |
| 130. | Higgins | Edward | F. | Maryann Higgins | 531 Pine Ranch East Rd. | Osprey | FL | 34229 | 0140-09-0025 |
| 131. | Hobbs | Jack | A | | 1563 Ingram Avenue | Sarasota | FL | 34232 | 0053-06-0005 |
| 132. | Hollingsworth | Fred | | | 5703 Pinkney Avenue | Sarasota | FL | 34233 | 0090-16-0020 |
| 133. | Hollingsworth, III | Fred | | | 5697 Pinkney Avenue | Sarasota | FL | 34233 | 0090-09-0001 |
| 134. | Holmes M & M Construction Co. | | | | 1503 Ingram Ave | Sarasota | FL | 34232 | 0053-04-0011 |
| 135. | Holton | Ella | B. | | 609 Ross Street | Laurel | FL | 34272 | 0383-13-0010 |
| 136. | Hoppen | R.J. | Michael | | 583 Pine Ranch Road East | Osprey | FL | 34229 | 0140-01-0017 |
| 137. | Horning | Kurt | | | 4062 Radnor Pl. | Sarasota | FL | 34233 | 0070-07-0016 |
| 138. | Hutchison | Paul | K. | Daphne | 2128 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0044 |
| 139. | International Artistic Stone Inc, FL Corp | | | | 6221 S. McIntosh Rd. | Sarasota | FL | 34238 | 0097-12-1003 |
| 140. | Ioannidis | George | | Maria | 4047 Bee Ridge Rd. | Sarasota | FL | 34232 | 0061-15-0009 |
| 141. | Irenheim | Lennart | | Liselotte | 2612 Nancy Street | Sarasota | FL | 34232 | 0053-11-0010 |
| 142. | Izmirlian Properties, LLC | | | | 4055 Bee Ridge Road | Sarasota | FL | 34233 | 0061-15-0010 |
| 143. | Jefferson | Bob | Allen | Lori | 3740 Teate Drive | Sarasota | FL | 34232 | 0052-05-0009 |
| 144. | Johansson | Clay | R | Nancy | 4830 Harris Ave. | Sarasota | FL | 34233 | 0089-01-0054 |
| 145. | Johnson | Alma | J. | | 4364 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0043 |
| 146. | Johnson Chapel of Laurel FL. | | | | 506 Church Street | Laurel | FL | 34272 | 0383-13-0015 |

| Court Claim # | Name | First Name | Middle Initial | Spouse Name | Property Street | City Info | State Info | Zip Info | Parcel ID or Other Identifying Information |
|---|---|---|---|---|---|---|---|---|---|
| 147. | Jones | Linda | L. | | 2322 Greendale Drive | Sarasota | FL | 34232 | 0060-06-0077 |
| 148. | Jones | Vivian | T. | | 650 Church Street | Laurel | FL | 34272 | 0383-12-0013 |
| 149. | Jordan | Andrew | | | 504 Simmons Street | Nokomis | FL | 34275 | 0384-04-0001 |
| 150. | Jorgensen | Jody | | | 3821 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0042 |
| 151. | Karolzak | Andrew | | | 581 Palmino Circle | Nokonis | FL | 34275 | 0165-01-0003 |
| 152. | Keck | Deborah | | | 1742 Springwood Dr. | Sarasota | FL | 34232 | 0053-11-0052 |
| 153. | Kellner | Kenneth | J. | Margaret | 4372 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0040 |
| 154. | King | Henry | S. | Anna | 2321 Ingram Avenue | Sarasota | FL | 34232 | 0060-06-0074 |
| 155. | Kingcade | Bessie | Mae | | 465 Scott St. | Sarasota | Fl | 34232 | 0384-04-0014 |
| 156. | Kirn | J. | Richard | Annie | 3033 Pony Lane | Sarasota | FL | 34232 | 0061-06-0005 |
| 157. | Knowles | Charles | A. | | 1722 Springwood Dr. | Sarasota | FL | 34232 | 0053-11-0053 |
| 158. | Kohl | Craig | A. | | 4926 Harris Ave | Sarasota | FL | 34233 | 0089-08-0046 |
