IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | Hon. Mary Ellen Coster Williams |
| | ) | |
| v. | ) | |
| | ) | No. 07-273 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO SUPPLEMENT THE CLAIM INDEX AND CLAIM BOOK WITH TWO ADDITIONAL ENTRIES OF APPEARANCE**

COME NOW Plaintiffs, by and through their attorneys, and for their Motion to Supplement the Claim Index and Claim Book with Two Additional Entries of Appearance, hereby state as follows:

1. Plaintiffs' counsel filed the Claim Index (Docket No. 42) and Claim Books (sent via Fed-ex overnight delivery) on March 19, 2008.

2. In the Affidavit of Plaintiffs' Counsel Regarding Submission of Claim Books (Docket No. 41), Counsel for Plaintiff stated that "to the best of counsel's knowledge and belief, the Claim Book is a complete and accurate compilation of all those Entries of Appearance...submitted by the respective class members."

3. Since filing Plaintiffs' Claim Index and Claim Books, Counsel for Plaintiffs have received two additional Entries of Appearance.

4. Plaintiffs request that the Entry of Appearance recently submitted by Pearl E. Dearth be added to the Claim Index and Claim Book as Claim No. 64.1. (See Exh. A: First Updated Claim

Index).

5. Ms. Dearth's property includes a single-family residence with approximately 75 feet of frontage along the abandoned railroad right-of-way. Her claim is typical to other claims submitted by her neighbors.

6. Plaintiffs also request that the Entry of Appearance recently submitted by Gary L. Mason and Jane A. Mason be added to the Claim Index and Claim Book as Claim No. 187.1. (See Exh. A: First Updated Claim Index).

7. The Mason's property includes a single-family residence with approximately 100 feet of frontage along the abandoned railroad right-of-way. Their claim is typical to other claims submitted by her neighbors.

8. Both Ms. Dearth and the Mason's have the right to proceed independently of this action in submitting their respective claims for compensation from the federal government. However, Plaintiffs believe it is in the best interests of judicial efficiency to include Ms. Dearth and the Mason's in the present action for purposes of submitting their claims for compensation.

9. Plaintiffs request that all other Claim Numbers in the Claim Books remain the same.

10. The Government does not oppose Plaintiffs' Motion.

WHEREFORE, Plaintiffs respectfully request that the two additional Entries of Appearance (Claims 64.1 and 187.1) be added to the Claim Index and Claim Books.

Respectfully submitted,

LATHROP & GAGE, L.C.

Date: April 25, 2008

/s/ Mark F. ("Thor") Hearne, II
MARK F. ("THOR") HEARNE, II

LINDSAY S.C. BRINTON
MEGHAN S. LARGENT
The Equitable Building
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Telephone: (314) 613-2500
Facsimile: (314) 613-2550
Thornet@ix.netcom.com

Attorney for Plaintiffs