**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STEPHEN J. ROGERS, et. al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Hon. Mary Ellen Coster Williams<br>No. 07-273 L |

**UNOPPOSED MOTION TO EXTEND THE DISCOVERY PERIOD**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), defendant, United States, hereby moves for an enlargement of time of sixty (60) days, or to and including June 30, 2008, for the conducting of discovery in the above captioned matter.

On December 13, 2007, the Court granted defendant's request for relief pursuant to RCFC 56(f) and set April 30, 2008 as the deadline for completing discovery related to plaintiffs' motion for partial summary judgment with respect to the named plaintiffs. (Docket No. 37). At that time, pursuant to the Court's order dated November 21, 2007 (Docket No. 32), plaintiffs' claim book containing the notices of the potential members of the class was due February 19, 2008. On plaintiffs' motion, the due date for the class claim book was extended to March 19, 2008 and defendant's deadline to object to the notices contained in the claims book was extended to May 23, 2008 from April 23, 2008. (Docket No. 39). Additionally, defendant's response to plaintiffs' motion for partial summary judgment is currently due May 29, 2008.

No previous enlargements of time for this deadline have been requested.

This request is necessitated by the later-than-expected receipt of plaintiffs' claim book

and the large number (332) of potential class members. Defendant is in the process of reviewing the class members' claim notices for objections and will then supply the information for non-objectionable claims to its title examination expert for review. The additional time requested herein will be utilized to accomplish these tasks.

Counsel for defendant has conferred with counsel for plaintiffs who has indicated that plaintiffs do not object to this enlargement.

WHEREFORE, defendant, with the consent of plaintiffs, hereby moves for an enlargement of time of sixty (60) days, or to and including June 30, 2008, for the conducting of discovery in the above captioned matter.

Dated: April 30, 2008.

Respectfully submitted,

RONALD J. TENPAS
ASSISTANT ATTORNEY GENERAL
Environment and Natural Resources Division

s/ Mark T. Romley

Mark T. Romley
William Shapiro
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0458 (phone)
(202) 305-0506 (fax)

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of the General Counsel
1925 K Street NW, Suite 600
Washington, D.C. 20423-0001