# In the United States Court of Federal Claims

**No. 07-273L**
**No. 07-426L**
**(consolidated)**
**(Filed May 1, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**STEPHEN J. ROGERS, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUPPLEMENT THE CLAIM INDEX AND CLAIM BOOK**

---

On April 29, 2008, Plaintiff filed an unopposed motion to supplement the class Claim Index and Claim Book with two additional Entries of Appearance. Plaintiffs' counsel received the Entries of Appearance after counsel filed the class Claim Index and Claim Book on March 19, 2008. The Entries of Appearance for class members were due on March 20, 2008. The claims of the two new potential class members are substantially similar to the claims of the existing class members. Plaintiffs' motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**