# In the United States Court of Federal Claims

**No. 07-273L**
**No. 07-426L**
**(consolidated)**
**(Filed May 1, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**STEPHEN J. ROGERS, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DISCOVERY PERIOD**

---

On April 30, 2008, Defendant filed an unopposed motion for an enlargement of time of 60 days, to and including June 30, 2008, to conduct discovery. Defendant requests the additional time to review the submissions of the unanticipated number of potential class members. Defendant's motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**