**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | ) | Hon. Mary Ellen Coster Williams<br>No. 07-273 L |
| BIRD BAY EXECUTIVE GOLF COURSE, INC., et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | ) | Hon. Mary Ellen Coster Williams<br>No. 07-426 L |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, United States, hereby moves for an enlargement of time of five (5) days, or to and including June 3, 2008, for the filing of its response to plaintiffs' Motions for Partial Summary Judgement ("plaintiffs' motion") in the above captioned matters.

Plaintiffs' motion in Rogers v. United States was filed November 2, 2007. (Docket No. 23). Plaintiffs' motion in Bird Bay Executive Golf Course, Inc. v. United States was filed

November 13, 2007. (Bird Bay Docket No. 19). In Orders dated December 13, 2007, the Court consolidated Rogers and Bird Bay for the determination of liability and granted defendant's motion for relief pursuant to Rule 56(f) of the Rules of the Court of Federal Claims ("RCFC"), setting May 29, 2008 as the deadline for defendant's response to plaintiffs' motions. (Docket No. 37; Docket No. 38).

No previous enlargement of time for this response has been requested.

When the current deadline for defendant's response to plaintiffs' motions was set, defendant's objections to potential class claimants in Rogers were due April 24, 2008. (Docket No. 32). After plaintiffs were granted their request for a thirty (30) day enlargement of the time to accept class claims, defendant's objection deadline was moved to May 23, 2008. (Docket No. 40). Defendant's response to Plaintiffs' Motions is currently due May 29, 2008. (Docket No. 37). The closeness of these two deadlines necessitates this enlargement request.

Counsel for defendant has conferred with counsel for plaintiffs who has indicated that plaintiffs do not object to this enlargement.

WHEREFORE, defendant respectfully requests an enlargement of time of five (5) days, or to and including June 3, 2008, for the filing of its response to plaintiffs' motions in the above captioned matters.

Respectfully submitted this 23rd day of May, 2008,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Mark T. Romley

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506