# In the United States Court of Federal Claims

**No. 07-273L**
**No. 07-426L**
**(Filed May 27, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **STEPHEN J. ROGERS, et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **BIRD BAY EXECUTIVE GOLF COURSE, INC., et al.,** | * |
| | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On May 23, 2008, Defendant filed an unopposed motion for an enlargement of time of five days, to and including **June 3, 2008**, within which to file its response to Plaintiffs' Motions for Partial Summary Judgment. Good cause having been shown, Defendant's motion if **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**