**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et al., | ) | |
| Plaintiffs, | ) | Hon. Mary Ellen Coster Williams |
| v. | ) | No. 07-273 L |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BIRD BAY EXECUTIVE GOLF COURSE, INC., et al., | ) | |
| Plaintiffs, | ) | Hon. Mary Ellen Coster Williams |
| v. | ) | No. 07-426 L |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, United States, hereby moves for an enlargement of time of three (3) days, or to and including June 6, 2008, for the filing of its response to plaintiffs' Motions for Partial Summary Judgement ("plaintiffs' motion") in the above captioned matters.

Plaintiffs' motion in Rogers v. United States was filed November 2, 2007. (Docket No. 23). Plaintiffs' motion in Bird Bay Executive Golf Course, Inc. v. United States was filed November 13, 2007. (Bird Bay Docket No. 19). In Orders dated December 13, 2007, the Court consolidated Rogers and Bird Bay for the determination of liability and granted defendant's

motion for relief pursuant to Rule 56(f) of the Rules of the Court of Federal Claims ("RCFC"), setting May 29, 2008 as the deadline for defendant's response to plaintiffs' motions. (Docket No. 37; Docket No. 38). Pursuant to an unopposed motion for enlargement, the Court extended this deadline to June 3, 2008. (Docket No. 51).

This is the second enlargement requested for this filing.

A family emergency, and the resulting loss of time, experienced by an attorney critical to the filing of this brief necessitates this motion.

Counsel for defendant has conferred with counsel for plaintiffs who has indicated that plaintiffs do not object to this enlargement. Defendant apologizes to the Court for the closeness of this request to the original due date.

WHEREFORE, defendant respectfully requests an enlargement of time of three (3) days, or to and including June 6, 2008, for the filing of its response to plaintiffs' motions in the above captioned matters.

Respectfully submitted this 3rd day of June, 2008,
RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Mark T. Romley

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506