# In the United States Court of Federal Claims

**No. 07-273L**
**No. 07-426L**
**(Filed June 3, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**STEPHEN J. ROGERS, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**BIRD BAY EXECUTIVE GOLF COURSE,** *
**INC., et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

---

On June 3, 2008, Defendant filed an unopposed motion for an enlargement of time of three days, to and including **June 6, 2008**, within which to file its response to Plaintiffs' Motions for Partial Summary Judgment. Good cause having been shown, Defendant's motion if **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**