# Exhibit 1

D. V. Form No. 107
10,000 6-29-17

Owner: Seaboard Air Line Railway Company
Operating Company: Seaboard Air Line Railway Company
Division: Florida
State: Florida County: Manatee
Valuation Section No.: 24 - Fla.
From: Oliphant to Venice

Reprinted by General Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 56 of 60 sheets (this form)
Map No. 17
Date compiled June 30th, 1918
Compiled by [signature] Assistant Engineer
Correct [signature] Member, Valuation Committee

| PARCEL NO. (1) | CUSTODIAN'S NO. (2) | KIND OF INSTRUMENT (3) | DATE OF INSTRUMENT (4) | GRANTOR (5) | GRANTEE (6) | RECORDED: Book (7) | Page (8) | Date (9) | AREA: Acres (10) | Square Feet (11) | CONSIDERATION (12) | DATE OF DEDICATION TO PUBLIC USE (13) | COST OF PARCEL WHEN ORIGINALLY ACQUIRED: Amount (14) | Character of Expenditure (15) | IF PORTION OF PARCEL HAS BEEN SOLD: Date of Sale (16) | Actual Consideration Received (17) | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED (18) | REMARKS (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Y-60.1 | Q. C. Deed | 11-15-10 | A. C. Honore | S.A.L.Ry. | 23 | 127 | 12-26-10 | 4.80 | | | | | | | | | Cost included in Parcel 8, Map 16. |
| 2 | | | | By Possession | | | | | | 40,000 | | | | | | | | |
| 3 | Y-62.2 | B & S Deed | 1-14-11 | J. H. Lord et ux | S.A.L.Ry. | 23 | 295 | 2-3-11 | | 15,000 | $1.00 & Other valuable considerations | 1-14-11 | Nominal<br>Unknown<br>Unknown | Land<br>Recording<br>Acquisition | | | Unknown | |
| 4 | Y-62.3 | B & S Deed | 7-12-10 | R. B. Morrow et ux | S.A.L.Ry. | 19 | 433 | 7-21-10 | 1.38 | | $20.48 & Other valuable considerations | 7-12-10 | $20.48<br>Unknown<br>Unknown | Land<br>Recording<br>Acquisition | | | Unknown | |
| 5 | Y-62.4 | B. S. Deed | 7-23-10 | C. W. Howard | S.A.L.Ry. | 19 | 451 | 7-23-10 | 1.58 | | $200.00 & other valuable considerations | 7-23-10 | $200.00<br>Unknown<br>Unknown | Land<br>Recording<br>Acquisition | | | Unknown | |
| 6 | Y-60.1 | Q. C. Deed | 11-15-10 | A. C. Honore | S.A.L.Ry. | 23 | 127 | 12-26-10 | 40.64 | | | | | | | | | Cost included in Parcel 8, Map 16. |
| 7 | Compt. #10152 | Agreement | 3-4-18 | E. B. Duncan | S.A.L.Ry. | Comptroller's Cont. #10152 | | | | | | | | | | | | |

INSTRUCTIONS TO CARRIERS.—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

D 0001

REPRODUCED AT THE NATIONAL ARCHIVES

D. V. Form No. 107
10,000 6-29-17

Owner Seaboard Air Line Railway Company
Operating Company Seaboard Air Line Railway Company
Division Florida
State Florida County Manatee
Valuation Section No. 24 - Fla.
From Oliphant to Venice

Reprinted by General Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 57 of 60 sheets (this form)
Map No. 18
Date compiled June 30th, 1918
Compiled by [signature] Assistant Engineer
Correct [signature] Member Valuation Committee

