**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et al., | ) | |
| | ) | Hon. Mary Ellen Coster Williams |
| Plaintiffs, | ) | |
| | ) | No. 07-273 L |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BIRD BAY EXECUTIVE GOLF COURSE, INC., et al., | ) | |
| | ) | Hon. Mary Ellen Coster Williams |
| Plaintiffs, | ) | |
| | ) | No. 07-426 L |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

COME NOW Plaintiffs in the above-captioned cases, consolidated for purposes of summary judgment, and, pursuant to RCFC 6.1, request this Court to enlarge the time until July 25, 2008, in which Plaintiffs may file their Response to Defendant's Cross-Motion for Summary Judgment. In support of this Motion, Plaintiffs state as follows:

1. Under RCFC 6.1, Plaintiffs' Response to Defendant's Cross-Motion For Summary Judgment is due on July 7, 2008.

2. Defendant's counsel, Mark Romley, has consented to such enlargement of time.

3. The Defendant in their Cross-Motion raised several issues concerning the land title issues for several of the named Plaintiffs. The Plaintiffs' counsel has requested the Plaintiffs' title examiner to review these land records and the title examiner has advised the Plaintiff that (due to the title examiners' other commitments) they are unable to provide the Plaintiff a review of the title records until July 7, 2008.

4. The Defendant's Cross Motion for Summary Judgment was filed on June 6, 2008.

5. The Plaintiffs' counsel did not have opportunity to begin reviewing the Defendant's motion when it was filed, in part, due to Plaintiffs' counsel being appointed by President Bush, on June 10, 2008 to serve on the President's Commission on White House Fellowships, which duties included attending the meeting of the Commission in Annapolis for several days during the week of June 11th. This was an unanticipated commitment that prevented the Plaintiffs' counsel from working on these matters during this time.

6. Furthermore, Plaintiffs' counsel currently has two other Trails Act cases, *Ladd v. United States*, No. 07-271, and *Biery v. United States*, No. 07-693 (consolidated with No. 07-695), that have also had responsive briefing due in this Court in the months of June and early July.

7. The enlargement time of 18 days is reluctantly sought by Plaintiffs' counsel but will not significantly delay resolution of this case and is necessary in order to

allow Plaintiffs' counsel opportunity to provide this Court with a full and complete response the government's cross motion.

WHEREFORE, Defendant's counsel having consented, Plaintiffs ask this Court to grant them until July 25, 2008, to file their Response to Defendant's Cross-Motion for Summary Judgment and for any other relief this Court deems just and proper.

| | |
|---|---|
| Date: July 1, 2008 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>MEGHAN S. LARGENT<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |