**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | ) | Hon. Mary Ellen Coster Williams No. 07-273 L |
| BIRD BAY EXECUTIVE GOLF COURSE, INC., et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | ) | Hon. Mary Ellen Coster Williams No. 07-426 L |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE THEIR RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

COME NOW Plaintiffs in the above-captioned cases, consolidated for purposes of summary judgment, and, pursuant to RCFC 6.1, request that this Court enlarge the time until August 1, 2008, in which Plaintiffs may file their Response to Defendant's Cross-Motion for Summary Judgment. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs' Response to Defendant's Cross-Motion for Summary Judgment is currently due on July 25, 2008.

2. Defendant's counsel consented to such enlargement of time.

3. The Defendant, in their Cross-Motion, raised several issues concerning the land title record for certain of the named Plaintiffs. The Plaintiffs' counsel has requested the Plaintiffs' title examiner to review these land records and the title examiner has advised the Plaintiff that (due to the title examiner's previously scheduled vacation) they are unable to provide the Plaintiffs a review of the title records until July 22, 2008 or later.

4. The Plaintiffs have still not received these land title records and will not have adequate time to review the title work prior to filing their Response currently due on July 25, 2008.

5. Accordingly, Plaintiffs' counsel seeks this enlargement of time of seven (7) days noting that this enlargement of time will not significantly delay resolution of this case and is necessary in order to allow Plaintiffs' counsel opportunity to provide this Court with a full and complete response to the government's Cross-Motion.

WHEREFORE, Defendant's counsel having consented, Plaintiffs ask this Court to grant them until August 1, 2008, to file their Response to Defendant's Cross-Motion for Summary Judgment and for any other relief this Court deems just and proper.

| | |
|---|---|
| Date: July 15, 2008 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>MEGHAN S. LARGENT<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax) |

| | |
|---|---|
| | Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |