**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et al., | ) | |
| | ) | |
| | ) | Hon. Mary Ellen Coster Williams |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-273 L |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| BIRD BAY EXECUTIVE GOLF COURSE, INC., et al., | ) | |
| | ) | |
| | ) | Hon. Mary Ellen Coster Williams |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-426 L |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE IN EXCESS OF THE PAGE LIMITATION**

Plaintiffs respectfully request, pursuant to RCFC 5.2(b)(2), that this Court permit them to exceed the page limit set forth in RCFC 5.2(b)(2) and file its Memorandum in Response to Defendant's Cross-Motion for Summary Judgment not to exceed 60 pages.

In support of this request, Plaintiffs state that *Rogers v. United States* and *Bird Bay v. United States* are consolidated cases involving twenty-one property owners owning twenty-nine parcels of land. Many of these parcels of land involve distinct chains of title that the Plaintiffs separately address in their Memorandum. Plaintiffs intend their Memorandum to be as succinct and brief as possible, but believe that because

of the various land ownership issues involved in these two consolidated cases, the additional length is necessary to provide the Court with a full response.

Accordingly, Plaintiffs respectfully request that this Court permit them to file a Memorandum in Response to Defendant's Cross-Motion for Summary Judgment not to exceed 60 pages.

Counsel for Plaintiffs has conferred with counsel for Defendant, who has consented to the Plaintiffs' request.

WHEREFORE Plaintiffs respectfully request this Court grant them leave to file a Memorandum in Response to Defendant's Cross-Motion for Summary Judgment in excess of the page limits set forth in Rule 5.2(b)(2) and not to exceed 60 pages in length.

| | |
|---|---|
| Date: July 30, 2008 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>MEGHAN S. LARGENT<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |