# In the United States Court of Federal Claims

**No. 07-273L**
**No. 07-426L**
**(consolidated)**

**(Filed July 31, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
STEPHEN J. ROGERS, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE IN EXCESS OF THE PAGE LIMITATION**

---

On July 30, 2008, Plaintiffs filed an unopposed motion for leave to exceed the page limit set forth in RCFC 5.2(b) and file its memorandum in response to Defendant's cross-motion for summary judgment not to exceed 60 pages. Good cause having been shown, Plaintiff's motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**