# In the United States Court of Federal Claims

**No. 07-273L**
**No. 07-426L**
**(consolidated)**

**(Filed July 31, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **STEPHEN J. ROGERS, et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On July 30, 2008, Plaintiffs filed an unopposed motion for an extension of time of five days, to and including **August 6, 2008**, within which to file their response to Defendant's cross-motion for summary judgment. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**