**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et al., | ) | |
| | ) | |
| | ) | Hon. Mary Ellen Coster Williams |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-273 L |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| BIRD BAY EXECUTIVE GOLF COURSE, INC., et al., | ) | |
| | ) | |
| | ) | Hon. Mary Ellen Coster Williams |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-426 L |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' FILING MEMORANDUM TO ADD PROFESSOR DALE A. WHITMAN AS OF COUNSEL TO PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO GOVERNMMENT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

**COME NOW** Plaintiffs and add Professor Dale A. Whitman as Of Counsel on the Plaintiffs' Memorandum of Law In Response to the Government's Cross-Motion for Summary Judgment. In support the Plaintiff's state the following:

1. Professor Whitman has been admitted to practice law in Utah and California. He is currently an inactive member of the Utah bar.

2. Professor Whitman is the former James Campbell Professor of Law at the University of Missouri in Columbia, Missouri, where he retired in 2007. He received his B.E.S. degree in Electrical Engineering from Brigham Young University in 1963 and his law degree from Duke University in 1966. After practicing for a short period with the firm of O'Melveny and Myers in Los Angeles, Professor Whitman began his academic career at the University of North Carolina in 1967. He was a member of the original faculty when the Brigham Young University Law School was founded in 1973. He has since been a faculty member at University of Washington (where he served as associate dean) and the University of Missouri-Columbia (where he served as dean from 1982 to 1988). He has also been a visiting professor at the law school at Washington University in St. Louis, the University of Tulsa, the University of Utah, UCLA, and most recently, the University of Florida.

3. Professor Whitman's principle fields of interest are property and real estate finance law. He is a co-author of five books and numerous articles in these areas, including the hornbook, <u>The Law of Property</u>.[1] Professor Whitman has been cited by several Florida courts, including the Florida Supreme Court, as an authority on Florida real estate law and real estate law generally. *See e.g.*, *BLANTON V. CITY OF PINELLAS PARK*, 887 So.2d 1224, 1228 (Fl. 2004), *WHITE V. METROPOLITAN DADE COUNTY*, 563 So.2d 117, 127 (Fl.App. 1990), *GUS MACHADO BUICK, INC. V. WESTLAND SKATING CENTER, INC.*, 523 So.2d 596, 601 (Fl.App. 1987), and *IN RE PEEPLES*, 105 B.R. 90, 94 (Bkrtcy. M.D. Fla. 1989)

[1] Stoebuck, William B. and Whitman, Dale A. <u>The Law of Property</u>. West Group (2000).

4. During 1971-73, he was involved with the nation's federal housing programs, serving in Washington, DC with the Federal Home Loan Bank Board and the Department of Housing and Urban Development. He was co-reporter, with Professor Grant Nelson of UCLA, of the American Law Institute's Restatement (Third) of Property (Mortgages), published in 1997. He was a member of the Executive Committee of the Association of American Law Schools from 1994 through 1997, and was its present for the year 2002.

5. Professor Whitman was the reporter for the Uniform Power of Sale Foreclosure Act, approved in August 2002 by the Commissioners on Uniform Laws. He currently serves as a member of the Joint Editorial Board for Uniform Real Property Acts. He is a member of the Order of the Coif, the American Law Institute, the American College of Mortgage Attorneys, the American College of Real Estate Lawyers, and is a Fellow of the American Bar Foundation.

| | |
|---|---|
| Date: August 6, 2008 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>MEGHAN S. LARGENT<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |