**RESOLUTION OF THE BOARD OF COUNTY COMMISSIONERS OF SARASOTA COUNTY, FLORIDA**

**RESOLUTION NO. 2008-__**

**RE: THE LEGACY TRAIL OPERATION AND USE POLICY**

**WHEREAS,** on December 12, 2006, the Board of County Commissioners of Sarasota County, Florida (the "Board") adopted the Trails Master Plan and initiated the development of a countywide Trail system, and

**WHEREAS,** pursuant to Sarasota County Ordinance No. 07-102, The Legacy Trail is a public greenway Trail and is considered park land, and

**WHEREAS,** it is in the best interests of the citizens of Sarasota County that the Board adopt an operation and use policy for the Legacy Trail based on the best practices approved by the Board on June 27, 2007.

**NOW, THEREFORE BE IT RESOLVED** by the Board of County Commissioners of Sarasota County, Florida, that:

1. The Legacy Trail Operation and Use Policy, as set forth below is hereby adopted:

A. Vehicle Use
   (1) Only vehicles that are compliant with the American with Disabilities Act ("ADA") are permitted on the Trail
   (2) Segways are permitted if the person operating the device yields to pedestrians and gives an audible warning when overtaking pedestrians
   (3) Golf carts and any non-ADA-compliant motorized, gas-powered, or electrical vehicles are prohibited along the Trail
   (4) Only non-motorized bicycles may be used along the Trail
   (5) The speed limit along the Trail is 15 miles per hour

B. Animal Policies:
   (1) Pets on leash are permitted along the Trail, with the following constraints:
      (a) Leash must be no more than six-feet long
      (b) Pets must be under owner's control at all times
      (c) Pet owners are required to remove pet excrement from the Trail
   (2) Horses are permitted by special authorization only from Sarasota County Parks and Recreation

C. Fishing: permitted in designated areas.



Tab
7

D. <u>Event Policies</u>: Club and organizational events utilizing the Trail must be open to the public and approved by Parks and Recreation

E. <u>Hours of Operation</u>: The Trail is open for use from 6:00 A.M. to dusk

F. <u>General Rules of the Trail</u>

(1) Waste, refuse, trash, cigarette butts, debris, or other material brought onto the Trail must be properly disposed of in trash receptacles or recycling containers

(2) Fireworks are not permitted along the Trail

(3) Rules of the road must be adhered to along the Trail

(4) Cyclists must adhere to the county's bicycle and pedestrian plan, including the following rules:

(a) Cyclists under the age of 16 must wear helmet

(b) Cyclists must remain visible at all times

(c) Bicycles must be under the control of the user at all times

(d) Cyclists must obey all traffic laws

(e) Cyclists must give verbal warning when passing other Trail users

(5) Smoking is permitted in designated areas only

2. This Resolution shall become effective upon adoption and shall remain in effect until further action of the Board.

**PASSED AND DULY ADOPTED BY THE BOARD OF COUNTY COMMISSIONERS OF SARASOTA COUNTY, FLORIDA, this _____ day of ____________, 2008.**

**BOARD OF COUNTY COMMISSIONERS OF SARASOTA COUNTY, FLORIDA**

By: ______________________________
Chair

**ATTEST:**

**KAREN E. RUSHING**, Clerk of Circuit Court and Ex-Officio Clerk of the Board of County Commissioners of Sarasota County, Florida

By: ______________________________
Deputy Clerk

FACTS

# The Legacy Trail
## Sarasota County Rails-to-Trails Project

### Overview

The Legacy Trail is a design and construction contract. In December 2006, Gibbs & Register Inc. of Winter Haven was awarded the contract to design and build the rails-to-trails project along the former railroad corridor connecting Sarasota to Venice. Design was completed in May 2007. The permit to construct five of the eight trestles and 10.6 miles of asphalt trail was approved on July 3, 2007. The Hatchett Creek trestle is being permitted separately and will be completed as part of the project. The trestles over Dona and Roberts Bay are being designed and permitted separately. Funding for replacement of the Dona and Roberts Bay trestles has not been established. Seven trail head connections are included in the construction of the 10.6 miles of trail. Access at the intersecting streets and crossing signals and/or flashing beacons are also included. Conduit for communication lines, force main and reuse water main are included for portions of the trail.

