


# Rails To Trails - Thirteen Rogers Plaintiffs

Sarasota, Florida

**GENERAL NOTES**

This exhibit was prepared using GIS data provided by various sources that may include but are not limited to federal, state, district and local agencies. WilsonMiller, Inc. does not warrant data provided by other sources for accuracy or for any particular use that may require accurate information. This map is for informational purposes only and should not be substituted for a true title search, property appraisal, survey, or for zoning verification.

© Copyright 2008 WilsonMiller, Inc. Unauthorized Reproduction is Prohibited.

Date: Tuesday, August 5, 2008 4:36:55 PM