**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STEPHEN J. ROGERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Hon. Mary Ellen Coster Williams<br><br>No. 07-273 L |
| BIRD BAY EXECUTIVE GOLF COURSE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Hon. Mary Ellen Coster Williams<br><br>No. 07-426 L |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE DEFENDANT'S REPLY**

Defendant, United States, hereby moves for an enlargement of time of twenty-one (21) days, or to and including September 15, 2008, for the filing of its Reply in Support of its Cross Motion for Summary Judgment in the above captioned matters.

Plaintiffs' combined opposition and reply was filed on August 6, 2008. (Docket No. 66). Accordingly, Defendant's Reply is currently due August 25, 2008.

This is the first enlargement requested for this filing.

As Counsel for Plaintiffs and Counsel for Defendant's discussed, the unopposed

enlargements of time granted for the filing of Plaintiffs' opposition and reply pushed the due date of Defendant's reply to a time in which Counsel for the Defendant is otherwise occupied. That conflict necessitates this request.

Counsel for Defendant has conferred with counsel for Plaintiffs who has indicated that Plaintiffs do not object to this enlargement.

WHEREFORE, Defendant respectfully requests an enlargement of twenty-one (21) days, or to and including September 15, 2008, for the filing of its Reply in the above captioned matters.

Respectfully submitted this 21st day of August 2008,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506