# In the United States Court of Federal Claims

**No. 07-273L**
**No. 07-426L**
**(consolidated)**

**(Filed August 22, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STEPHEN J. and LINDA L. ROGERS, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY**

---

On August 21, 2008, Defendant filed an unopposed motion for enlargement of time of 21 days, to and including September 15, 2008, in which to file its Reply in Support of its Cross Motion for Summary Judgment. Good cause having been shown, this motion is **GRANTED**. The Defendant shall file its reply by **September 15, 2008**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**