**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et al., | ) | |
| | ) | Hon. Mary Ellen Coster Williams |
| Plaintiffs, | ) | |
| | ) | No. 07-273 L |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BIRD BAY EXECUTIVE GOLF COURSE, INC., et al., | ) | |
| | ) | Hon. Mary Ellen Coster Williams |
| Plaintiffs, | ) | |
| | ) | No. 07-426 L |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNITED STATES' PROPOSED FINDINGS OF FACT IN RESPONSE TO PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACTS IN RESPONSE TO GOVERNMENT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(h)(1) of the Rules of the Court of Federal Claims, Defendant hereby submits its Proposed Findings of Fact in Response to Plaintiffs' Proposed Findings of Uncontroverted Fact (Doc. No. 67).

1. In 1925 the Brotherhood of Locomotive Engineers ("BLE"), acquired land in Sarasota County, and began constructing the new city of Venice, Florida. See Def.'s Ex. 10 at D0093.

2. As part of the new construction, the Venice city planner moved the Seaboard tracks eastward to an industrial section of Venice. Id.; Def.'s Ex. 11 at 0096.

3. Seaboard acquired the land on which the earlier Seaboard rail corridor was located "by possession." Def.'s Ex. 2, Tab I at 0019; Def.'s Ex. 1 at 0004-0005.

4. In order to facilitate this track relocation, BLE "granted, bargained, sold, aliened, remised and released . . . unto the said Seaboard Air Line Railway Company, its successors and assigns forever, all of its right, title and interest in and to" the land on which the relocated corridor would sit. Def.'s Ex. 8 at 0087. See also Straup Decl. at ¶ 11; Pltfs' Resp. PFOF, Exhibit 9 (noting that the Venice Train Depot was "constructed in 1927 . . .").

5. The 1927 BLE Deed described a "proposed Wye track." Def.'s Ex. 8 at 0088.

6. The BLE Deed acknowledged consideration of five dollars and other good and valuable consideration. Def.'s Ex. 8 at 0087.

7. The 1941 Venice Deed mentioned a "Wye track," dropping the word "proposed." Compare Def.'s Ex. 8 at 0088 with Def.'s Ex. 9 at 0090.

Respectfully submitted this 15th day of September, 2008,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley

Mark T. Romley
William Shapiro
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506

Counsel for the United States