**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEPHEN J. ROGERS, et al., | ) | |
| | ) | |
| | ) | Hon. Mary Ellen Coster Williams |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-273 L |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| BIRD BAY EXECUTIVE GOLF COURSE, INC., et al., | ) | |
| | ) | |
| | ) | Hon. Mary Ellen Coster Williams |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-426 L |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

COME NOW Plaintiffs and respectfully request this Court schedule a date and time for a status conference to establish a date for oral argument on Plaintiffs' Motion for Summary Judgment. Plaintiffs are eager for oral argument in this matter and wish to schedule argument at the Court's earliest convenience.

| | |
|---|---|
| Date: September 16, 2008 | LATHROP & GAGE L.C.<br><br>By /s/ Mark F. (Thor) Hearne, II<br>MARK F. (THOR) HEARNE, II<br>LINDSAY S.C. BRINTON<br>MEGHAN S. LARGENT<br>10 South Broadway, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500<br>(314) 613-2550 (fax)<br>Thornet@ix.netcom.com<br><br>ATTORNEYS FOR PLAINTIFFS |