| 159. | Krause | Roy | G. | Myrtle | 3716 Radnor Place | Sarasota | FL | 34232 | 0061-15-0012 |
| 160. | LaGasse | Donald | W. | Diane | 6187 McIntosh Rd | Sarasota | FL | 34233 | 0097-12-0006 |
| 161. | Lane | Raymond | D. | Beth | 608 Central Ave | Nokomis | FL | 34275 | 0405-11-0049 |
| 162. | Lane, II | Donald | R. | | 411 Percheron Circle | Nokomis | FL | 34275 | 0164-16-0002 |
| 163. | Lanning Tire Sales | | | | 540 Seaboard Ave. | Venice | FL | 34285 | 0429-08-0002 |
| 164. | Leeseberg | Keith | R. | Mary | 3825 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0043 |
| 165. | Lewis | Lysle | V. | | 1804 Springwood Dr. | Sarasota | FL | 34232 | 0053-14-0035 |
| 166. | Lewis | Isaac | G. | | 624 Church St. | Laurel | FL | 34272 | 0383-13-0012 |
| 167. | Little | William | L. | Barbara A. Battin | 535 Pine Ranch East Road. | Osprey | FL | 34229 | 0140-09-0024 |
| 168. | Locey | Myrna | J. | | 2366 Greendale Drive | Sarasota | FL | 34232 | 0060-06-0078 |
| 169. | Lock | Dory | | | 3258 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0044 |
| 170. | Longwell | Carl | E | Mary Ellen | 426 Hatchett Creek Rd | Venice | FL | 34285 | 0407-07-1010 |
| 171. | Lottinville | Clarence | G. | Muriel | 1588 Springwood Dr. | Sarasota | FL | 34232 | 0053-11-0059 |
| 172. | Lowry | Donald | Grey | | 320 Seaboard Ave. | Venice | Fl | 34292 | 0408-16-0040 |
| 173. | Loyet | Patrick | J. | Lisa | 4376 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0037 |
| 174. | Lubus | Samuel | | | 216 Seaboard Ave. | Venice | FL | 34292 | 0408-10-0003 |
| 175. | Ludt | Timothy | John | | 4378 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0036 |
| 176. | Lyman | Kevin | | Marata | 801 Church St | Nokomis | FL | 34275 | 0405-14-0026 |
| 177. | Lyon | Gary | W. | Linda | 3314 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0042 |

| Court Claim # | Name | First Name | Middle Initial | Spouse Name | Property Street | City Info | State Info | Zip Info | Parcel ID or Other Identifying Information |
|---|---|---|---|---|---|---|---|---|---|
| 178. | Madden | Carole | A. | | 43 Hatchett Creek Road | Venice | FL | 34292 | 0407-03-0002 |
| 179. | Maleszka | Andrzej | | Daniela | 4452 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0023 |
| 180. | Manfredo | Shirley | I | | 3857 Gatewood Dr. | Sarasota | FL | 34232 | 0053-03-0037 |
| 181. | Marchese | Thomas | W. | | 4450 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0029 |
| 182. | Marshall | Kim | A. | Sheila | 2107 Ingram Avenue | Sarasota | FL | 34232 | 0060-03-0038 |
| 183. | Martin | Alsie | T. | Mary K. | 601 Laurel Road East | Nokomis | FL | 34275 | 0382-13-0001 |
| 184. | Martineau | Robert | J. | Constance | 2430 Sonoma Drive | Nokomis | FL | 34275 | 0163-09-0033 |
| 185. | Martini, Sr. | David | J. | Rose Marie | 47 Hatchett Creek Road | Venice | FL | 34285 | 0407-03-0006 |
| 186. | Martini, Sr. | David | J. | Rose Marie | 48 Hatchett Creek Road | Venice | FL | 34285 | 0407-03-0007 |