| PARCEL NO. (1) | CUSTODIAN'S NO. (2) | KIND OF INSTRUMENT (3) | DATE OF INSTRUMENT (4) | GRANTOR (5) | GRANTEE (6) | RECORDED Book (7) | RECORDED Page (8) | RECORDED Date (9) | AREA Acres (10) | AREA Square Feet (11) | CONSIDERATION (12) | DATE OF DEDICATION TO PUBLIC USE (13) | COST OF PARCEL WHEN ORIGINALLY ACQUIRED Amount (14) | COST OF PARCEL WHEN ORIGINALLY ACQUIRED Character of Expenditure (15) | IF PORTION OF PARCEL HAS BEEN SOLD Date of Sale (16) | IF PORTION OF PARCEL HAS BEEN SOLD Actual Consideration Received (17) | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED (18) | REMARKS (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Y-60.1 | Q. C. Deed | 11-5-10 | A. C. Honore | S.A.L.Ry. | 23 | 127 | 12-26-10 | 33.78 | | | | | | | | | Cost included in Parcel 8, Map 16. |
| 2 | | | | By Possession | | | | | 3.10 | | | | | | | | | |
| 3 | Y-69.1 | Q. C. Deed | 6-21-11 | Sarah O. Webber | S.A.L.Ry. | 26 | 32 | 7-3-11 | 3.10 | | $1.00 & Other valuable considerations | 6-21-11 | Nominal<br>Unknown<br>Unknown | Land<br>Recording<br>Acquisition | | | Unknown | |
| 4 | Y-69.2 | B & S. Deed | 9-29-10 | J. B. Hutchings et ux | S.A.L.Ry. | 23 | 7 | 10-15-10 | 1.26 | | $1.00 & Other valuable considerations | 9-29-10 | Nominal<br>Unknown<br>Unknown | Land<br>Recording<br>Acquisition | | | Unknown | |
| 5 | Y-60.1 | Q. C. Deed | 11-5-10 | A. C. Honore | S.A.L.Ry. | 23 | 127 | 12-26-10 | 7.01 | | | | | | | | | Cost included in Parcel 8, Map 16. |

INSTRUCTIONS TO CARRIERS.—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

D 0002

REPRODUCED AT THE NATIONAL ARCHIVES

D. V. Form No. 107
10,000 6-29-17

Owner Seaboard Air Line Railway Company
Operating Company Seaboard Air Line Railway Company
Division Florida
State Florida County Manatee
Valuation Section No. 24 - Fla.
From Oliphant to Venice

Reprinted by General Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 58 of 60 sheets (this form)
Map No. 19
Date compiled June 30th, 1918
Compiled by [signature] Assistant Engineer
Correct [signature] Member Valuation Committee

| PARCEL NO. (1) | CUSTODIAN'S NO. (2) | KIND OF INSTRUMENT (3) | DATE OF INSTRUMENT (4) | GRANTOR (5) | GRANTEE (6) | RECORDED Book (7) | RECORDED Page (8) | RECORDED Date (9) | AREA Acres (10) | AREA Square Feet (11) | CONSIDERATION (12) | DATE OF DEDICATION TO PUBLIC USE (13) | COST OF PARCEL WHEN ORIGINALLY ACQUIRED Amount (14) | COST OF PARCEL WHEN ORIGINALLY ACQUIRED Character of Expenditure (15) | IF PORTION OF PARCEL HAS BEEN SOLD Date of Sale (16) | IF PORTION OF PARCEL HAS BEEN SOLD Actual Consideration Received (17) | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED (18) | REMARKS (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Y- 60.1 | Q. C. Deed | 11-5-10 | A. C. Honore | S.A.L.Ry. | 23 | 127 | 12-26-10 | 13.31 | | | | | | | | | Cost included in Parcel 8, Map 16. |
| 2 | Y- 71.1 | B & S Deed | 9-5-10 | A.E.Blackburn et ux | S.A.L.Ry. | 19 | 544 | 9-7-10 | 3.17 | | $200.00 & Other valuable considerations | 9-5-10 | $200.00<br>Unknown<br>Unknown | Land<br>Recording<br>Acquisition | | | Unknown | |
| 3 | Y- 60.1 | Q. C. Deed | 11-5-10 | A. C. Honore | S.A.L.Ry. | 23 | 127 | 12-26-10 | 4.69 | | | | | | | | | Cost included in Parcel 8, Map 16. |
| 4 | Y- 71.2 | B & S Deed | 9-5-10 | Clement Philips et ux | S.A.L.Ry. | 19 | 557 | 9-9-10 | | 15,750 | $100.00 & Other valuable considerations | 9-5-10 | $100.00<br>Unknown<br>Unknown | Land<br>Recording<br>Acquisition | | | Unknown | |
| 5 | Y- 71.3 | Q. C. Deed | 11-10-10 | Potter Palmer Jr. et ux | S.A.L.Ry. | 23 | 119 | 12-22-10 | 1.12 | | $1.00 & Other valuable considerations | 11-10-10 | Nominal<br>Unknown<br>Unknown | Land<br>Recording<br>Acquisition | | | Unknown | |
| 6 | Y- 71.2 | B & S Deed | 9-5-10 | Clement Philips et ux | S.A.L.Ry. | 19 | 557 | 9-9-10 | 1.51 | | | | | | | | | Cost included in Parcel 4, Map 19. |
| 7 | Y- 72.1 | B & S Deed | 9-6-10 | H. M. Frazer et ux | S.A.L.Ry. | 19 | 558 | 9-9-10 | 1.56 | | $200.00 & Other valuable considerations | 9-6-10 | $200.00<br>Unknown<br>Unknown | Land<br>Recording<br>Acquisition | | | Unknown | |