### Utilities

Telecommunication conduits are planned for the entire length of the trail. A force main is planned from Bay Street to the Central County Water Reclamation Facility off McIntosh Road. A reuse water main is planned from Central Sarasota Parkway to the water reclamation facility.



*Gibbs & Register placing two 4" telecommunication conduit.*

### Construction

Mobilization of the entire trail is completed. Gibbs & Register has completed the telecommunication lines from south of South Creek trestle to north of the Dona Bay trestle. More than five miles of telecommunication conduit has been placed. Earthwork was placed from Laurel Road south to Dona Bay. The force main and reuse lines are being constructed from Bay Street to south of Palmer Ranch Parkway. The fence replacement at Oscar Scherer State Park has begun. Earthwork continues from Laurel Road north of Oscar Scherer State Park.

### Access

"No Trespassing" signs are located at the access points for the trail. To ensure the safety of the public, the contractor has asked law enforcement to strictly enforce the "No Trespassing" signs in areas where active construction is ongoing and/or equipment and materials are located. The contractor will be moving equipment and materials long distances and the equipment will require the entire width of the trail. There are minimum areas for the contractor to turn equipment around and the equipment will be backing up to the work areas.

**Tab 8**

September 2007

Sarasota County
scgov.net | 941.861.5000 | TV19

## Schedule

The project is scheduled for completion the Spring of 2008. The following work is anticipated through the month of September.

**Laurel Road north to South Creek Trestle (mile marker 900 to 897.6):**
Drainage and earthwork
**East Bay Street south to South Creek Trestle (mile marker 895.9 to 897.6):**
Drainage, earthwork and bridge construction
**East Bay Street north to Trestle (mile marker 895.6 to 895.7):**
Drainage and earthwork
**Section between two trestles north of Bay Street (mile marker 895.7 to 895.2):** Force main, drainage and earthwork
**Central Sarasota Parkway south to Trestle (mile marker 893.9 to 895.2):**
Force main, telecommunication lines, drainage and earthwork
**Central Sarasota Parkway north to Trestle (mile marker 893.9 to 893.3):**
Drainage and earthwork
**Palmer Ranch south to Trestle (mile marker 892.5 to 893.3):**
Force main and earthwork
**Palmer Ranch north to terminus (mile marker 892.5 to 892):**
Conduit and earthwork
**Laurel Road south to Dona Bay (mile marker 900 to 900.8):**
Earthwork
**Colonia Lane north to Dona Bay (mile marker 901.4 to 900.0):**
Conduit and earthwork
**Colonia Lane south to Roberts Bay (mile marker 901.4 to 900.6):**
Silt fence, conduit and earthwork
**U.S. 41 Bypass north to Roberts Bay (mile marker 902.1 to 900.8):**
Silt fence, conduit and earthwork
**U.S. 41 Bypass south to Hatchett Creek Trestle (mile marker 902.1 to 901.5):** Silt fence, conduit and earthwork
**Hatchett Creek Trestle to Venice Avenue (mile marker 901.5 to 902.7):**
Silt fence, conduit and earthwork

**Note:** Schedule is subject to change depending on material acquisition.

Mark your calendars for The Legacy Trail Grand Opening Festival March 28-30, 2008

*Caution: Trucks entering and exiting the worksite.*



For more information visit The Legacy Trail at Sarasota County website, scgov.net, or contact Mary Ellen Maurer, P.E., Project Manager at 941-861-5000.