| 187. | Martini, Sr. | David | J. | Rose Marie | 49 Hatchett Creek Road | Venice | FL | 34285 | 0407-03-0008 |
| 188. | Mazur | Shirley | M. | | 1913 Ingram Ave. | Sarasota | FL | 34232 | 0053-14-0005 |
| 189. | McBreen | Robert, Jr. | J. | Taryn | 523 Shetland Circle | Nokomis | FL | 34275 | 0164-08-0005 |
| 190. | McDonald | Ella | M. | | 3903 Linwood Street | Sarasota | FL | 34232 | 0060-03-0052 |
| 191. | McGregor | Craig | J. | Erin | 587 Pine Ranch East Rd. | Osprey | FL | 34229 | 0140-01-0016 |
| 192. | McGuire | Jason | J. | Karen | 4374 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0038 |
| 193. | McMurphy | Glenn | L | Sandra | 38 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1023 |
| 194. | McRae | Charlie | J. | Alberta | 373 Patton St. | Nokomis | FL | 34275 | 0384-04-0009 |
| 195. | McRoyan | Michael | K. | | 3660 Radnor Pl. | Sarasota | FL | 34232 | 0061-15-0018 |
| 196. | Meador | Lloyd | N | | 807 Church St | Nokomis | FL | 34275 | 0405-14-0023 |
| 197. | Messick | Robert | E. | Michelle | 3441 E. Forest Lake Drive | Sarasota | FL | 34232 | 0061-07-0098 |
| 198. | Midkiff | Jack | | Avona | 428 Hatchett Creek Rd | Venice | FL | 34285 | 0407-07-1011 |
| 199. | Miles | Kenneth | L. | Laora | 2342 Sonoma Drive West | Nokomis | FL | 34275 | 0163-07-0005 |
| 200. | Milford Enterprises, Inc. | | | | 202 S. Seaboard Ave. | Venice | FL | 34292 | 0408-10-0007 |
| 201. | Miller | Fannie | | | 1343 Ingram Avenue | Sarasota | FL | 34232 | 0053-04-0007 |
| 202. | Miller | Irene | | | 1527 Ingram Ave | Sarasota | FL | 34232 | 0053-06-0002 |
| 203. | Mission Valley Estates | | | | N/A | | | | N/A |
| 204. | Mitchell | Andrew | J.M. | Shannon | 4468 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-02-0003 |
| 205. | Monville | Paul | K. | | 2778 Greendale Drive | Sarasota | FL | 34232 | 0060-14-0079 |
| 206. | Moran | Margaret | L | | 422 Hatchett Creek Rd | Venice | FL | 34285 | 0407-07-1008 |
| 207. | Morgan | Michael | L. | | 2772 Greendale Drive | Sarasota | FL | 34232 | 0060-14-0080 |
| 208. | Mortimer | Alan | H | Lee | 32 Hatchett Creek Rd | Venice | FL | 34285 | 0407-07-1025 |
| 209. | Naiman | James | J. | Suzanne | 3833 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0045 |

| Court Claim # | Name | First Name | Middle Initial | Spouse Name | Property Street | City Info | State Info | Zip Info | Parcel ID or Other Identifying Information |
|---|---|---|---|---|---|---|---|---|---|
| 210. | Nalefski | James | K. | Jo Ellen | 4444 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0027 |
| 211. | Negrin | Kathy | M. | | 4918 Harris Ave | Sarasota | FL | 34233 | 0089-08-0047 |
| 212. | Nelson | Marcella | Dale | | 4323 Pine Meadow Terrace | Sarasota | FL | 34242 | 0070-15-0021 |
| 213. | Noggle | Max | B | Elizabeth S. | 3829 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0044 |
| 214. | Nowak | Gregory | | | 3484 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0030 |
| 215. | O'Connor | Perry | W | Pamela | 4885 Andrew Av | Sarasota | FL | 34233 | 0089-01-0070 |