INSTRUCTIONS TO CARRIERS.—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

D 0003

REPRODUCED AT THE NATIONAL ARCHIVES

D. V. Form No. 107
50,000 3 10 1921

Owner Seaboard Air Line Railway Company
Operating Company Seaboard Air Line Railway Company
Division Florida
State Florida County Manatee
Valuation Section No. 24-Fla.
From Oliphant to Venice

Reprinted by Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 59 of 60 sheets (this form)
Map No. 19
Date compiled June 30th, 1918
Compiled by [signature]
Correct [signature] Assistant Engineer
Member Valuation Committee.

| PARCEL NO. (1) | CUSTODIAN'S NO. (2) | KIND OF INSTRUMENT (3) | DATE OF INSTRUMENT (4) | GRANTOR (5) | GRANTEE (6) | RECORDED Book (7) | RECORDED Page (8) | RECORDED Date (9) | AREA Acres (10) | AREA Square Feet (11) | CONSIDERATION (12) | DATE OF DEDICATION TO PUBLIC USE (13) | COST OF PARCEL WHEN ORIGINALLY ACQUIRED Amount (14) | COST OF PARCEL WHEN ORIGINALLY ACQUIRED Character of Expenditure (15) | IF PORTION OF PARCEL HAS BEEN SOLD Date of Sale (16) | IF PORTION OF PARCEL HAS BEEN SOLD Actual Consideration Received (17) | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED (18) | REMARKS (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Y-72.2 | | | By Possession | | | | | 5.81 | | | | | | | | | |
| 9 | Y-72.3 | B & S Deed | 9-3-10 | W.L. Dunn et ux | S.A.L.Ry. | 19 | 548 | 9-7-10 | 2.43 | | $50.00 | 9-3-10 | $50.00<br>Unknown<br>Unknown | Land<br>Recording<br>Acquisition | | | Unknown | |
| 9 | Y-72.3A | B & S Deed | 9-3-10 | Jesse Knight | S.A.L.Ry. | 19 | 570 | 9-14-10 | | | $10.00 & other valuable considerations | 9-3-10 | Nominal<br>Unknown<br>Unknown | Land<br>Recording<br>Acquisition | | | Unknown | Area included above |
| 10 | Y-72.4 | B & S Deed | 9-3-10 | F.R. & Jesse Knight | S.A.L.Ry. | 19 | 571 | 9-14-10 | 5.86 | | $10.00 & other b valuable considerations | 9-3-10 | Nominal<br>Unknown<br>Unknown | Land<br>Recording<br>Acquisition | | | Unknown | |
| 11 | Y-73.1 | | | By Possession | | | | | 3.45 | | | | | | | | | |

D 0004

INSTRUCTIONS TO CARRIERS—All data to be transmitted ...

D. V. Form No. 107
50,000 3-10-1921

Owner Seaboard Air Line Railway Company
Operating Company Seaboard Air Line Railway Company
Division Florida
State Florida County Manatee
Valuation Section No. 24-Fla.
From Oliphant to Venice

Reprinted by Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 60 of 60 sheets (this form)
Map No. 20
Date compiled June 30th, 1918
Compiled by [signature] Assistant Engineer.
Correct [signature] Member Valuation Committee

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Recorded: Page (8) | Recorded: Date (9) | Area: Acres (10) | Area: Square Feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Cost of Parcel When Originally Acquired: Character of Expenditure (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | If Portion of Parcel Has Been Sold: Actual Consideration Received (17) | Cost at Date of Dedication of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | By Possession | | | | | | 16.32 | | | | | | | | |

D 0005

INSTRUCTIONS TO CARRIERS.—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.