**scgovNEWS**

**Sarasota County Communications** **scgov.net | 941.861.5000 | TV 19**

**April 8, 2008**
**Media Contact:** Curt Preisser, 941-861-5884; cell 941-650-2883; cpreisser@scgov.net
**Project Contacts:** Kristin Steffen, 941-861-5496; cell 941-650-2002; ksteffen@scgov.net

## County seeking concessionaire for Venice Train Depot

Sarasota County Parks and Recreation is accepting proposals for concession services at the historic Venice Train Depot, 303 E. Venice Ave., Venice. The Request For Proposal (RFP) seeks a concessionaire to operate a mobile refreshment cart and bicycle rental business. Criteria for proposals include compensation, project approach, qualifications and financial resources. The concession service is expected to begin in May. The proposals will be reviewed by a committee from Sarasota County Community Services. The deadline for submitting proposals is April 21.Reque

The Venice Train Depot, on the Intracoastal Waterway, is the southern trailhead of The Legacy Trail, which opened Friday, March 28. The building, constructed in 1927 by the Brotherhood of Locomotive Engineers, is listed on the National Register of Historic Places. It was purchased by Sarasota County in 1999 and renovated in 2003. The depot houses a railroad museum, and the grounds have a park, walking path, picnic areas and restored railroad hand car.

"This is an opportunity for someone to operate a business at a key spot on The Legacy Trail and The Venetian Waterway," said Kristin Steffen, revenue specialist for Sarasota County Parks and Recreation. The county will negotiate a contract with the selected vendor, which will be taken to the Sarasota County Commission for approval.

For more information contact the Sarasota County Call Center at 941-861-5000 and ask about the Venice Train Depot.

-end-

Tab
9

**SCGOVNEWS**

**Sarasota County Communications** **scgov.net | 941.861.5000 | TV 19**

**Jan. 11, 2008**

**Media Contact:** Susan Walsh, 941-861-0951 or 941-650-4791, swalsh@scgov.net
**Project Contact:** Mary Ellen Maurer, 941-861-0611 or 941-809-2685, memaurer@scgov.net

## Paving of The Legacy Trail begins next week

Asphalt paving of The Legacy Trail is scheduled to begin the week of Jan. 14. The first section of the county-owned recreational trail to be paved is the area north of Bay Street and continuing south to Dona Bay, approximately 3.5 miles.

Paving of the 10.6-mile trail along the former railroad corridor between Sarasota and Venice is expected to be complete by the time of the trail grand opening March 28-30. The paved area will be about 12 feet wide.

Six of the eight trestles along the trail also are being replaced or repaired as part of the $14.7 million construction project that began last July. The two largest trestles, over Dona Bay and Roberts Bay, are not part of this project.

Concrete decks will be poured next week for bridges over South Creek near Oscar Scherer State Park and the bridges just north and south of Central Sarasota Parkway. Areas of active construction have been posted as "No Trespassing" zones by contractor Gibbs & Register Inc. of Winter Haven.

The project also includes the establishment of five trail heads at existing parks or other county facilities and two new trail connections. Other work includes the installation of signals or crosswalk beacons at Bird Bay and the U.S. 41 Bypass, Colonia Lane, Laurel Road, Central Sarasota Parkway and Palmer Ranch Parkway. A reuse waterline, a sewer force main and a telecommunications conduit have also been installed.

Construction of The Legacy Trail is funded through the penny sales tax and general fund revenues. Funding for the utilities portion of the project is through central county water reuse rates and U.S. 41 sewer force main rates.

In December 2004, the county paid $11.75 million to purchase the corridor, which stretches from just over a mile south of Clark Road by Sawyer Loop Road to the southern terminus near Center Road in Venice.

The Legacy Trail construction updates appear on the county Web site, www.scgov.net. Click on "County Road Projects" on the left. For general information about The Legacy Trail, visit the Sarasota County Web site and click on "County A-Z" on the left and then Legacy Trail; or contact the Sarasota County Call Center at 941-861-5000.