| 216. | Old Forest Lakes Owners Assoc. | | | | N/A | | | | 0061-06-0020 |
| 217. | Olsen | Stanley | | Shirley | 3845 Gatewood Dr. | Sarasota | FL | 34232 | 0053-03-0034 |
| 218. | P&S Properties Inc, FL Corp | | | | 603 Church Street | Nokomis | FL | 34275 | 0405-11-0041 |
| 219. | Paige | Patricia | A. | | 2358 Greendale Drive | Sarasota | FL | 34232 | 0060-11-0082 |
| 220. | Paradiso | Michele | | Dorothy | 4227 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-15-0017 |
| 221. | Park Trace Homeowner's Association | | | | N/A | | | | B. 40, P. 26 |
| 222. | Patterson | Karen | K. | Kerry | 4214 Wilkinson Road | Sarasota | FL | 34233 | 0071-01-0024 |
| 223. | Pattison | Mary | Jo | | 348 Seaboard Ave. South | Venice | FL | 34285 | 0429-01-0010 |
| 224. | Paxon-Rollins | Lisa | J. | Keith | 772 Stonecrest Dr. | Sarasota | FL | 34232 | 0052-04-0033 |
| 225. | Pearson | Thomas | | | 4436 Golden Lake Dr | Sarasota | FL | 34233 | 0071-01-0042 |
| 226. | Peretik | Dana | M. | David Hayman | 2307 Ingram Ave | Sarasota | FL | 34232 | 0060-06-0071 |
| 227. | Perna | Todd | A | Carmen | 4420 Golden Lake Dr. | Sarasota | FL | 34233 | 0071-01-0046 |
| 228. | Perruc | Phyllis | H. | | 1610 Springwood Dr. | Sarasota | FL | 34232 | 0053-11-0058 |
| 229. | Plyler | Gregory | L | | 4902 Harris Ave | Sarasota | FL | 34233 | 0089-08-0048 |
| 230. | Power Play Properties LLC | | | | 4781 Woodward Place | Sarasota | FL | 34233 | 0071-16-0074 |
| 231. | Precision Fabrication Corp. | | | | 492 Riverview Dr | Nokomis | FL | 34275 | 0405-06-0044 |
| 232. | Pro Properties LLC | | | | 5220 McIntosh Rd. | Sarasota | FL | 34233 | 0089-16-0005 |
| 233. | Puccio | Anthony | | Karen | 770 Autumncrest Dr. | Sarasota | FL | 34232 | 0052-04-0027 |
| 234. | R.F. Carlson Co, FL Corp. | | | | 6551 Palmer Park Cir | Sarasota | FL | 34238 | 0098-04-0007 |
| 235. | Reed | Richard | James | Christine | 4366 Meadowland Circle | Sarasota | FL | 34233 | 0070-15-0042 |
| 236. | RFC MPR, LLC | | | | 5010 Central Sarasota Pkwy | Sarasota | FL | | 0134-01-0005 |
| 237. | Richmond | Mark | | Stephany | 550 Seaboard Ave. | Venice | FL | 34285 | 0429-08-0001 |
| 238. | Rieke | Allen | B. | Mary Ann | 4747 Woodward Place | Sarasota | FL | 34233-1822 | 0071-16-0072 |
| 239. | Ritchie | Jone' | Y. | | 4317 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-15-0020 |

| Court Claim # | Name | First Name | Middle Initial | Spouse Name | Property Street | City Info | State Info | Zip Info | Parcel ID or Other Identifying Information |
|---|---|---|---|---|---|---|---|---|---|
| 240. | Rizzo | Denise | | | 2446 Sonoma Drive | Nokomis | FL | 34275 | 0163-09-0031 |
| 241. | Robinson | Robert | | Eparazell | Heidelberg Street | Nokomis | FL | 34275 | 0383-12-0030 |
| 242. | Rose | Dean | Arne | Candace Marie | 571 Pine Ranch East Rd. | Osprey | FL | 34229 | 0140-08-0001 |
| 243. | Rosin | Charleen | R. | | 5310 McIntosh Road | Sarasota | FL | 34232 | 0090-01-0003 |
| 244. | Ruth | Donald | | Meredith | 1000 Herndon Place | Sarasota | FL | 34232 | 0052-12-0015 |