Tab
10

# Sarasota County Tax Collector

*generated on 8/5/2008 2:08:59 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:08:59 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0134-01-0003 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-0008

**Property Address**
CENTRAL SARASOTA PKWY 001

**2004 Acct No.**
0134-01-0003

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $670,900.00 | $670,900.00 | $0.00 |

**Exemption Detail**
GV 670900

**Millage Code**
0100

**Escrow Code**

**Legal Description**
CENTRAL SARASOTA PKWY PORTION OF SEC 35-37-18 AS DESC IN ORI 2005008586, CONTAINING 12.2 C-AC M/L

**Ad Valorem Taxes**

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 670,900 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 670,900 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 670,900 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 670,900 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 670,900 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 670,900 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 670,900 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 670,900 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 670,900 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 670,900 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

**Non-Ad Valorem Assessments**

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| | |
|---|---|
| Total Assessments | $0.00 |
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

**Tab 11**

Prior Years Payment History

| Prior Year Taxes Due |
| --- |
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:10:29 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:10:28 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0162-07-0005 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-008

**Property Address**
2490 SONOMA DR 001

**2004 Acct No.**
0162-07-0005

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $715,900.00 | $715,900.00 | $0.00 |

**Exemption Detail**
GV 715900

**Millage Code**
0100

**Escrow Code**

**Legal Description**
2490 SONOMA DR PORTION OF SEC 24-38-18 AS DESC IN ORI 2005008586, CONTAINING 12.4 C-AC M/L

**Ad Valorem Taxes**

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 715,900 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 715,900 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 715,900 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 715,900 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 715,900 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 715,900 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 715,900 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 715,900 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 715,900 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 715,900 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

**Non-Ad Valorem Assessments**

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| | |
|---|---|
| Total Assessments | $0.00 |
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
|---|
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:11:15 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:11:12 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0405-03-0021 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-008

**Property Address**
BUENA VISTA AVE 001

**2004 Acct No.**
0405-03-0021

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $711,900.00 | $711,900.00 | $0.00 |

**Exemption Detail**
GV 711900

**Millage Code**
0100

**Escrow Code**

**Legal Description**
BUENA VISTA AVE PORTION OF SEC 06-39-19 AS DESC IN ORI 2005008586, CONTAINING 12.3 C-AC M/L

#### Ad Valorem Taxes

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 711,900 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 711,900 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 711,900 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 711,900 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 711,900 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 711,900 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 711,900 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 711,900 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 711,900 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 711,900 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

#### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| | |
|---|---|
| Total Assessments | $0.00 |
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
|---|
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:16:09 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:16:10 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0427-05-0012 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-0008

**Property Address**
US 41 BYPASS 001

**2004 Acct No.**
0427-05-0012

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $996,500.00 | $996,500.00 | $0.00 |

**Exemption Detail**
GV 996500

**Millage Code**
0100

**Escrow Code**

**Legal Description**
US 41 BYPASS PORTION OF SEC 17-39-19 AS DESC IN ORI 2005008586, CONTAINING 17.3 C-AC M/L

**Ad Valorem Taxes**

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 996,500 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 996,500 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 996,500 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 996,500 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 996,500 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 996,500 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 996,500 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 996,500 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 996,500 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 996,500 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

**Non-Ad Valorem Assessments**

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| Total Assessments | $0.00 |
|---|---|
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
|---|
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:16:48 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:16:49 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0429-01-0027 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-008

**Property Address**
SEABOARD AVE 001

**2004 Acct No.**
0429-01-0027

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $195,800.00 | $195,800.00 | $0.00 |

**Exemption Detail**
GV 195800

**Millage Code**
0100

**Escrow Code**

**Legal Description**
SEABOARD AVE PORTION OF SEC 18-39-19 AS DESC IN ORI 2005008586, CONTAINING 3.4 C-AC M/L

**Ad Valorem Taxes**

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 195,800 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 195,800 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 195,800 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 195,800 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 195,800 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 195,800 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 195,800 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 195,800 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 195,800 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 195,800 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

**Non-Ad Valorem Assessments**

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| Total Assessments | $0.00 |
|---|---|
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
| --- |
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:17:23 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:17:23 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0140-01-0003 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-008

**Property Address**
PORTER LAKE DR 001

**2004 Acct No.**
0140-01-0003

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $202,800.00 | $202,800.00 | $0.00 |

**Exemption Detail**
GV 202800

**Millage Code**
0100

**Escrow Code**

**Legal Description**
PORTER LAKE DR PORTION OF SEC 2-38-18 AS DESC IN ORI 2005008586, CONTAINING 3.5 C-AC M/L

**Ad Valorem Taxes**

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 202,800 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 202,800 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 202,800 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 202,800 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 202,800 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 202,800 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 202,800 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 202,800 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 202,800 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 202,800 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