| 245. | Ruth | Robert | J. | | 950 Herndon Place | Sarasota | FL | 34232 | 0052-12-0014 |
| 246. | Ruth | Robert | | Norma | 1038 Herndon Place | Sarasota | FL | 34232 | 0052-12-0026 |
| 247. | Sautter, III | William | R. | Thomas H. Lewis, Jr. | 400 Seaboard Ave. | Venice | FL | 34285 | 0429-01-0001 |
| 248. | Schrock | Leroy | | Ruby | Ingram Ave | Sarasota | FL | 34232 | 0053-04-0009 |
| 249. | Schrock | Sandra | E. | | 2003 Ingram Avenue | Sarasota | FL | 34232 | 0060-03-0032 |
| 250. | Schrock | Leroy | | Ruby | 2409 Ingram Avenue | Sarasota | FL | 34232 | 0060-11-0058 |
| 251. | Schrock | Leroy | | Ruby | 2417 Ingram Avenue | Sarasota | FL | 34232 | 0060-11-0059 |
| 252. | Schrock | Ruby | | | 2505 Ingram Avenue | Sarasota | FL | 34232 | 0060-11-0063 |
| 253. | Schrock | Ruby | | | Ingram Avenue | Sarasota | FL | 34232 | 0060-11-0066 |
| 254. | Schrock | Leroy | | Ruby | 2607 Ingram Avenue | Sarasota | FL | 34232 | 0060-14-0077 |
| 255. | Schrock | Ruby | | | Ingram Avenue | Sarasota | FL | 34232 | 0060-14-0075 |
| 256. | Serino | Richard | | Joyce | 105 Corporation Way | Venice | FL | 34285 | 0428-07-0015 |
| 257. | Sesniak | Henry | | Lucretia | 4205 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-10-0038 |
| 258. | Seymour | Brian | | | 3412 Linden Dr. | Sarasota | FL | 34232 | 0061-10-0036 |
| 259. | Shao | Qi Hui | | You Ping Fang | 4491 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0045 |
| 260. | Shaw | Arrie | | | 500 Church St. | Laurel | Fl | 34275 | 0384-04-0002 |
| 261. | Shumway | Craig | W. | Karen | 2117 Ingram Ave. | Sarasota | FL | 34232 | 0060-03-0042 |
| 262. | Signtist Inc | | | | 580 Central Ave | Nokomis | FL | 34275 | 0405-06-0016 |
| 263. | Simon | Carol | A. | | 4442 Golden Lake Drive | Sarasota | FL | 34233 | 0071-08-0032 |
| 264. | Simpfendorfer | Colin | A. | Michelle | 2752 Greendale Place | Sarasota | FL | 34232 | 0060-14-0084 |
| 265. | Simpson | Delores | M. | | 4309 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-15-0019 |
| 266. | Skafec | Shari | L. | | 2217 Ingram Avenue | Sarasota | FL | 34234 | 0060-06-0066 |
| 267. | Skorupa | Theresa | | | 563 Pine Ranch East Road | Osprey | FL | 34229 | 0140-08-0003 |
| 268. | Smith | Herbert | S. | Barbara J. | 539 Pine Ranch East Rd. | Osprey | FL | 34229 | 0140-09-0023 |
| 269. | Speck | Howard | J. | Rosemary | 555 Pine Ranch East Road | Osprey | FL | 34229 | 0140-08-0005 |

| Court Claim # | Name | First Name | Middle Initial | Spouse Name | Property Street | City Info | State Info | Zip Info | Parcel ID or Other Identifying Information |
|---|---|---|---|---|---|---|---|---|---|
| 270. | Sperry Marketing Group, Inc., | | | | 107 Corporation Way | Venice | FL | 34285 | 0428-02-0019 |
| 271. | Stewart | James | R | Shirley | 418 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1006 |
| 272. | Stiller | Stephen | | | 2403 Ingram Avenue | Sarasota | FL | 34232 | 0060-11-0057 |
| 273. | Stitt | F. | M. | Sue | 2422 Sonoma Drive West | Nokomis | FL | 34275 | 0163-09-0034 |