**Non-Ad Valorem Assessments**

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| Total Assessments | $0.00 |
|---|---|
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
| --- |
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:17:54 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:17:53 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0382-13-0006 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-008

**Property Address**
LAUREL RD 001

**2004 Acct No.**
0382-13-0006

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $65,600.00 | $65,600.00 | $0.00 |

**Exemption Detail**
GV 65600

**Millage Code**
0100

**Escrow Code**

**Legal Description**
LAUREL RD PORTION OF SEC 30-38-19 AS DESC IN ORI 2005008586, CONTAINING 1 C-AC M/L

#### Ad Valorem Taxes

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 65,600 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 65,600 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 65,600 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 65,600 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 65,600 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 65,600 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 65,600 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 65,600 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 65,600 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 65,600 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

#### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| Total Assessments | $0.00 |
|---|---|
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
| --- |
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:18:40 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:18:40 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0164-01-0010 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-008

**Property Address**
MORGAN CIR 001

**2004 Acct No.**
0164-01-0010

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $650,300.00 | $650,300.00 | $0.00 |

**Exemption Detail**
GV 650300

**Millage Code**
0100

**Escrow Code**

**Legal Description**
MORGAN CIR PORTION OF SEC 25-38-18 AS DESC IN ORI 2005008586, CONTAINING 11.3 C-AC M/L

**Ad Valorem Taxes**

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 650,300 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 650,300 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 650,300 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 650,300 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 650,300 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 650,300 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 650,300 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 650,300 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 650,300 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 650,300 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

**Non-Ad Valorem Assessments**

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| | |
|---|---|
| Total Assessments | $0.00 |
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
| --- |
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:19:15 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:19:15 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0153-03-0002 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-008

**Property Address**
1851 TAMIAMI TRL S 001

**2004 Acct No.**
0153-03-0002

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $716,000.00 | $716,000.00 | $0.00 |

**Exemption Detail**
GV 716000

**Millage Code**
0100

**Escrow Code**

**Legal Description**
1851 TAMIAMI TRL S PORTION OF SEC 13-38-18 AS DESC IN ORI 2005008586, CONTAINING 12.4 C-AC M/L

**Ad Valorem Taxes**

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 716,000 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 716,000 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 716,000 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 716,000 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 716,000 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 716,000 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 716,000 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 716,000 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 716,000 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 716,000 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

**Non-Ad Valorem Assessments**

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| | |
|---|---|
| Total Assessments | $0.00 |
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
| --- |
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:19:46 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:19:46 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0151-00-2020 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-008

**Property Address**
BAY ST 001

**2004 Acct No.**
0151-00-2020

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $691,200.00 | $691,200.00 | $0.00 |

**Exemption Detail**
GV 691200

**Millage Code**
0100

**Escrow Code**

**Legal Description**
BAY ST PORTION OF SEC 12-38-18 AS DESC IN ORI 2005008586, CONTAINING 12 C-AC M/L

**Ad Valorem Taxes**

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 691,200 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 691,200 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 691,200 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 691,200 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 691,200 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 691,200 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 691,200 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 691,200 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 691,200 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 691,200 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

**Non-Ad Valorem Assessments**

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| Total Assessments | $0.00 |
|---|---|
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
|---|
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:20:26 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:20:26 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0407-02-0005 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-008

**Property Address**
US 41 BYPASS 001

**2004 Acct No.**
0407-02-0005

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $757,200.00 | $757,200.00 | $0.00 |

**Exemption Detail**
GV 757200

**Millage Code**
0100

**Escrow Code**

**Legal Description**
US 41 BYPASS PORTION OF SEC 07-39-19 AS DESC IN ORI 2005008586, CONTAINING 13.1 C-AC M/L

#### Ad Valorem Taxes

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 757,200 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 757,200 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 757,200 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 757,200 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 757,200 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 757,200 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 757,200 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 757,200 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 757,200 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 757,200 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

#### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| Total Assessments | $0.00 |
|---|---|
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
| --- |
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:21:03 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:21:03 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0138-01-0002 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-008

**Property Address**
BAY ST 001

**2004 Acct No.**
0138-01-0002

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $533,000.00 | $533,000.00 | $0.00 |

**Exemption Detail**
GV 533000

**Millage Code**
0100

**Escrow Code**

**Legal Description**
BAY ST PORTION OF SEC 1-38-18 AS DESC IN ORI 2005008586, CONTAINING 9.2 C-AC M/L

**Ad Valorem Taxes**

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 533,000 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 533,000 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 533,000 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 533,000 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 533,000 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 533,000 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 533,000 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 533,000 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 533,000 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 533,000 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

**Non-Ad Valorem Assessments**

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| Total Assessments | $0.00 |
|---|---|
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
| --- |
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:21:45 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:21:45 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0383-04-0008 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT & BUDGET
PO BOX 8
SARASOTA FL 34230-008

**Property Address**
LAUREL RD 001

**2004 Acct No.**
0383-04-0008

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $757,900.00 | $757,900.00 | $0.00 |

**Exemption Detail**
GV 757900

**Millage Code**
0100

**Escrow Code**

**Legal Description**
LAUREL RD PORTION OF SEC 31-38-19 AS DESC IN ORI 2005008586, LESS LANDS AS DESC IN OR 1789/2207, CONTAINING 13 C-AC M/L

**Ad Valorem Taxes**

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 757,900 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 757,900 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 757,900 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 757,900 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 757,900 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 757,900 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 757,900 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 757,900 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 757,900 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 757,900 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

**Non-Ad Valorem Assessments**

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| Total Assessments | $0.00 |
|---|---|
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
| --- |
| NO DELINQUENT TAXES |

# Sarasota County Tax Collector

*generated on 8/5/2008 2:22:26 PM EDT*

## Tax Record

Last Update: 8/5/2008 2:22:25 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 0121-01-0002 | REAL ESTATE | 2007 |

**Mailing Address**
SARASOTA COUNTY
OFFICE OF MNGMT& BUDGET
PO BOX 8
SARASOTA FL 34230-0008

**Property Address**
MCINTOSH RD 001

**2004 Acct No.**
0121-01-0002

| Assessed Value | Base Exempt Amount | Taxable Value |
|---|---|---|
| $689,600.00 | $689,600.00 | $0.00 |

**Exemption Detail**
GV 689600

**Millage Code**
0100

**Escrow Code**

**Legal Description**
MCINTOSH RD PORTION OF SEC 26-37-18 AS DESC IN ORI 2005008586, CONTAINING 12.7 C-AC M/L

**Ad Valorem Taxes**

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| Sarasota Co. Gen. Rev | 3.2491 | 689,600 | $0 | $0.00 |
| Bonds-Debt Service | 0.0616 | 689,600 | $0 | $0.00 |
| Mosquito Control | 0.0277 | 689,600 | $0 | $0.00 |
| Sar Memorial Hospital | 0.9410 | 689,600 | $0 | $0.00 |
| S.W. Fla Water Mgmt. | 0.3866 | 689,600 | $0 | $0.00 |
| Manasota Basin | 0.1484 | 689,600 | $0 | $0.00 |
| W. Coast Inland Nav. | 0.0394 | 689,600 | $0 | $0.00 |
| Sarasota School Board | | | | |
| District Fund | 5.1230 | 689,600 | $0 | $0.00 |
| Capital Improvement | 2.0000 | 689,600 | $0 | $0.00 |
| Emergency Medical Services | 0.6600 | 689,600 | $0 | $0.00 |

| Total Millage | 12.6368 | Total Taxes | $0.00 |
|---|---|---|---|

**Non-Ad Valorem Assessments**

| Code | Levying Authority | Amount |
|---|---|---|
| F052 | Sarasota County Fire Dist. | $0.00 |

| Total Assessments | $0.00 |
|---|---|
| Taxes & Assessments | $0.00 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

Prior Years Payment History

| Prior Year Taxes Due |
| --- |
| NO DELINQUENT TAXES |