| 274. | Stonebridge Community Association | | | | N/A | | | | B. 38, P. 41 |
| 275. | Straniere | Vera | | | 3212 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0048 |
| 276. | Stuart | Robin | E | | 410 Hatchett Creek Rd | Venice | FL | 34292 | 0407-07-1002 |
| 277. | Suburban Propane, L.P. | | | | 350 S. Seaboard Ave. | Venice | FL | 34285 | 0408-16-0036 |
| 278. | Swisher | John | W. | | 3425 E. Forest Lake Dr. | Sarasota | FL | 34232 | 0061-07-0094 |
| 279. | Symanzik | Endia | K. | | 4707 Woodward Place | Sarasota | FL | 34233 | 0071-16-0068 |
| 280. | Taylor | Holly | A. | | 4446 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0026 |
| 281. | Terry | Sandra | G. | | 730 Church Street | Laurel | FL | 34272 | 0383-12-0007 |
| 282. | Terry | Sandra | G. | | Hiderburg Street | Laurel | FL | 34272 | 0383-12-0010 |
| 283. | The Halliwell Group, Inc., a FL Corp. | | | | 2014 Greendale Drive | Sarasota | FL | 34232 | 0060-03-0050 |
| 284. | Thomas | Dorothy | W | | 705 Church St | Nokomis | FL | 34275 | 0405-11-0036 |
| 285. | Thornton | James | H. | Glenda G. | 4276 Proctor Rd. | Sarasota | FL | 34233 | 0089-01-0051 |
| 286. | Tighe | Michael | G. | Catherine | 4442 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0028 |
| 287. | Townsend | Sharon | E. | | 740 Church Street | Laurel | FL | 34275 | 0383-12-0004 |
| 288. | Troyer - Curtis | Jenny | A | | 701 Church St | Nokomis | FL | 34275 | 0405-11-0038 |
| 289. | Troyer Corp. | | | | 1050 Herndon Pl | Sarasota | FL | 34232 | 0052-13-0027 |
| 290. | Troyer Corp. | | | | 1010 Love Ave | Sarasota | FL | 34232 | 0052-13-0026 |
| 291. | Troyer Corp. | | | | 1035 Love Ave | Sarasota | FL | 34232 | 0052-13-0025 |
| 292. | Tull | Robert | W. | Sandra | 1808 Springwood Dr. | Sarasota | FL | 34232 | 0053-14-0034 |
| 293. | Turner | Thomas | W. | Karen | 1637 Ingram Ave | Sarasota | FL | 34232 | 0053-11-0006 |
| 294. | Turtle Rock Community Association, Inc. | | | | | | | | 0121-09-0018; 0121-16-0004; 0116-07-0003 |
| 295. | Tutsock | James | | | 1568 Springwood Drive | Sarasota | FL | 34232 | 0053-06-0034 |
| 296. | Tweed | Michael | J. | Eileen M. | 4348 Meadowland Cir. | Sarasota | FL | 34233-1302 | 0070-10-0049 |
| 297. | Van Pelt, Sr. | Edwin | E. | Joyce | 509 Church St | Venice | FL | 34285 | 0405-06-0030 |
| 298. | Van Pelt, Sr. | Edwin | E. | Joyce | 501 E Colonia Lane | Nokomis | FL | 34275 | 0405-06-0024 |

| Court Claim # | Name | First Name | Middle Initial | Spouse Name | Property Street | City Info | State Info | Zip Info | Parcel ID or Other Identifying Information |
|---|---|---|---|---|---|---|---|---|---|
| 299. | Vanstone | John | | Lynette | 608 Ross Street | Laurel | FL | 34272 | 0383-13-0008 |
| 300. | Vanstone | John | | Lynette | Church St. | | | | 0383-13-0030 |
| 301. | Vanstone | John | | Lynette | Church St. | | | | 0383-13-0005 |
| 302. | Vanstone | John | | Lynette | Church St. | | | | 0383-13-0003 |
| 303. | Venice Land Company, LLC | | | | 310 Center Court | Venice | FL | | 0428-11-0006 |
| 304. | Virzi | Victor | D. | Leona | 177 James St. | Venice | FL | 34285 | 0428-07-0002 |
| 305. | Von Papen | Egbert | | Barbara | 2398 Sonoma Drive | Nokomis | FL | 34275 | 0163-08-0019 |
| 306. | Walgreen Company | | | | 1490 US Hiway 41 Bypass | Venice | FL | 34285 | 0428-15-0014 |
| 307. | Walkup | Ross | A | Susan | 410 E Colonia Ln | Nokomis | FL | 34275 | 0405-11-0043 |
| 308. | Wallace | Kimberly | L. | | 4308 Bryant's Pond Lane | Sarasota | FL | 34233 | 0071-09-0019 |
| 309. | Washington | Tarsha | | Torus | 464 Patton Street | Nokomis | FL | 34275 | 0384-04-0003 |
| 310. | Washington | Torus | | Tarsha | 464 Patton Street | Nokomis | FL | 34275 | 0384-04-0006 |
| 311. | Watson | Cindy | L. | | 500 Suffolk Circle | Nokomis | FL | 34275 | 0164-09-0002 |
| 312. | Wayda | Marybeth | | | 2706 Greendale Drive | Sarasota | FL | 34232 | 0060-14-0089 |
| 313. | Weaver | Eugene | G. | Minnie | 1551 Ingram Avenue | Sarasota | FL | 34232 | 0053-06-0004 |
| 314. | Webber | Kenneth | C. | | 5850 Deacon Rd. | Sarasota | FL | 34238 | 0097-04-0012 |
| 315. | Wells | Kenneth | D. | Susan | 4448 Meadow Creek Circle | Sarasota | FL | 34233 | 0071-07-0025 |
| 316. | Welsher | David | A. | Anna | 4723 Woodward Place | Sarasota | FL | 34233 | 0071-16-0071 |
| 317. | Wicha | Peter | | Jacqueline | Linden Dr. | Sarasota | FL | 34232 | 0061-10-0038 |
| 318. | Williamson | Richard | M | Patricia | 416 Hatchett Creek Rd | Venice | FL | 34285 | 0407-07-1005 |
| 319. | Willman | Dell | | Carol J. | 103 Corporation Way | Venice | FL | 34285 | 0428-07-0016 |
| 320. | Wilson | Robert | J. | Maureen | 3805 Gatewood Drive | Sarasota | FL | 34232 | 0053-06-0038 |
| 321. | Wilson | Brad | D. | Patricia | 3215 Pony Lane | Sarasota | FL | 34232 | 0061-06-0006 |
| 322. | Witzer | Stephen | A. | Michelle | 5971 McIntosh Rd | Sarasota | FL | 34238 | 0097-05-0016 |
| 323. | Witzer | Stephen | A. | Michelle | 5981 McIntosh Rd | Sarasota | FL | 34238 | 0097-12-0003 |
| 324. | Wood | Robert | M. | Melody | 3246 Linden Dr. | Sarasota | FL | 34232 | 0061-07-0045 |
| 325. | Wormwood | Christopher | T. | Sharon | 3646 Radnor Place | Sarasota | FL | 34232 | 0061-15-0021 |
| 326. | Wrobel | Zbigniew | | Wislawa | 4432 Golden Lake Dr. | Sarasota | FL | 34233 | 0071-01-0043 |
| 327. | Yin | Jimbo | | Sufong Wang | 567 Pine Ranch East Rd. | Osprey | Fl | 34229 | 0140-08-0002 |
| 328. | Yoder | Daniel | | | 1034 Herndon Pl | Sarasota | FL | 34232 | 0052-12-0020 |
| 329. | Yongue | Robert | | Peggy | 4084 Radnor Pl | Sarasota | FL | 34233 | 0070-07-0012 |
| 330. | Yutzy | Marvin | A. | Betty Lou | 1201 Ingram Ave | Sarasota | FL | 34232 | 0053-04-0001 |

| Court Claim # | Name | First Name | Middle Initial | Spouse Name | Property Street | City Info | State Info | Zip Info | Parcel ID or Other Identifying Information |
|---|---|---|---|---|---|---|---|---|---|
| 331. | Zawacki | Stephen | | Margaret | 4115 Pine Meadow Terrace | Sarasota | FL | 34233 | 0070-10-0037 |
| 332. | Zizak | Timothy | J. | Dana | 4001 Tern St. | Sarasota | FL | 34232 | 0061-07-0050 |

STLDOCS 215493v1